

STATE OF NEW YORK
SUPREME COURT       COLUMBIA COUNTY

1:16-CV-501 (GTS/DJS)

RICHMOR AVIATION, INC.,

                                 Plaintiff,

        -against -

ASSEMBLY POINT AVIATION, INC.,

                             Defendant.

**SUMMONS**

Index No.: **9664- 15**

Date Filed: 12/31/15

Plaintiff's Residence:
Columbia County Airport
P.O. Box 423
1142 Route 9H
Hudson, New York 12534

To the above named Defendant:

    ***YOU ARE HEREBY SUMMONED*** and required to serve upon Plaintiff's

attorneys an Answer to the Complaint in this action within twenty (20) days after the service of

this Summons, exclusive of the day of service, or within thirty (30) days after service is complete

if this Summons is not personally delivered to you within the State of New York.  In case of your

failure to answer, judgment will be taken against you by default for the relief demanded in the

Complaint.

    The basis of venue designated above is that Plaintiff is a domestic corporation with an

office at  Columbia County Airport, P.O. Box 423, 1142 Route 9H, Hudson, New York 12534.

In addition, the causes of action arise from the nonpayment of services performed and expenses

incurred in Columbia County, among others.

Dated:  December 31, 2015.
        Albany, New York.



1

**TABNER, RYAN AND KENIRY, LLP**

Brian M. Quinn, Esq.
*Attorneys for Plaintiff,*
*Richmor Aviation, Inc.*
18 Corporate Woods Boulevard, Suite 8
Albany, New York 12211
(518) 465-9500

2

STATE OF NEW YORK
SUPREME COURT        COLUMBIA COUNTY

---

RICHMOR AVIATION, INC.,

                              Plaintiff,

                    -against -

ASSEMBLY POINT AVIATION, INC.,

                              Defendant.

---

**VERIFIED
COMPLAINT**

Index No.: 9 6 6 4 - 1 5

Plaintiff Richmor Aviation, Inc., by and through its attorneys, Tabner, Ryan and Keniry,

LLP, as and for a Complaint, hereby states as follows:

1.       Plaintiff seeks to recover substantial sums owed to it for services that it performed

and expenses that it paid on behalf of Defendant.  To date, Plaintiff is owed approximately

$200,000.  In addition, Plaintiff is entitled to recover its attorney's fees and expenses incurred in

connection with this action, plus interest.

## THE PARTIES

2.       Plaintiff Richmor Aviation, Inc. ("Richmor") is a corporation organized under the

laws of the State of New York, with its principal place of business located at Columbia County

Airport, P.O. Box 423, 1142 Route 9H, Hudson, New York 12534.

3.       Upon information and belief, Defendant Assembly Point Aviation, Inc.

("Assembly Point") is a Delaware corporation, with a principal place of business located in

Massachusetts.

1

## VENUE

4.     Venue in this County is proper pursuant to CPLR 503, as Richmor is a domestic corporation with its principal office located in this county.

5.     In addition, the causes of action asserted herein arise from the nonpayment of services performed and expenses incurred in Columbia County, among others.

## THE PARTIES' AGREEMENTS

6.     Richmor entered into an Aircraft Pilot and Management Services Agreement and an Aircraft Lease Agreement with Assembly Point effective as of April 20, 2007 ("Agreements"). Copies of the Agreements are attached hereto as **Exhibit A**.

7.     As reflected in the Agreements, Assembly Point owned and/or controlled a certain Gulfstream IV aircraft bearing manufacturer's serial number 1172 and U.S. Registration Number N227SV.     Richmor provided Assembly Point with certain operation, management and administrative services and paid expenses on Assembly Point's behalf for which Assembly Point agreed to reimburse Richmor.

8.     Pursuant to the Agreements, Assembly Point engaged Richmor to provide such services in exchange for certain payments, including payments for flight crews, maintenance, insurance, hanger rent, various expenses, and fuel, among others.

9.     The Agreements also provided Richmor with the right to recover any and all fees and expenses incurred in connection with collecting amounts owed to it from Assembly Point.

10.     The Agreements remained in full force and effect at all relevant times.

### Richmor's Performance and the Breach

11.     Richmor began performing services pursuant to the Agreements on or around April 20, 2007.

2

12.     Richmor submitted monthly invoices to Assembly Point, reflecting the services performed and the expenses for which Richmor was entitled to reimbursement. Richmor further credited Assembly Point's account on the monthly invoices for any amounts owed to it under the Agreements.

13.     In conjunction with the invoices, Richmor also provided back-up documents for the services that it performed and expenses it incurred for which it sought reimbursement.

14.     On a monthly basis, from the commencement of its services until in or around September 2012, Richmor submitted its invoices and was subsequently paid for them.

15.     On or about September 4, 2012, December 31, 2012, January 11, 2013 and June 27, 2013, however, Richmor submitted invoices for which it was not paid. Specifically, a summary of the unpaid invoices is attached hereto as Exhibit B. The unpaid invoices (attached hereto as Exhibits C-E, along with supporting back-up documentation) consist of the following:

| Invoice Number | Billing Period | Invoice Date | Invoice Amount |
|---|---|---|---|
| 1212-068 | December 31, 2012 | January 11, 2013 | $175,610.52 |
| 1301-068 | January 31, 2013 | June 27, 2013 | $20,615.65 |
| AI96992 | December 31, 2012 | December 31, 2012 | $320.30 |
| AI97280 | December 31, 2012 | December 31, 2012 | $318.66 |
| C97863 | September 4, 2012 | September 4, 2012 | $2,699.60 |
| **Total:** | | | **$199,564.73** |

16.     Richmor received no objections from Assembly Point to the requested payments, and it fully anticipated that it would receive payment in full. Richmor, however, received no payments.

17.     In January 2013, Assembly Point notified Richmor that it would cease using

3

Richmor's services.  The parties' relationship eventually ended.  Richmor finalized the invoice for the final billing period (January 2013) in June 2013, which required time to prepare to account for various credits owed to Assembly Point in light of the termination of the parties' relationship.

18.     Since service of the invoices, Richmor has made additional demands for payment, including demands in writing.  Notwithstanding, Assembly Point has failed to provide any specific objections or payment.

19.     Richmor performed all of its duties and fulfilled all of its obligations under the Agreements.

### AS AND FOR A FIRST CAUSE OF ACTION
(Breach of Contract)

20.     Richmor repeats and realleges each and every allegation contained in Paragraphs numbered "1" through "19" herein with the same force and effect as if set forth herein at length.

21.     Assembly Point was obligated to pay Richmor for the services that Richmor provided and the expenses that it incurred pursuant to the Agreements.

22.     Richmor complied with all of its obligations under the Agreements.

23.     Richmor has complied with any and all conditions precedent necessary for payment.

24.     Assembly Point has failed to pay $199,564.73, the amount of the principal balance due and owing under the Agreements as of the invoice dates set forth in the invoices attached hereto as Exhibits C-E.  No payments have been made for these unpaid services and expenses.

25.     Assembly Point thereby breached the Agreements.

4

26.    As a result, Richmor is entitled to recover $199,564.73, plus interest and attorney's fees.

## AS AND FOR A SECOND CAUSE OF ACTION
### (Unjust Enrichment)

27.    Richmor repeats and realleges each and every allegation contained in Paragraphs numbered "1" through "26" herein with the same force and effect as if set forth herein at length.

28.    Assembly Point has been unjustly enriched in the sum of $199,564.73, which has been and is still due and owing to Richmor, for the benefits conferred Assembly Point by Richmor and accepted and retained by Assembly Point.

## AS AND FOR A THIRD CAUSE OF ACTION
### (Account Stated)

29.    Richmor repeats and realleges each and every allegation contained in Paragraphs numbered "1"" through "28" herein with the same force and effect as if set forth herein at length.

30.    Between September 2012 and June 2013, Assembly Point became indebted to Richmor upon a balance of account, including an account for goods and services sold and delivered. The account included unpaid amounts for services performed by Richmor and unpaid amounts for expenses incurred by Richmor on behalf of Assembly Point.

31.    On or about the invoice dates set forth on the invoices attached hereto as Exhibits C-E, a full account was stated by Richmor to Assembly Point, showing the full amount of goods and services sold and delivered to Assembly Point by Richmor.

32.    The statement of account shows a balance due from Assembly Point to Richmor of $199,564.73, as of the invoice dates.

33.    On or about the invoice dates set forth above, Richmor provided the statements of account to Assembly Point.

5

34.     Assembly Point has retained the statements of account without making any objection to them or any item(s) contained therein.

35.     No part of the account has been paid.

36.     The reasonable value and agreed upon price of the services and expenses incurred total $199,564.73, comprising of the reasonable values and agreed upon prices for each specific charge identified in the invoices attached hereto as Exhibits C-E.

37.     There is now due and owing from Assembly Point to Richmor the amount of $199,564.73, plus interest and attorney's fees.

### AS AND FOR A FOURTH CAUSE OF ACTION
(Promissory Estoppel)

38.     Richmor repeats and realleges each and every allegation contained in Paragraphs numbered "1" through "37" herein with the same force and effect as if set forth herein at length.

39.     Richmor agreed to provide its services and pay expenses based on representations by Assembly Point that Richmor would be paid for such services and reimbursed for such expenses by Assembly Point.

40.     Richmor reasonably and foreseeably relied upon such promises and has sustained injury in the amount of $199,564.73 in reliance on such promises.

### AS AND FOR A FIFTH CAUSE OF ACTION
(Quantum Meruit)

41.     Richmor repeats and realleges each and every allegation contained in Paragraphs numbered "1" through "40" herein with the same force and effect as if set forth herein at length.

42.     Richmor performed its services and paid the expenses in good faith.

43.     Assembly Point accepted Richmor's services and the payment of the expenses.

44.     Richmor expected compensation for its services and reimbursement for its

6

payment of expenses.

45.     The reasonable value of the services rendered and the payment of the expenses was $199,564.74.

**WHEREFORE**, Plaintiff demands judgment as follows:

1.     On the first, second, third, fourth, and fifth causes of action, for judgment against Assembly Point in the amount of $199,564.73, plus interest;

2.     On all causes of action, for costs and disbursements;

3.     On all causes of action, for attorney's fees and expenses, in such sums as may be determined by the Court; and

4.     For such other and further relief as the Court may deem just and proper.

Dated:   December 31, 2015.
         Albany, New York.

**TABNER, RYAN AND KENIRY, LLP**

Brian M. Quinn, Esq.
*Attorneys for Plaintiff,*
*Richmor Aviation, Inc.*
18 Corporate Woods Boulevard, Suite 8
Albany, New York 12211
(518) 465-9500

7

## VERIFICATION

STATE OF NEW YORK )
                            )ss.:
COUNTY OF ALBANY )

        Brian M. Quinn, being duly sworn, deposes and states that deponent is associated with

the law firm of Tabner, Ryan and Keniry, LLP, the attorneys of record for Plaintiff Richmor

Aviation, Inc. ("Plaintiff"); that deponent has read the foregoing Complaint and knows the

contents thereof; that the same is true to deponent's own knowledge, except as to the matters

therein stated to be alleged on information and belief, and that as to those matters deponent

believes them to be true. This verification is made by your deponent and not by the Plaintiff

inasmuch as the Plaintiff is not presently located within the County in which your deponent

maintains an office, and such verification is based upon investigations, review of documents,

conversations with the Plaintiff's representatives and a review of the law office file, among other

things.

                                                         Brian M. Quinn

Sworn to before this
31st day of December, 2015.

Notary Public-State of New York

PHYLLIS M. SECOR
Notary Public, State of New York
Qualified in Rensselaer County
No. 4844898
Commission Expires June 30, 2019

EXHIBIT "A"

## AIRCRAFT PILOT AND MANAGEMENT SERVICES AGREEMENT

THIS AGREEMENT (the "Agreement") is entered into and effective as of the, 20th day of April, 2007 (the "Effective Date"), by and between  Assembly Point Aviation, Inc.("Owner"), either registered owner or lessee), and RICHMOR AVIATION, INC , a corporation organized and existing under the laws of the State of New York, with its principal office located at Columbia County Airport, Hudson, New York 12534 (the "Air Services Provider")

### W I T N E S E T H:

WHEREAS, Owner controls and operates the legal capacity of owner or lessee that certain Gulfstream IV aircraft bearing manufacturer's serial number 1172 and U.S  Registration Number 227SV which is equipped with two (2)),Rolls Royce Tay aircraft engines model 611-8 bearing serial numbers,16147(and) 16148. (collectively the "Aircraft").

WHEREAS, Air Services provider is experienced in the operation, management, and administrative coordination of the Aircraft's type;

WHEREAS, Owner desires the services of a pilot service company and an aircraft management company; and

WHEREAS, Owner may desire Air Services provider to lease Aircraft for Part 135 Charter Operations, the Aircraft Lease Agreement dated as of the Effective Date, the defined terms from which are incorporated herein by reference.

WHEREAS, Owner does not have as a principal purpose the provision of air transportation services

NOW THEREFORE, in consideration of the mutual promises contained herein and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties hereby agree as follows:

### SECTION 1.   DEFINITIONS

1.1    The following terms shall have the following meanings for all purposes of this Agreement

"Aircraft" means the Airframe, the Engines, and the Aircraft Documents  Such Engines shall be deemed part of the "Aircraft" whether or not from time to time attached to the Airframe or on the ground.

"Airframe" means the Gulfstream IV, manufacturer's serial number 1172 and United States registration number 227SV, together with any and all Parts (including, but not limited to, landing gear and auxiliary power units but excluding Engines) so long as such Parts shall be either incorporated or installed in or attached to the Airframe

"Applicable Law" means, without limitation, all applicable laws, treaties, international agreements, decisions and orders of any court, arbitration or governmental agency or authority and rules, regulations, orders, directives, licenses and permits of any governmental body, instrumentality, agency or authority, including, without limitation, the FARs and the Federal Aviation Act of 1958 as amended.

"Business Day" means any day Monday-Friday excluding Federal Holidays

"Certificate" shall mean that certain Air Carrier Certificate issued to Air Services Provider by the Federal Aviation Administration pursuant to Part 119 of the FARs and bearing certificate number BQVA582C.

"Direct Operating Expenses" means costs incurred for fuel, maintenance, maintenance reserves, repairs, spare parts, replacement parts or overhauls, lubricants, oxygen and other aircraft consumable products used in connection with flight operations conducted by Air Services Provider.

"Engines" means two Rolls Royce, model engines, serial numbers 16447 and 16448, together with any and all Parts so long as the same shall be either incorporated or installed in or attached to such Engine. An Engine shall remain leased hereunder whether or not from time to time attached to the Airframe or on the ground.

"Event of Loss" shall mean any of the following events with respect to any property:

(i)     loss of such property or of the use thereof due to theft or disappearance (with loss being conclusive following 30 days or such other period specified in applicable insurance), destruction, damage beyond economic repair or rendition of such property permanently unfit for normal use for any reason.

(ii)    any damage to such property which results in an insurance settlement with respect to such property on the basis of an actual, constructive or compromised total loss; or

(iii)   the condemnation, confiscation or seizure of, or requisition of title to or use of, such property by private persons or by any governmental or purported governmental authority.

"FAA" means the Federal Aviation Administration of the United States Department of Transportation or any successor agency.

"FARs" means collectively the Aeronautics Regulations of the Federal Aviation Administration and the Department of Transportation, as codified at Title 14, parts 1 to 399 of the United States Code of Federal Regulations.

"Fixed Expenses " means any costs related to the storage, use or operations of the Aircraft, including, without limitation, costs of Aircraft hull and liability insurance, computerized maintenance services, subscription, chart and database services, Flight Crew salaries, benefits, training, flight physicals, and drug testing, but excluding Direct Operating Expenses, Variable Operating Expenses and Incidental Expenses.

"Flight Crew" shall mean pilots, cabin attendants or other flight personnel.

"Flight Hour" shall mean the time from take-off to landing (i.e., wheels-up to wheels-down), as recorded time on the aircraft hour meter, or, if nonfunctional for any reason, as indicated in the journey log entries.

"Incidental Expenses" means all out of pocket costs incurred in connection with any flight, including, without limitation, landing fees, ramp fees, overnight hangar fees, de-icing costs, contaminant recovery costs, catering costs. In-flight entertainment and telecommunications charges, ground transportation, travel expenses of Flight Crew. Charts, manuals, and other publications obtained for the specific flight (e.g., navigation, operations, and maintenance), and any other similar items, but excluding all Direct Operating Expenses and Fixed Expenses and Variable Operating Expenses.

"Lien" means any mortgage, security interest, lease or other charge or encumbrance or claim or right of others, including, without limitation, rights of others under any airframe or engine interchange or pooling agreement.

"Management Fee" shall mean a fee for supervision of operations and maintenance; reporting; budgeting, payment of aircraft-related invoices (subject to reimbursement as elsewhere provided herein), passenger and flight personnel scheduling and travel support services for Owner and Owner's guests

"Operating Account" shall mean a bank account maintained by Air Service Provider solely to maintain funds related to the Aircraft.

"Operating Base" shall mean Oxford, CT

"Pilot in Command" shall have the same meaning given the term in Section 1 1 of the FARs.

"Parts" means all appliances, components, parts, instruments, appurtenances, accessories, furnishings or other equipment of whatever nature (other than complete Engines or engines) which may from time to time be incorporated or installed in or attached to the Airframe or any Engine and includes replacement parts.

"Taxes" means al.sales taxes, use taxes, retailer taxes, duties, fees, excise taxes (including, without limitation, federal transportation excise taxes), or other taxes of any kind which may be assessed or levied by any Taxing Jurisdiction as a result of the lease of the Aircraft to Air Services Provider, or the use of the Aircraft by Air Services Provider, or the provision of a taxable transportation service by Air Services Provider using the Aircraft.

"Taxing Jurisdictions" means any federal, state, county, local, airport, district, foreign, or other governmental authority that imposes Taxes

"Variable Operating Expenses" means any expenses associated with' communications, catering, landing fees, computer flight plans, over-flight permits, temporary/supplementary crew costs, airway charges, on the road crew expenses, aircraft stores and supplies, and the like.

## SECTION 2.  OPERATION OF THE AIRCRAFT UNDER THE FARS

2 1    All flight operations on behalf of Owner under this Agreement shall be conducted under Part 91 of the Federal Aviation Regulations, as amended (the "FARs"), all in accordance with the Minimum Equipment List (the "MEL") for the Aircraft

## SECTION 3.  FLIGHT PERSONNEL FOR OWNER'S FLIGHTS

3 1    Air Services Provider agrees to furnish to Owner, under the terms and conditions of the Agreement, all necessary pilots, cabin attendants, and other flight personnel (the "Flight Crew") for conducting flights on behalf of the Owner.  The Flight Crew pilots shall consist only of pilots who are qualified to fly the Aircraft as defined in Part 61 of the FARs, who meet the pilot warranty under the insurance policies maintained with respect to the Aircraft, and, for any particular flight during the term of this Agreement, who have not reached Air Services provider's published crew duty limits for the applicable time period.  The Flight Crew shall be dedicated personnel for Owner's flights of the Aircraft, except that (i) in the event that any member of the Flight Crew  is unavailable for any particular flight due to any reasonable cause (including, without limitation, illness, training, vacation, personal emergency, or crew duty limits), Air Services Provider shall use its reasonable best efforts to substitute a similarly qualified person subject to Owner's express right to reject any particular person.  And (ii) Air Services Provider may utilize any member of the Flight Crew for any purpose whatsoever outside of the scope of

Agreement so long as such utilization does not conflict with Air Service Provider's performance under this Agreement or cause any additional expense to Owner.

3.2     Upon selection and approval by the Owner, each member of the Flight Crew will be carried on the payroll of Air Services Provider as long as such member meets the employment requirements of Air Service Provider and the terms and conditions of his or her employment letter from Air Services Provider. Air Services Provider may terminate the employment of any such member at any time in its sole discretion. Owner may request Air Services Provider to terminate the Flight Crew assignment of any particular person for any reason or no reason at any time. Air Services Provider will use its reasonable best efforts to keep the Owner apprised of Flight Crewmember qualifications and performance, and the advisability of continued assignment to Owner.

3.3     Owner agrees and acknowledges that Air Services Provider is hiring and employing the Flight Crew for the purpose of conducting and supporting flights of the Aircraft on behalf of Owner, and Air Services Provider does so expressly in reliance on Owner's covenant of complete and timely performance under this Agreement.

3.4     Air Services Provider shall conduct a performance review of each member of the Flight Crew once per year during the anniversary month of the Effective Date of this Agreement. Owner shall have the right to approve or reject the aggregate amount of any salary increase(s) proposed by Air Services Provider as a result of such performance review. If approved, Air Services Provider shall determine the individual distributions from such aggregate amount on the basis of merit as determined by such performance review.

3.5     For each Flight Crew member to the extent as required under the FARs, Air Services Provider shall provide or arrange for initial and recurrent training and, in the case of pilots, all required certification. Owner shall provide Air Services Provider with reasonable access to and use of the Aircraft for the purpose of conducting all training and testing that is necessary (i) for compliance with the FARs or Air Services Provider's policies and procedures or (ii) to promote the safe manipulation of the Aircraft by Air Services Provider's pilots (including, without limitation, observation of line operation by Air Services Provider's management, proficiency checks, line checks, and type training and certification). Owner agrees to reimburse Air Services Provider promptly for all fees and expenses relating to training and certification, including, without limitation, training and testing flights of the Aircraft.

SECTION 4. SCHEDULING OF OWNER'S FLIGHTS

4.1     Air Services Provider shall provide Flight Crew and Aircraft scheduling services to support Owner's flights of the Aircraft, subject to the following limitations:

(a)     Each pilot who is a member of the Flight Crew shall be limited, unless otherwise agreed between the parties to this Agreement, to a fourteen (14) hour duty day in any twenty-four (24) hour period unless such pilot receives at least ten (10) hours of uninterrupted rest at a hotel, motel, or equivalent rest facility.

(b)     In addition, each pilot who is a member of the Flight Crew shall be limited to ten (10) hours of flight time in any twenty-four-- (24) hour period.

SECTION 5. AIRCRAFT MANAGEMENT SERVICES

5.1     Air Services Provider agrees to provide to Owner during the term of this Agreement aircraft management services, including the following:

(a)     Hangar, Office, and Shop Facilities. Air Services Provider shall arrange for hangar, office, and shop facilities at a location designated by Owner and shall base the Aircraft at

such location (the "Operating Base"). Air Services Provider shall arrange if necessary for hangar, office, and/or shop facilities at other locations.

(b)  Maintenance. Air Services Provider shall maintain the Aircraft in an airworthy condition and in compliance with (i) applicable FARs, (ii) the Aircraft Operating Manual, (iii) Air Services Provider's airworthiness maintenance program, (iv) the operating and maintenance instructions furnished by the manufacturer of the Aircraft (v) Owner's wishes, and (vi) such ordinary and customary condition and equipment as may apply to the Aircraft of this type. In connection with foregoing, Air Services Provider shall perform or arrange for line, routine, and non-routine maintenance and overhaul of the Aircraft at the Operating Base and, if required, at other locations, including addressing of service bulletins, airworthiness directives, and other required repairs or replacements (including, without limitation, any and all necessary painting and refurbishing, major maintenance such as engine overhaul and airframe modifications, maintenance ground support equipment, initial spare parts provisioning and inventories, office and shop equipment, communications and computer equipment at the Operating Base, and special training requirements). Air Services Provider shall arrange for engine and airframe maintenance service plans when appropriate. Owner agrees to cooperate with Air Services Provider in scheduling maintenance of the Aircraft, and Air Services Provider shall use its reasonable best efforts, but only if practical under the circumstances, to minimize scheduling conflicts with Owner's use of the Aircraft arising from such maintenance.

(c)  Fuel and Lubricants. Air Services Provider shall arrange for lubricant services, fueling, and all other consumables of the Aircraft at the Operating Base and, if required, at other locations.

(d)  Insurance. Air Services Provider shall procure and thereafter shall maintain insurance in accordance with the provisions of this Agreement.

(e)  Records and Administration. Air Services Provider shall create and maintain operations, administrative, and accounting records with respect to the Aircraft and the operations and services under this Agreement. To the extent Air Services Provider is required by the FAR's to create or maintain any maintenance record or document relating to the Aircraft during the Term, Air Service Provider will maintain or cause to be maintained and preserved, in the English language, all such records and documents. Such records and documents may include, without limitation, flight records, maintenance records, historical records, modification records, overhaul records, manuals, logbooks, authorizations, drawings and data required or recommended by the Airframe, Engine or any Part Manufacturer, or required from time to time by the FAA with respect to the Aircraft, including without limitation shop records detailing service checks, inspections, tests, repairs, or overhauls, and other records required for any operation. Records pertaining to the performance of services by Air Services Provider under this Agreement shall be available for inspection by the Owner at Air Services Provider's principal office under no less than forty-eight (48) hours notice during the term of this Agreement. Air Services Provider shall maintain facilities at its principal offices for record keeping, scheduling, operations supervision, accounting support, and other necessary administrative functions. Air Services Provider shall provide to Owner and annual budget, monthly reports, and such other reports regarding the Aircraft as Owner may reasonable request.

(f)  Minimum Equipment List. Air Services Provider shall obtain the MEL for the Aircraft from the Federal Aviation Administration (the ""FAA").

(g)  FAA Liaison. Air Services Provider shall as Owner's liaison to the FAA for purposes of assisting Owner in complying with the FARs.

(h)    Additional Services. Air Services Provider shall provide and/or arrange for all other services as may be reasonably required or appropriate with respect to the operation and/or management of the Aircraft hereunder, including, without limitation, the following services: using its scheduling and dispatch organization to assist Owner in scheduling the Aircraft, the Flight Crew and passengers; assisting Owner in developing in-house procedures and providing training to Owner's personnel, if necessary, to coordinate flight schedules; receiving trip requests from Owner and producing a trip sheet for each proposed flight of the Aircraft with pertinent details of the trip itinerary; arranging ground transportation requirements for passengers on the Aircraft; arranging for catering services; arranging for aircraft cleaning; establish accounts with vendors of supplies and services for the Aircraft and maintain all such accounts in good standing; file applications for fuel tax refunds if applicable; process Aircraft and Parts warranty claims; arranging for landing permits, clearances, and ground handling for domestic and international destinations; and coordinating the repositioning of the Aircraft to support Owner's flight schedule.

## SECTION 6. COMPENSATION FROM OWNER

6.1    Owner shall compensate Air Services Provider for all labor and costs incurred to complete a review of all records concerning the Aircraft (which shall be completed prior to the Aircraft being placed in service hereunder) and other activity that is associated customarily with the initiation of flight operations of the kind and nature contemplated under this Agreement.

6.2    Flight Crews: Air Services Provider shall be compensated by Owner at the rate of Thirty Three Thousand Nine Hundred Eighty Seven United States Dollars (US$ 33,987.00) per month during the term of this Agreement for three (3) dedicated pilots under this Agreement, which amount shall equal the salaries (including employment taxes and the like) and benefits paid to or for each dedicated pilot plus a five percent (5%) administrative fee. In the event a pilot resigns, Air Services Provider shall use its best efforts to identify and employ a qualified substitute under the same terms as applied to the resigned pilot. Until the permanent replacement pilot is hired, Air Service Provider shall charge Owner a daily rate, in an amount posted by Air Services Provider from time to time, for each day that the temporary substitute pilot is engaged for Owner's flights. Such per diem amounts shall be invoiced to the Owner monthly. Additionally, Air Services Provider shall charge Owner for expenses incurred to relocate any Flight Crewmember to or from the Operating Base in connection with an Owner flight or Aircraft.

6.3    Air Services Provider shall be compensated by Owner at a rate of Four Thousand Two Hundred United States Dollars (US$ 4,200.00) per month during the term of this Agreement for aircraft management under this Agreement (the "Management Fee").

6.4    Air Services Provider shall be compensated by the Owner at a rate of Seven Thousand United States Dollars (US$7,000.00) per month during the term of this Agreement for all hangar, office and shop rent expense at the Operating Base.

6.5    Air Services Provider will submit to Owner outside vendor invoicing for immediate payment, when the services provided by outside vendor are outside the scope of normal Direct Operating Expenses, Fixed Expenses, Variable Operating Expenses or Incidental Expenses, and as such are not contemplated in the "Operating Account", such invoices may consist of but not be limited to; aircraft refurbishment, avionics upgrades, engine overhauls or large maintenance packages.

6.6    All amounts in this Section shall be billed by Air Services Provider on a monthly basis, except for the Start-up Fee which shall be billed on the Effective Date of this Agreement, and Owner agrees to pay all such amounts to Air Services Provider promptly within fifteen (15) days after the date of billing.

6.7    All amounts in this Section shall be adjusted automatically, but in no event decreased, in accordance with the most recent annual change in the Consumer Price Index for all Urban consumers – U.S. city average, all items (1982-84 = 100) (the "Consumer Price Index").

## SECTION 7. PAYMENT OF OTHER EXPENSES

7.1    Owner shall pay to Air Services Provider all labor, fees and expenses associated with any service rendered by Air Services Provider in accordance of this Agreement as billed monthly (including, without limitation, Section Five (5), Section Six (6) (except 6.3) and Section Seven (7) of this Agreement, or any flight of the Aircraft under this Agreement, including, without limitation, the following: Aircraft consumables (e.g., fuel, lubricants, additives, oxygen, and TKS fluid); initial , replacement, and consumable parts (including, without limitation, shipping and core charges for parts and components); maintenance ground support equipment; Aircraft flight crew and flight support labor and expenses except for services provided by the Flight Crew; Aircraft maintenance labor at posted rate and expenses; third-party service fees for technical support of the Aircraft; Flight Crew travel expenses, meals, lodging, and telephone expenses; travel expenses of Air Services Provider's supervisory personnel incurred in connection with supporting the operation of the Aircraft; catering; in-flight entertainment materials; ground transportation; fees (e.g., airport, landing, ramp, handling, customs, airway, over-flight, tie down, and hangaring); publications (e.g., navigation, operations, and maintenance); communication charges; computer services; substitute or supplementary personnel (day rate); alcohol, drug testing, physicals and uniforms; and aviation charts and manuals (including any applicable taxes or similar charges).

7.2    Owner shall pay to Air Services Provider full reimbursement for all expenses incurred in connection with maintaining or causing to be maintained the insurance coverage under Section 12 of this Agreement.

7.3    Owner shall pay to Air Services Provider full reimbursement of all fees, expenses incurred in connection with arranging for and maintaining engine and airframe maintenance or maintenance service plans at posted rates.

7.4    All amounts in this Section shall be billed by Air Services Provider on a monthly basis.   Owner agrees to pay all such amounts to Air Services Provider promptly within fifteen (15) days after the date of billing.

7.5    Owner shall bear any expense in maintaining the "Operating Account".

## SECTION 8. STATEMENT OF ACCOUNT

8.1    Not later than the 15th day of each calendar month, Air Services Provider shall send to Owner an itemized statement of account describing in detail, with respect to the immediately preceding calendar month, (i) all operations of the Aircraft conducted by Air Services Provider, including charter flights, repositioning flights, and non-revenue operations, if any (ii) all deposits to the Operating Account (see Section 9), and (iii) all deductions from the Operating Account.

## SECTION 9. OPERATING ACCOUNT

9.1    Upon execution of this Agreement, Owner shall pay immediately to Air Services Provider the sum of ___not applicable____ (the "Operating Deposit") to secure Owner's payment and reimbursement obligations to Service Provider under Section 5, Section 6 and Section 7 of this Agreement, this amount will be determined by Air Services provider based on 2 months anticipated fees and expenses. On each anniversary of the Effective Date during the term of this Agreement, including any extensions of such term, Owner shall pay to Air Services Provider a supplement to the Operating Deposit if necessary to maintain a sum equal to two times the average monthly total for the preceding six (6) months of all payments and reimbursement amounts due to

Air Services Provider if required under Section 5, Section 6 and Section 7 of this Agreement (the "Supplement").

9.2    Air Services Provider shall keep the Operating Deposit, including any and all Supplements, in a separate interest bearing bank account (the "Account") and all interest, if any earned on such funds shall be credited to the Account. Air Services provider shall notify Owner as to the name and branch of the bank at which such Account is maintained, as well as the account number and shall arrange to have the bank forward statements of the Account directly to Owner. Owner hereby pledges and grants to Air Services Provider a security interest in the Account and in the Operating Deposit, including any and all Supplements and interest, in connection with Owner's payment and reimbursement obligations under this Agreement

9.3    Air Services provider shall have the right at all times, to withdraw sufficient funds from the Account and to retain such funds for its own account to pay for any of Owner's payment or reimbursement obligations to Air Service Provider as they become due and payable under Section 5, Section 6 and Section 7 of this Agreement.

9.4    Payment of Operating Account Balance. Not later than the 15th day after the statement date of each statement provided pursuant to section 8.1, Air Services Provider shall remit to Owner from the Operating Account the full balance in excess of the amount over the Operating Account balance required by section 9.1

9.5    Following termination of this Agreement, Air Services Provider shall hold the then-current balance in the Account. Air Services Provider shall refund the full remaining balance, if any, in the Account at or before the end of three (3) months following such date (the "Retention Period"), provided, however, that Owner has paid in full all amounts due to Air Services Provider under this Agreement.

SECTION 10.  TERM AND TERMINATION

10.1    This Agreement will become effective and will bind the parties to its term and conditions on the Effective Date, and will remain in full force and effect until terminated by a party as provided hereunder or as otherwise provided under governing law. Notwithstanding the foregoing, Owner may terminate this Agreement during the first twelve (12) months from the Effective Date (the "First Year Period") only if Owner pays to Air Services Provider at the time of such termination a sum equal to the total of all unpaid Management Fees that would have become due and payable to Air Services Provider under this Agreement in the First Year Period.

10.2    Owner or Service Provider may terminate this Agreement at any time by providing sixty (60) days written notice to the other party. Owner or Service Provider shall also have the right to terminate this Agreement immediately by written notice to the other following a material breach of this Agreement by the other remaining uncured for five (5) business days after written notice.

10.3    Upon termination of this Agreement:

(a)    Owner shall pay to Service Provider all costs and expenses (including, without limitation, current salary and benefits) of employing each member of the Flight Crew during the first sixty (60) days following such termination (the "Reassignment Period"), except that Owner shall not be obligated to pay such costs and expenses for any such member after he or she (i) is reassigned to another employment position within Air Service Provider's organization or (ii) has commenced employment elsewhere.

(b)    Owner shall not hire, retain the services of, or employ, directly or indirectly, any member of the Flight Crew for a period of one (1) year from the date of the termination of this Agreement.

### SECTION 11. OPERATIONAL CONTROL

11.1   For all flights on behalf of Owner under this Agreement, it is hereby jointly agreed and acknowledged between the Owner and Air Services Provider that during all phases of flights conducted under this Agreement, Owner shall retain and have (i) operational control (within the meaning of such term as used in FAR Sections 1.1) of the Aircraft and (ii) possession, command, and control of the Aircraft. Owner further acknowledges operational control by exercising Owner's authority over initiating, conducting, or terminating any such flight. The Flight Crew is under the exclusive command and control of Owner in all phases of those flights and at all times. Notwithstanding that operational control for all phases of flights conducted on behalf of Owner under this Agreement remains and lies with Owner, Owner and Air Services Provider hereby expressly agree that the Pilot in Command, as determined by reference to the FARs, in his or her sole discretion, may terminate any flight, refuse to commence any flight, or take any other flight-related action which, in the judgment of the Pilot in command, is necessitated by considerations of safety. The Pilot in Command shall have final and complete authority to postpone or cancel any flight for any reason or condition which, in his or her judgment, would compromise the safety of the flight. No such action of the Pilot in Command shall create or support any liability for loss, injury, damage, or delay between Owner and Air Services Provider. Owner hereby warrants and represents to Air Services Provider that for all Part 91 flights, Owner is organized and operated in a manner consistent with FAR Part 91.

### SECTION 12. INSURANCE

12.1   Air Services Provider shall maintain, or cause to be maintained, liability insurance in amounts no less than One Hundred Million United States Dollars (US$ 100,000,000.00), Combined Single Limit for the benefit of itself and Owner in connection with the Aircraft and all operations and services contemplated hereunder. Said policy shall be an occurrence policy naming Air Services Provider as Named Insured, and Owner, its affiliates, directors, officers, employees, successors and assigns shall be named as Additional Named Insureds. Such policy shall contain a waiver of subrogation clause in favor of all Additional Named Insureds.

12.2   Air Services Provider shall maintain, or cause to be maintained, aircraft hull insurance in the amount of the full replacement value of the Aircraft, which the parties acknowledge and agree is Twenty Two Million United States Dollars (US$ 2,000,000.00), and such insurance shall name Owner and any first lien mortgage holder as loss payees as their interest may appear. Such policy shall contain a waiver of subrogation clause in favor of all Additional Named Insureds.

12.3   Air Services Provider will provide Owner with a Certificate of Insurance at any time upon request during the term of this Agreement.

12.4   Each insurance policy required under this Section shall insure the interest of Owner regardless of any breach or violation by Air Services Provider of any warranties, declarations, or conditions contained in such policies. Each such policy shall be primary without any right of contribution from any insurance maintained by Owner. Each such policy shall insure Air Services Provider's contractual liability to Owner contained in this Agreement (with a Breach of Warranty endorsement). The geographic limits, if any, contained in each and every such policy of insurance shall include at the minimum all territories over which Air Services Provider will operate the Aircraft for which the insurance is placed. Each policy shall contain an agreement by the insurer that notwithstanding the lapse of any such policy for any reason or any right of cancellation by the insurer or Air Services Provider, whether voluntary or involuntary, such policy shall continue in force for benefit of Owner and Air Services Provider for at least thirty (30) days (or such lesser time as may be permitted in the case of War Risk Insurance, if such War Risk Insurance so requires) after written notice of such lapse or cancellation shall have been given to Air Services Provider. Each policy shall contain an agreement by the Insurer to provide Owner with thirty-(30) days prior written notice of any deletion, cancellation or material change in coverage.

12.5    Each insurance policy required under this Section shall be issued by a company or companies who are qualified to do business in the United States of America and who (i) will submit to the jurisdiction of any competent state or federal court in the United States of America with regard to any dispute arising out of the policy of insurance or concerning the parties herein; and (ii) will respond to any claim or judgment against Owner in any competent state or federal court in the United States of America or its territories.

## SECTION 13. LIENS

13.1    Air Services Provider will ensure that no liens are created or placed against the Aircraft by third parties as a result of Air Services Provider's actions during the term of this Agreement, except for mechanic's liens to be discharged in the normal course of business.

## SECTION 14. INDEMNIFICATION

14.1    Each party to this Agreement (the "Indemnifying Party") agrees to indemnify and hold harmless the other party to this Agreement (the "Indemnified Party"), its officers, directors, employees, agents, affiliates, representatives, subsidiaries, parent corporation, successors and assigns from and against any loss, liability, claim, damage, fine, penalty, and expense (including, but not limited to, costs of investigation, defense and reasonable fees incurred for attorneys, expert witnesses, consultants, or litigation support) or diminution in value (each an "Indemnified Loss") which arises from the Indemnifying Party's (i) gross negligence, (ii) actions or omissions with respect to the Aircraft or any flight of the Aircraft, (iii) willful misconduct or (iv) any breach of representation or warranty contained herein made by the Indemnifying Party or any failure to perform any agreement or undertaking imposed upon the Indemnifying Party. Notwithstanding the foregoing, in no event shall any party to this Agreement be liable to the other party for (i) incidental, consequential, or special damages, including, without limitation, lost revenue or profits, which are expressly disclaimed and waived by the parties, (ii) any Indemnified Loss to the extent that such Indemnified Loss is covered by any insurance policy or policies under this Agreement, regardless of whether such Indemnified Loss exceeds the aggregate amount of all such insurance coverage, or (iii) any Indemnified Loss to the extent that such Indemnified Loss consists of expenses not payable under any insurance policy or policies under this Agreement and which were incurred in connection with an Indemnified Loss covered in whole or in party by such policy or policies.

14.2    EACH PARTY ACKNOWLEDGES AND AGREES THAT THE PROCEEDS OF INSURANCE TO WHICH IT IS ENTITLED, ITS RIGHTS TO INDEMNIFICATION FROM THE OTHER PARTY UNDER THIS AGREEMENT, AND ITS RIGHT TO DIRECT DAMAGES ARISING IN CONTRACT FROM A MATERIAL BREACH OF THE OTHER PARTY'S OBLIGATIONS UNDER THIS AGREEMENT ARE THE SOLE REMEDIES FOR ANY DAMAGE, LOSS, OR EXPENSE ARISING FROM THIS AGREEMENT OR THE SERVICES PROVIDED HEREUNDER OR CONTEMPLATED BY THIS AGREEMENT.  IN NO EVENT SHALL EITHER PRARTY BE LIABLE FOR OR HAVE ANY DUTY FOR INDEMNIFICATION OR CONTRIBUTION TO THE OTHER PARTY FOR ANY CLAIMED INDIRECT, SPECIAL, CONSEQUENTIAL, OR PUNITIVE DAMAGES, OR FOR ANY DAMAGES CONSISTING OF DAMAGES FOR LOSS OF USE OR DEPRECIATION OF VALUE OF THE AIRCRAFT, LOSS OF PROFIT, OR INSURANCE DEDUCTIBLE.

14.3    Owner hereby indemnifies and holds harmless Air Services Provider and all of Air Services Provider's officers, directors, employees, agents, affiliates, representatives, successors and assigns from and against any loss, liability, claim, damage, fine, penalty, and expense, which arises in the event Owner is in fact or is deemed to be operating any aircraft in violation of FAR Part 91.

    The provisions in this Section 14 shall expressly survive the termination of this Agreement.

## SECTION 15.  NOTICES

## SECTION 15.  NOTICES

15.1  All communications, declarations, demands, consents, directions, approvals, instructions, requests and notices required or permitted by this Agreement shall be in writing and shall be deemed to have been duly given or made when delivered by hand, or five Business Days after being sent by registered mail, return receipt requested, postage prepaid, or on the next Business Day when sent by overnight courier or when transmitted by means of facsimile or other wire transmission (with request for assurance of receipt in a manner typical with respect to communications of that type and followed promptly with the original thereof) in each case at the address set forth below:

If to Owner:          Assembly Point Aviation, Inc
                      194 Birkdale Lane
                      Jupiter, Florida 33458
                      Attention:  Phillip Morse


If to Air Services
Provider:             Richmor Aviation, Inc.
                      Columbia County Airport
                      Hudson, New York  12534
                      Attention:  Mahlon W. Richards


## SECTION 16. FORCE MAJEURE

16.1  Neither party to this Agreement shall be deemed to be in breach of this Agreement or its obligations hereunder or have any liability of any kind of nature whatsoever for any delay, cancellation, or damage arising in whole or in part from any act of God, act of nature, acts of civil or military authority, strike or labor dispute, mechanical failure, lack of essential supplies or parts, or for any  cause beyond the control of such party

## SECTION 17. MISCELLANEOUS

17.1  This Agreement, and all terms, conditions, warranties, and representations herein, are for the sole and exclusive benefit of the signatories hereto.  This Agreement constitutes the entire agreement of the parties as of its Effective Date and supersedes all prior or independent, oral or written agreements, understandings, statements, representations, commitments, promises, and warranties made with respect to the subject matter of this Agreement

17.2  Except  as specifically provided in this Agreement, none of the provisions of this Agreement, nor any oral or written statements, representations, commitments, promises, or warranties made with respect to the subject matter of this Agreement shall be construed or relied upon by any party as the basis of, consideration for, or inducement to engage in, any separate agreement, transaction or commitment for any purpose whatsoever.

17.3  This  Agreement shall constitute an independent contractor agreement, and nothing in this Agreement shall be deemed, construed, or interpreted as (i) conveying to Air Services Provider any right, title or interest in the Aircraft, (ii) except as required for Air Service Provider's performance hereunder, conveying to Air Services Provider any ability to bind Owner or act as its agent, or (iii) creating in any way any association, partnership, joint venture, or principal and agent relationship between the parties.

17.4  This Agreement, including all agreements, covenants, representations and warranties, shall be binding upon and inure to the benefit of, and may be enforced by Owner, Air Services Provider, and each of their agents, servants and personal representatives.

17.5  The section and subsection headings in this Agreement are for convenience of reference only and shall not modify, define, expand, or limit any of the terms of provisions hereof.

17.6  This Agreement may be executed by the parties hereto in separate counterparts; each of which when so executed and delivered shall be an original, but all such counterparts shall together constitute but one and the same instrument.

17.7  No term or provision of this Agreement may be changed, waived, discharged, or terminated orally, but only by an instrument in writing signed by the party against which the enforcement of the change, waiver, discharge, or termination is sought.

17.8  No delay or omission in the exercise or enforcement or any right or remedy hereunder by either party shall be construed as a waiver of such right or remedy. All remedies, rights, undertakings, obligations, and agreements contained herein shall be cumulative and not mutually exclusive, and in addition to all other rights and remedies which either party possesses at law or in equity.

17.9  Owner shall reimburse Air Services Provider promptly for any and all fees and expenses incurred by Air Services Provider in connection with collecting any amount due to Air Services Provider under this Agreement that remains unpaid for ten (10) days following written demand by Air Services Provider to Owner, if Air Services Provider prevails.

17.10  THIS AGREEMENT HAS BEEN NEGOTIATED AND DELIVERED IN THE STATE OF NEW YORK AND SHALL IN ALL RESPECTS BE GOVERNED BY, AND CONSTRUED IN ACCORDANCE WITH, THE LAWS OF THE STATE OF NEW YORK, INCLUDING ALL MATTERS OF CONSTRUCTION, VALIDITY AND PERFORMANCE, WITHOUT GIVING EFFECT TO ITS CONFLICT OF LAWS PROVISIONS.

*****

IN WITNESS HEREOF, the undersigned have executed this Agreement as of the Effective Date.

OWNER:

ASSEMBLY POINT AVIATION, INC.:

By: _David W. M_____

Print: DAVID W. GILMOUR

Title: MANAGER

AIR SERVICES PROVIDER:

RICHMOR AVIATION, INC.

By: _Mahlon W. Richards_____

Print: Mahlon W. Richards

Title: President

**AIRCRAFT LEASE AGREEMENT**
(Non-Exclusive — Part 135 Charter Operations

THIS NON-EXCLUSIVE AIRCRAFT LEASE AGREEMENT (the "Agreement") is entered into as of the 20th day of April, 2007(the "Effective Date"), by and between Assembly Point Aviation, Inc., ("Owner"), and RICHMOR AVIATION, INC , a New York corporation (the "Air Services Provider").

**W I T N E S E T H :**

WHEREAS, Owner is, as of the Effective Date of this Agreement, the registered owner or lessee of the Aircraft described and referred to herein:

WHEREAS, Air Services Provider holds a current and valid Air Carrier Certificate issued by the Federal Aviation Administration pursuant to FAR Part 119 and bearing certificate number BQV582C, together with all other certificates, registrations (including, without limitation, registration with the DOT as an air taxi operator), and documents (including, without limitation, operations specifications) required in order that Lessee may lawfully conduct On-Demand Operations in common carriage in accordance with the applicable requirements of FAR Part 135;

WHEREAS, Air Services Provider is authorized by its Operations Specifications to conduct On-Demand Operations in common carriage in accordance with the applicable requirements of Part 135 of the FARs:

WHEREAS, owner desires to lease the Aircraft to Air Services Provider on a dry-lease basis (i e , without pilot services), and Air Services Provider desires to lease the Aircraft from Owner on a dry-lease basis, so that Air Services Provider may use the Aircraft to conduct On-Demand Operations in common carriage; and

WHEREAS, during the term of this Agreement, the Aircraft may be subject to concurrent, non-exclusive leases to other lessees;

WHEREAS, Owner, or an affiliate of Owner, and Air Services Provider have entered into an Aircraft Management and Pilot Services Agreement dated as of the Effective Date, the defined terms from which are incorporated herein by reference.

NOW, THEREFORE, in consideration of the mutual promises herein contained and other good and valid consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties agree as follows:

SECTION 1.    LEASE AND DELIVERY OF THE AIRCRAFT

1.1    Lease.  Owner agrees to lease to Air Services Provider on a dry-lease basis, and Air Services Provider agrees to lease from Owner, the Aircraft, on a dry-lease basis, and on an "as needed" and "as available" basis, and on the terms and conditions of this Agreement.

1 2    Delivery.  The Aircraft shall be delivered to Air Services Provider on a mutually agreed date (the "Delivery Date") at Waterbury Oxford Airport, Connecticut (the "Operating Base"). Owner shall not be liable for delay or failure to furnish the Aircraft pursuant to this Agreement when such failure is caused by government regulation or authority, mechanical difficulty, war, civil commotion, strikes or labor disputes, weather conditions, or acts of God

1.3    Conformity Check.  Upon delivery of the Aircraft, Air Services Provider shall conduct a conformity check of the Aircraft to ensure that the Aircraft may be lawfully operated under Part 135 in accordance with Air Services Provider's Air Carrier Certificate. Owner shall pay to Air Services Provider a fee in the amount of Not applicable at this time to conduct said conformity

1

check.  In addition, Owner shall pay all costs and expenses of any modifications, upgrades, repairs, and/or maintenance that may be required to be performed on the Aircraft in order to qualify the Aircraft to be operated in On-Demand Operations in common carriage under Air Services Provider's Air Carrier Certificate.

1.4  Non-Exclusivity.  Air Services Provider and Owner acknowledge and agree that the Aircraft is leased to Air Services Provider on a non-exclusive basis.  Notwithstanding the lease of the Aircraft to Air Services Provider, Owner reserves the right to use of the Aircraft for its own business and personal purposes, and to lease the Aircraft on a non-exclusive dry-lease basis to third parties solely for use under Part 91 of the FARs; provided, however, that Air Services Provider shall have the exclusive right to use and operate the Aircraft for On-Demand Operations in common carriage under Part 135 of the FARs; and further provided that any agreements by Owner for additional leasing or sub-leasing of the Aircraft to other third parties must be approved by Air Services Provider, with such approval not to be unreasonably withheld.

## SECTION 2.  TERM, SCHEDULING, AND CHARTER RATES

2.1  Term.  The term of this Agreement (the "Term") shall commence on the Effective Date, and be effective for a period of one (1) year, unless terminated sooner pursuant to the express provisions herein contained.  At the end of the Term or any subsequent Term, this Agreement shall automatically be renewed for an additional one (1) year Term.  Each party shall have the right to terminate this Agreement with or without cause on sixty (60) days written notice to the other party.  In the event owner sells or otherwise disposes of the Aircraft, the Term of this Agreement shall automatically terminate on the date of the closing of such sale or other disposition.

2.2  Scheduling.  Air Services Provider's use of the Aircraft during the Term of this Agreement is non-exclusive.  The parties agree as follows:

(a)  Scheduling and Dispatch.  Air Services Provider shall maintain a scheduling record and shall dispatch all use of the Aircraft by Air Services Provider, Owner, and any other lessees of the Aircraft.

(b)  Use Priority.  Owner and Air Services Provider agree that availability of the Aircraft for use by Air Service Provider will be subject to availability.  Air Services Provider shall present flight-scheduling requirements for prospective charter flights to Owner for prior approval in owner's sole discretion as far in advance of the date of the proposed charter flight as is reasonably, practicable.  Owner shall approve or deny any request by Air Services Provider to schedule use of the Aircraft promptly upon receipt of such request.  If Owner fails to approve or deny any scheduling request in writing within one hour of receipt of a request, and if the date(s) and time(s) of such request do not interfere with a previously scheduled use of the Aircraft by Owner or another lessee of Owner, the scheduling request shall be deemed approved.  Owner's exercise of its approval rights shall not be construed as mitigating or alleviating, in any manner whatsoever, Air Services Provider's obligations contained in this Agreement.  Air Services Provider shall take no action to bind Owner outside of the express scope of this Agreement.

(c)  Minimum Usage by Air Services Provider.  Nothing  contained herein shall obligate Air Services Provider to any minimum usage of the Aircraft, it being understood and agreed that Air Services Provider's usage shall be on an "as-needed" and "as "available basis".

2.3  Charter Rate.  Air Services Provider shall charge an Hourly Rate in the amount of Five Thousand Three Hundred Sixty Five United States Dollars (US$ 5,365.00) per Flight Hour for the

Aircraft for charter flights and positioning (i.e., ferrying) flights in connection with charter flights. Air Services Provider may change the Hourly Rate for commercially viable reasons, but may not reduce the Rate payable to the Owner without Owner's prior consent.

2

2.4     **Marketing; Owner-Referred Customers.** Air Services Provider shall use reasonable efforts to market the availability of the Aircraft to prospective charter customers so as to maximize utilization of the Aircraft to the greatest extent possible. Owner shall refer all inquiries from potential charter customers to Air Service Provider, and shall not solicit charter customers or hold itself out to third parties as being in the business of providing charter air transportation services. Air Service Provider agrees to offer a discounted rate, on terms mutually agreed by owner and Air Services Provider, for charter flights offered to charter customers referred to Air Services Provider by owner. Except where Owner agrees to bear a greater percentage of the cost of such discount(s), both Owner and Air Services Provider agree to accept a proportionate reduction in their respective gross compensations for charter flights operated for such charter customers. Owner shall bear the risk of non-payment and non-collection for any expenses or costs incurred by or on behalf of any Owner-referred charter customer, which amounts are not timely paid or reimbursed to Air Services Provider within 30 days of invoice.

## SECTION 3. DISCLAIMER OF WARRANTIES

3.1     THE AIRCRAFT IS BEING LEASED BY THE OWNER TO THE AIR SERVICES PROVIDER HEREUNDER ON A COMPLETELY 'AS IS,' 'WHERE IS,' BASIS, WHICH IS ACKNOWLEDGED AND AGREED TO BY THE AIR SERVICES PROVIDER.  THE WARRANTIES  AND  REPRESENTATIONS  SET FORTH IN THIS AGREEMENT ARE EXCLUSIVE AND IN LIEU OF ALL OTHER REPRESENTATIONS OR WARRANTIES WHATSOEVER, EXPRESS OR IMPLIED, AND OWNER HAS NOT MADE AND SHALL NOT BE CONSIDERED OR DEEMED TO HAVE MADE (WHETHER BY VIRTUE OR HAVING LEASED THE AIRCRAFT UNDER THIS AGREEMENT, OR HAVING ACQUIRED THE AIRCRAFT, OR HAVING DONE OR FAILED TO DO ANY ACT, OR HAVING ACQUIRED OR FAILED TO ACQUIRE ANY STATUS UNDER OR IN RELATION TO THIS AGREEMENT OR OTHERWISE) ANY OTHER REPRESENTATION OR WARRANTY WHATSOEVER, EXPRESS OR IMPLIED, WITH RESPECT TO THE AIRCRAFT.

## SECTION 4. ADMINISTRATION, OPERATIONS, AND MAINTENANCE

4.1     **Title and Registration.** Air Services Provider acknowledges that title to the Aircraft shall remain vested in Owner, and Air Services Provider undertakes, to the extent permitted by Applicable Law, to do all such further acts, deeds, assurances or things as may, in the opinion of the Owner, be necessary or desirable in order to protect or preserve owner's title to the Aircraft.

4.2     **Use and Operation.** Except as otherwise expressly provided herein, Air Services Provider shall be solely and exclusively responsible for the use, operation and control of the Aircraft while in its possession pursuant to and during the term of this Agreement. Air Services Provider shall operate the Aircraft in accordance with the provisions of Part 91 and/or Part 135 of the FARs, whichever shall be applicable to a particular flight. Air Services Provider agrees not to operate or locate the Airframe or any Engine, or suffer the Airframe or Engine to be operated or located, in any areas excluded from coverage by any insurance policy in effect or required to be maintained hereunder with respect to the airframe or engines. Air Services Provider agrees not to operate the airframe or any Engine or permit the airframe or any Engine to be operated during the Term except in operations for which Air Services Provider is duly authorized, or to use or permit the Aircraft to be used for a purpose for which the Aircraft is not designed or reasonably suitable. Air Services Provider will not permit the airframe or any Engine to be maintained, used or operated during the Term in violation of any Applicable law, or contrary to any manufacturer's operating manuals or instructions. Air Services Provider shall not knowingly permit the Aircraft to be used for the carriage of any persons or property prohibited by law nor shall it be used during the existence of any known defect except in accordance with the FARs.

4.3     **Flight Crews.** Air Services Provider shall be solely responsible for providing a flight crew for all flight operations conducted by Air Services Provider and/or pursuant to Air Services Provider's

3

Air Carrier Certificate. All members of the flight crew shall be fully competent and experienced, duly licensed, and qualified in accordance with the requirements of Applicable Law and all insurance policies covering the Aircraft. All members of the flight crew who are pilots shall be fully trained in accordance with Air Services Provider's FAA-approved training program, including initial and recurrent training and, where appropriate, contractor-provided simulator training.

4.4     **Flight Crew Employment.** All members of the Flight Crew shall be direct employees or agents of Air Services Provider. Air Services Provider shall be solely responsible for payment of Flight Crew Members' salaries and benefits, and all federal, state, and other applicable employment taxes and insurance, including, without limitation, social security, social insurance, unemployment and disability insurance and other payroll taxes with respect to Air Services Provider's employees and agents, and Air Services Provider shall indemnify and hold harmless Owner from all claims that may be made by Air Services Provider's employees or agents, under Workers' Compensation or otherwise.

4.5     **Operational Control.** It is jointly agreed and acknowledged between Owner and Air Services Provider that at all times while the Aircraft is in the possession of Air Services Provider pursuant to this Agreement, Air Services Provider shall have exclusive possession, command, and control of the Aircraft and shall retain operational control of the Aircraft (within the meaning of such term as used in FAR Sections 1.1 and 135.77). Air Services Provider shall exercise exclusive authority over initiating, conducting, or terminating any flight conducted pursuant to this Agreement, and the Flight Crew shall be under the exclusive command and control of Air Services Provider in all phases of such flights and at all times. OWNER REPRESENTS, WARRANTS AND CERTIFIES THAT THERE EXISTS NO CONTRACT, AGREEMENT, LEASE OR OTHER WRITTEN OR ORAL ARRANGEMENT TO WHICH OWNER IS A PARTY AND/OR TO WHICH THE AIRCRAFT IS SUBJECT THAT PREVENTS, LIMITS OR RESTRICTS OWNER FROM TRANSFERRING WITHOUT IMPEDEMENT FULL OPERATIONAL CONTROL OF THE AIRCRAFT TO AIR SERVICES PROVIDER.

4.6     Reserved Use of Aircraft by Owner and/or Other Lessee's of Owner.    Owner must ensure that all flight crews utilized by Owner and/or any other lessees of Owner for flight operations conducted by Owner and/or any other lessee of Owner under FAR Part 91 are fully competent and experienced, duly licensed, and qualified in accordance with the requirements of Applicable Law and all insurance policies covering the Aircraft. In addition, flight crews utilized by Owner and/or any other lessees of Owner for flight operations conducted by Owner and/or any other lessee of Owner under FAR Part 91 must be qualified by Air Services Provider to ensure proper utilization of Air Services Provider authorizations and procedures that are in place so long as the Aircraft is maintained on Air Services Provider's Air Carrier Certificate. Owner and its lessees must always ensure that Owner and its lessees only utilize maintenance personnel that are approved and qualified by Air Services Provider. Notwithstanding any use by Owner or its lessee(s), the Aircraft must always be maintained to Part 135 and Air Services Provider standards. Owner shall consent to the Aircraft undergoing an appropriate airworthiness conformity validation check, at Owner's cost and expense, if at any time following any period of use of the Aircraft by Owner or Owner's lessee(s) Air Services Provider determines such an airworthiness conformity validation check is necessary for compliance with the FARs, and/or Air Services Provider's operations specifications, operations manuals, or policies.

## SECTION 5.  ACOUNTING MATTERS

5.1     **Contracting and Billing.** Air Services Provider shall be responsible for all contracting with, billing, and collecting from charter customers, and only Air Services Provider may bill the charter customer for the charter flight. Air Services Provider shall be solely responsible for collection of all Incidental Expenses and any Taxes due from charter customers, and for payment of any such Incidental Expenses and Taxes to the appropriate vendors, entities, or Taxing Jurisdictions.

5.2    Taxes.    (a) None of the payments to be made by Air Services Provider to Owner under this Agreement includes the amount of any Taxes which may be assessed or levied by any Taxing Jurisdiction as a result of the lease of the Aircraft to Air Services Provider, or the use of the Aircraft by Air Services Provider, or the provision of a taxable transportation service by Air Services Provider using the Aircraft.  Except as provided in Section 5.2(b), Air Services Provider shall be responsible for income taxes on their income earned by services under this Agreement, Owner will be responsible for any income taxes which may be due for any income earned by Owner under this agreement.

(b)    If any Taxes are required by Applicable law to be paid by Air Services Provider directly to the appropriate Taxing Jurisdictions (*e.g.*, *Federal Transportation Excise Taxes*), Air Services Provider shall remit such Taxes directly to the appropriate Taxing Jurisdiction promptly at the time required by Applicable law.

5.3    Charter Revenue/Expenses.  Air Services Provider shall remit to Owner 85% of the charter rate per hour for On-Demand Operations conducted by Air Services Provider flown on Owner's Aircraft.  Owner shall reimburse Air Services Provider for all costs of operating the Aircraft.

## SECTION 6.  LIENS

6.1    Air Services Provider shall ensure that no Liens are created or placed against the Aircraft by Air Services Provider or third parties as a result of Air Services Provider's actions.  Air Services Provider shall notify Owner promptly upon learning of any Liens not permitted by these terms. Air Services Provider shall, at its own cost and expense, take all such actions as may be necessary to discharge and satisfy in full any such Lien or encumbrance promptly after the same becomes known to it.  Air Services Provider shall pay all charges related to the Aircraft as they become due and payable.

## SECTION 7.  INSURANCE

7.1    Liability.  Air Services Provider shall maintain, or cause to be maintained at Owners expense, bodily injury and Property damage, liability insurance in an amount no less than Two Hundred Fifty Thousand United States Dollars (US$ 250,000,000.00) Combined Single Limit for the benefit of itself and Owner in connection with the use of the Aircraft.  Said policy shall be an occurrence policy naming Owner, its affiliates, successors and assigns as Named Insured, and Air Services Provider, as an Additional Insured.

7.2    Hull.  Air Services Provider shall maintain or cause to be maintained at Owners expense all risk aircraft hull insurance in the amount of the full replacement value of the Aircraft, which the parties agree is Twenty Two Million United States Dollars (US$ 22,000,000.00), and such insurance shall name Owner and any first lien mortgage holder as loss payees as their interests may appear.

7.3    Insurance Certificates.  Air Services Provider will provide Owner with a Certificate of Insurance upon execution of this Agreement and immediately upon Owner's request at any time thereafter.

7.4    Conditions of Insurance.  Each insurance policy required under this Section 7 should insure the interest of owner regardless of any breach or violation by Air Services Provider of warranties, declarations or conditions contained in such policies.  Each such policy shall be primary without any right of contribution from any insurance maintained by Owner.  Each such policy shall insure Air Services Provider's contractual liability to owner contained in this Agreement (with a Breach of Warranty endorsement).  The geographic limits, if any, contained in each and every such policy of insurance shall include at the minimum all territories over which Air Services Provider will operate the Aircraft for which the insurance is placed.  Each policy shall contain an agreement by the insurer that notwithstanding the lapse of any such policy for any reason or any right of cancellation by the insurer or the Air Services Provider, whether voluntary or involuntary, such

cancellation by the insurer or the Air Services Provider, whether voluntary or involuntary, such policy shall continue in force for the benefit of owner for at least thirty (30) days (or such lesser time as may be permitted in the case of War Risk Insurance, if such War Risk insurance so requires) after written notice of such lapse or cancellation shall have been given to owner. Each policy shall contain an agreement by the insurer to provide Owner with thirty (30) days' advance written notice of any deletion, cancellation or material change in coverage

7.5    **Failure of Air Services Provider to Supply Insurance.** In the event Air Services Provider fails to fulfill its obligations contained in this Section 8, Owner may, upon notice to Air Services provider, undertake the performance of the insurance requirements of this Section 7 by contracting for such insurance directly, and shall include Air Services Provider as an Additional Insured on Owner's policies. Upon request, Owner shall furnish to Air Services Provider evidence of insurance in certificate form

7.6    **Insurance Companies.** Each insurance policy required under this Section 7 shall be issued by a company or companies who are qualified to do business in the United States and who (i) will submit to the jurisdiction of any competent state or federal court in the United States with regard to any dispute arising out of the policy of insurance or concerning the parties herein; and (ii) will respond to any claim or judgment against Owner in any competent state or federal court in the United States or its territories

## SECTION 8. DEFAULTS AND REMEDIES

8.1    Upon the occurrence of any failure of Air Services Provider to duly observe or perform any of its obligations hereunder and at any time thereafter so long as the same shall be continuing, the Owner may, at its option, declare in writing to the Air Services Provider that this Agreement is in default; and at any time thereafter, so long as the Air Services Provider shall not have remedied the outstanding default, the Owner may cancel, terminate, or rescind this Agreement

## SECTION 9. NOTICES

9.1    All communications, declarations, demands, consents, directions, approvals, instructions, requests and notices required or permitted by this Agreement shall be in writing and shall be deemed to have been duly given or made when delivered or five Business Days after being sent by registered mail, return receipt requested, postage prepaid, or on the next Business Day when sent by overnight courier or when transmitted by means of facsimile or other wire transmission (with request for assurance of receipt in a manner typical with respect to communications of that type and followed promptly with the original thereof) in each case at the address set forth below:

If to Owner:            Assembly Point Aviation, Inc
                        194 Birkdale Lane
                        Jupiter, Florida 33458
                        Attention: Phillip Morse

If to Air Services
Provider:               Richmor Aviation, Inc.
                        Columbia County Airport
                        Hudson, New York 12534
                        Attention: Mahlon W Richards

## SECTION 10. RISK OF LOSS; STANDARD OF CARE, RELEASE AND INDEMNITY

10.1    **Risk of Loss.** At all times while the Aircraft is in the possession of Air Services Provider, Air Services Provider shall bear the entire risk of an Event of Loss to the Aircraft, and shall indemnify and hold Owner harmless from and against any Event of Loss (including, without limitation, destruction, loss, theft, requisition of title, or use, confiscation, taking or damage of or to the

6

destruction, loss, theft, requisition of title, or use, confiscation, taking or damage of or to the Aircraft from any cause), and all damages (including consequential, direct and punitive), claims (in contract, tort or otherwise), suits actions or proceedings arising from the use, operation or storage of the Aircraft. In the event an Event of Loss to the Aircraft, Air Services Provider shall immediately (i) report the Event of Loss to Owner, the insurance company or companies, and to any and all applicable governmental agencies, and (ii) furnish such information and execute such documents as may be required and necessary to collect the proceeds from any insurance policies.

10.2    Standard of Care and Indemnity.  Air Services Provider shall exercise all due care in the provision of all charter services utilizing the Aircraft and all other use or storage of the Aircraft by Air Services Provider.  Air Services Provider waives and releases Owner from, and indemnifies and holds harmless owner, its officers, directors, employees, agents, affiliates, representatives, subsidiaries, parent corporation, successors and assigns against, any and all existing or future claims, losses, damages, losses, liabilities, demands, suits, judgments, causes of action, civil and criminal legal proceedings, penalties, fines and other sanctions, and any attorneys' fees and other reasonable costs and expenses in any way arising or imposed as a result of any charter of the Aircraft by, or on behalf of Air Services Provider or Air Services Provider's alleged fault or negligence, or alleged reckless or international acts or omissions, or under the doctrine of strict liability, or in any way connected with injury to or death of Air Services Provider's personnel, or loss of use of any property, or arising out of non-collection or non-payment of any Incidental Expenses, or arising out of non-collection or non-payment of any Taxes which may be assessed or levied by any Taxing Jurisdiction as a result of the lease of the Aircraft to Air Services Provider, or the use of the Aircraft by the Air Services Provider, or the provision of a taxable transportation service by Air Services Provider using the Aircraft.  In no event shall Air Services Provider be liable to owner for incidental, consequential or special damages, including, without limitation, lost revenue or profits, and such as may arise from expenditures for capital improvements, which are expressly disclaimed and waived by Air Services Provider.

## SECTION 11.  WARRANTIES AND REPRESENTATIONS

11.1    Air Services Provider warrants and represents as follows:

(a)      Air Services Provider is the true lawful owner of the Certificate.

(b)      Air Services Provider will operate the Aircraft in accordance with the Applicable law and will not permit the Aircraft to be operated or possessed by other than currently qualified, rated, and certified Flight Crew.  All Flight Crew members shall have at least the minimum total pilot hours required by any policy of insurance covering the Aircraft and will meet or exceed all requirements under any policy of insurance covering the Aircraft or Applicable Law.

(c)      Air Services Provider is a validly organized corporation under the laws of the State of New York, with authority to do business in the State of New York, and the person executing on behalf of Air Services Provider has full power and authority to execute this Agreement on Behalf of Air Services Provider and by such execution shall bind Air Services Provider under this Agreement.

(d)      No action, suit, or proceeding is currently pending, or threatened against Air Services Provider which shall in any material way affect Air Services Provider's financial status as of the date thereof, or impair the execution, delivery, or performance by Air Services Provider of this Agreement or any other document.

(e)      The execution and delivery of this Agreement by Air Services Provider and the performance of its obligations thereunder have been duly authorized by all necessary corporate action, and do not conflict with any provision of Air Services Provider's

7

articles of incorporation, bylaws, any governmental regulations, or any other Agreements that Air Services Provider may now have with other parties.

(f)    Air Services Provider is not subject to any restriction, which with or without the giving of notice, the passage of time, or both, prohibits or would be violated by or be in conflict with this Agreement.

## SECTION 12. MISCELLANEOUS

12.1    **Entire Agreement.** This Agreement, and all terms, conditions, warranties, and representations herein, are for the sole and exclusive benefit of the signatories hereto. This Agreement constitutes the entire agreement of the parties as of its Effective Date and supersedes all prior or independent, oral or written agreements, understands, statements, representations, commitments, promises and warranties made with respect to the subject matter of this Agreement.

12.2    **Other Transactions.** Except as specifically provided in this Agreement, none of the provisions of this Agreement, nor any oral or written statements, representations, commitments, promises, or warranties made with respect to the subject matter of this Agreement shall be construed or relied upon by any party as the basis of, consideration for, or inducement to engage in, any separate agreement, transaction or commitment for any purpose whatsoever.

12.3    **Enforcement.** This Agreement, including all agreements, covenants, representations and warranties, shall be binding upon and inure to the benefit of, and may be enforced by Owner, Air Services Provider, and each of their agents, servants and personal representatives.

12.4    **Headings.** The section and subsection headings in this Agreement are for convenience of reference only and shall not modify, define, expand, or limit any of the terms or provisions hereof.

12.5    **Counterparts.** This Agreement may be executed by the parties hereto in separate counterparts, each of which when so executed and delivered shall be an original, but all such counterparts shall together constitute but one and the same instrument.

12.6    **Amendments.** No term or provision of this Agreement may be amended, changed, waived, discharged, or terminated orally, but only by an instrument in writing signed by the party against which the enforcement of the change, waiver, discharge, or termination is sought.

12.7    **No Waiver.** No delay or omission in the exercise or enforcement or any right or remedy hereunder by either party shall be construed as a waiver of such right or remedy. All remedies, rights, undertakings, obligations, and agreements contained herein shall be cumulative and not mutually exclusive, and in addition to all other rights and remedies which either party possesses at law or in equity.

12.8    **No Assignments.** Neither party may assign its rights or obligations under this Agreement without the prior written permission of the other.

12.9    **Governing Law.** This agreement has been negotiated and delivered in the State of New York and shall in all respects be governed by, and construed in accordance with, the laws of the State of New York, including all matters of construction, validity and performance, without giving effect to its conflict of laws provisions.

12.10    **Defined Terms.** All capitalized terms used herein which are not specifically defined for purposes of this Agreement shall have the meanings assigned to them in the Aircraft Pilot and Services Agreement entered into and effective as of the 20th day of April, 2007 by and between Owner and Air Services Provider.

8

IN WITNESS WHEREOF, the Owner and the Air Services Provider have each caused this non-exclusive Aircraft Lease Agreement to be duly executed as of the Effective Date.

OWNER:

ASSEMBLY POINT AVIATION, INC.

By: _David W. Girmour_
Print: DAVID W. GIRMOUR
Title: MANAGER


AIR SERVICES PROVIDER:

RICHMOR AVIATION, INC.

By: _Mahlon W. Richards_
Print: Mahlon W. Richards
Title: President

9

EXHIBIT "B"

S T A T E M E N T

RICHMOR AVIATION
(518) 828-9461
P.O. BOX 423
HUDSON NY 12534

Page:  1

ASSEMBLY POINT AVIATION
C/O CATHY GILMOUR
48 STONE MEADOW LANE
HANOVER MA 02339

Account No.
ASSEP.

Statement
Date
12/04/2015

Terms
NET 30

---

| Trans Date | Invoice | Type | Check # | Charges | Credits | Amount Due |
|---|---|---|---|---|---|---|
| 12/31/12 | 1212-068 | IN | | 175610.52 | | 175610.52 |
| 01/31/13 | 1301-068 | IN | | 32785.89 | | |
| 01/31/13 | 1301-068 | CR | | | 12170.24 | 20615.65 |
| 12/31/12 | AI96992 | IN | | 320.30 | | 320.30 |
| 12/31/12 | AI97280 | IN | | 318.66 | | 318.66 |
| 09/04/12 | C97863 | IN | | 2699.60 | | 2699.60 |



RECEIVED
26466
DEC 2 8 2015
Not scanned
Tabner, Ryan and Keniry, LLP

Activity after 12/04/2015 will be reflected on your next statement.

---

| UNPD F/C | CURRENT | 31-60 | 61-90 | OVER 90 | NEW F/C | NEW BALANCE |
|---|---|---|---|---|---|---|
| .00 | .00 | .00 | .00 | 199564.73 | .00 | 199564.73 |

To avoid additional finance charges, pay by 12/04/2015

EXHIBIT "C"



# Richmor Aviation

**Corporate Office**
Columbia County Airport      518 828 9461
Box 423                      800 331 6101 (outside 518 area)
Hudson, NY 12534             www.richmor.com

# ASSEMBLY POINT AVIATION

C/O CATHY GILMOUR
48 STONE MEADOW LANE
HANOVER, MA  02339

| | | |
|---|---|---|
| Invoice Date: 01/11/2013 -- *mailed out* | Owner Hours: | 16.00 |
| Billing Period: 12/31/2012 | Maintenance Hours | 0.00 |
| Tail Number: N227SV | Richmor Hour | 0.00 |
| Invoice #: 1212-068 | **Total Hour** | **16.00** |

| | | |
|---|---|---|
| Crew Cost | January, 2013 | $21,370.00 |
| Current Month's Trip Expense | | $6,971.34 |
| Engine Maintenance Service Plan | HoneyWell/MSP (December) | $3,194.62 |
| Flight Phone | Satcom/Monthly Chg | $59.27 |
| Hangar Rent | Oxford,CT | $7,500.00 |
| Lavatory Service | | $159.00 |
| Maintenance | 12-26-12 to 1\|2613 | $81,500.66 |
| Management Fee | January, 2013 | $4,200.00 |
| Miscellaneous Aircraft Supplies | | $80.47 |
| Miscellaneous Expenses | Rolls-Royce-Revision1/2013-1/31/14 | $5,075.00 |
| Miscellaneous Expenses | 2013 US Customs Decal N227SV | $28.05 |
| On Road Fuel | | $26,444.46 |
| Richmor Fuel | | $19,027.65 |
| | **Total Due** | **$175,610.52** |

```
                              0•  *

                            40•  +
                        23,037•9  +
                         7,925•83  +
                        21,439•72  +
                        52,443•45  *
```

Prior month's - GRay
& Current month's
       TRip Expenses

Expens  6,971•34  +
ON Road  26,444•46  +
Richmor Fwe 19,027•65  +
         52,443•45  *

**ASSEMBLY POINT AVIATION**
C/O CATHY GILMOUR
48 STONE MEADOW LANE
HANOVER, MA 02339

12/31/2012

Trip Number: M97380    Trip Start Date: 10/22/2012 to  Trip End Date:    10/24/2012

Aircraft: N227SV    Hours:   4.3    Miles:   1,898.0    Fuel:   2,328.0

| LEG NR | DATE | DEPARTURE CITY | AIRPORT | ARRIVAL CITY | AIRPORT | HOURS | MILES |
|--------|------|----------------|---------|--------------|---------|-------|-------|
| 1 | 10/22/2012 | STUART,FL | KSUA | - HOUSTON,TX | KDWH | 2.3 | 949 |
| 2 | 10/24/2012 | HOUSTON,TX | KDWH | - STUART ,FL | KSUA | 2.0 | 949 |
| 3 | 10/24/2012 | STUART,FL | KSUA | - STUART,FL | KSUA | 0 | 0 |

Passengers:    MR. PHILLIP H. MORSE, (Legs: 1,2)
                   SUSAN MORSE, (Legs: 1,2)

~~TripCrewCost~~

. Cab Fare/James/AlbAirport-SCH 10/24                    $40.00

                                              Total:        -- $40.00

                                           SUBTOTAL:        $40.00

                           FEDERAL EXCISE TAX:           $0.00

                                      GRAND TOTAL:        $40.00

Notes:    HOUSTON, TX
          PRIOR MONTH: Additional trip expense of $40.00 for Paul James/Cab fare from
          Albany Airport to Schenectady on 10/24.
          Highlighted above.

G7880    11-15-12
                                                                 TD
MERCHANT   COPY                                                  PJ
CAPITALAND APORT                                                 Pam x
CARR#135
10/24/12 TR '8705
START  END MILES
22:46 23:09 12.6
FARE :  $  28.10
EXTRA:  $   2.00
TOTAL:  $  30.10

TIP:  $9.90

TOTAL: $48.00
   AMEX
XXXXXXXXXXX1007
I AGREE TO PAY
THE ABOVE TOTAL
AMOUNT ACCORDING
TO CARD ISSUER
Page 1 of AGREEMENT.

X  PJA~

M97380

**ASSEMBLY POINT AVIATION**
C/O CATHY GILMOUR
48 STONE MEADOW LANE
HANOVER, MA 02339

12/31/2012

Trip Number: M98545   Trip Start Date: 12/04/2012 to   Trip End Date:   12/06/2012

Aircraft: N227SV   Hours:   6.3   Miles:   2,610.0   Fuel:   3,597.0

| LEG NR | DATE | DEPARTURE CITY | AIRPORT | ARRIVAL CITY | AIRPORT | HOURS | MILES |
|--------|------|----------------|---------|--------------|---------|-------|-------|
| 1 | 12/04/2012 | STUART, FL | KSUA | BEDFORD,MA | KBED | 2.6 | 1,168 |
| 2 | 12/04/2012 | BEDFORD,MA | KBED | SCHENECTEODY,NY | KSCH | 0.6 | 137 |
| 3 | 12/05/2012 | SCHENECTADY,NY | KSCH | BEDFORD,MA | KBED | 0.5 | 137 |
| 4 | 12/06/2012 | BEDFORD,MA | KBED | STUART,FL | KSUA | 2.6 | 1,168 |

Passengers:   MR. PHILLIP H. MORSE, (Leg: 1-Stuart, FL - Bedford, MA ) 2.6 hrs.
(Leg: 4 - Bedford,MA - Stuart, FL) 2.6 Hrs.

ROBERT G. ORR, (Leg: 1-Stuart, FL - Bedford, MA) 2.6 Hrs.
(Leg: 4-Bedford, MA - Stuart, FL) 2.6 Hrs.

### AirlineTickets

| | |
|---|---|
| Airline Tkt/Macomber/PBI-ALB 12/6 | $444.60 |
| Total: | $444.60 |

### Fuel

| | |
|---|---|
| 310 gals/BED 12/4 | $1,990.20 |
| 285 gals/BED 12/6 | $1,815.45 |
| 1507.2 gals/SCH 12/06/2012 | $7,777.15 |
| 1800 gals/SUA 11/30 | $8,739.90 |
| Total: | $20,322.70 |

### Hotel

| | | |
|---|---|---|
| | Hotel/Soderstrom/SUA 12/06 | $109.89 |
| | Hotel/Soderstrom/SUA 12/02 | $106.39 |
| 310315 | Hotel/Crew/SUA 11/30 | $209.00 |
| 325434 | Hotel/Crew/SUA 12/03 | $209.00 |
| | Total: | $634.28 |

### LandingFees

| | |
|---|---|
| Parking Fee/BED 12/6 | $138.57 |
| Departure Fee/BED 12/4,12/6 | $287.76 |
| Parking Fee/Bed 12/4 | $138.57 |
| Total: | $564.90 |

M98545

Page 1 of 2

### PerDiem

| | |
|---|---|
| Crew | $530.00 |
| Total: | $530.00 |

### RentalCar

| | |
|---|---|
| Hertz/R#64283446/SUA 12/06 | $55.74 |
| Hertz/R#64283402/SUA 11/30-12/4 | $207.67 |
| Hertz/R#64283100/James/SUA 12/1-4 | $157.03 |
| FUEL/Crew/SUA 12/02-12/04 | $89.66 |
| Total: | $510.10 |

### TripCrewCost

| | |
|---|---|
| Parking/AlbanyAirport/11/28-12/4 | $31.32 |
| Total: | $31.32 |

| | |
|---|---|
| SUBTOTAL: | $23,037.90 |
| FEDERAL EXCISE TAX: | $0.00 |
| GRAND TOTAL: | $23,037.90 |

Notes:   SUA-BED-SUA

M98545

Page 2 of 2

**Richmor Aviation**
Columbia County Airport
P.O. Box 423
Hudson, NY 12534
(518) 828-9461

Name _____ Assembly Point _____

| Sold By CG | Cash | Check | MC | Visa | Discover | Amex | Charge X | On Acct. X | CR Acct. |
|---|---|---|---|---|---|---|---|---|---|
| Aircraft N 227SV | | | | | | | | | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | Per Diem - 2 Pilots | | |
| | 106.0 Hrs. Ea.    Per Pilot | $2.50 | 530.00 |
| | | | |
| 2 | Departure Fee/Bedford, MA | $143.88 | $ 287.76 |
| | 12/4,  12/6 | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Tax | |

Charge Sales
Amount Received
Sales Ticket                    Date 12/4- 12/06/2012

TRIP # 98545

---

**INVOICE**

COPY

For Aircraft Operations at
MASSPORT Hanscom Field (KBED)
Invoice generated and serviced by Vector Airport Solutions
Email questions to: Billing@Vector-us.com
(Regular Batch Invoice)

TIN: 20-3647814

Pay to: **Vector-MASSPORT**
P.O. Box 786231
Philadelphia, PA 19178-6231 US
*Attention: Payments mailed to this address will be applied to Vector billed invoices for KBED only.

Include Operator ID:820 and Invoice Number:136897 to assure proper credit to your account

**RICHMOR AVIATION**
Bill to: P.O. BOX 423, COLUMBIA COUNTY AIRPORT
HUDSON NY 12534-0423
USA

| | |
|---|---|
| Invoice Number: | 136897 |
| Invoice Period: | 12/1/2012 - 12/31/2012 |
| Invoice Date: | 1/3/2013 |
| Invoice Total: | $758.64 |
| Previous Balance: | $200.56 |
| KBED Account Balance: | $959.20 |
| Operator ID: | 820 |
| Operator Contact: | Debbie Hawks |
| Contact Phone: | 518-828-9461 |
| Contact Email: | dhawks@richmor.com |
| PO Number: | |

**Invoice Number 136897 Detail**

Departure FEES

| Aircraft | Model | Date/Time | Activity Type | Fee | Note |
|---|---|---|---|---|---|
| N227SV | GLF4 | 12/4/2012 5:29 PM | Departure | $143.88 | T-98545   $287.76 |
| N227SV | GLF4 | 12/6/2012 12:04 PM | Departure | $143.88 | T-98051 |
| N227SV | GLF4 | 12/20/2012 1:51 PM | Departure | $143.88 | T-99204 |
| N57MH | LJS5 | 12/27/2012 11:01 AM | Departure | $39.24 | C98693   1-7-13 to see |
| N227SV | GLF4 | 12/31/2012 1:44 PM | Departure | $143.88 | 99004 |
| | | Departure Subtotal: | | $758.64 | |
| | | Invoice Total: | | $758.64 | |

CUSTOMER CHARGED

KBED Account Summary  C98693  011368007-195-  719.96
84 470770  -439.24

| Invoices | | | | Payments | | | |
|---|---|---|---|---|---|---|---|
| Invoice Invoice Number Airport | Period End | Date Sent | Invoice Total | Check No. Date Paid | Payments Recieved | Unpaid/ (Overpaid) | Adjustments Pending Approval | Notes |
| 135515 KBED | 11/30/12 | 12/05/12 | $200.56 | | $200.56 | | | |
| 136097 KBED | 12/31/12 | 01/03/13 | $758.64 | | $758.64 | | | |
| | | Subtotal Invoiced: | $959.20 | | | | | |

**indicates this payment is unallocated/ held on account with KBED

KBED Account Balance:   $959.20

| Need Help? | Important Messages |
|---|---|
| Sign up for paperless billing or pay by credit card at: http://myaccount.vector-us.com Email Billing@Vector-us.com or call 1-888-588-0028 Include Operator ID: 820 and Invoice Number: 136897 FAX#: 703-579-6714 | LATE FEES: Failure to pay landing fees within 30 days after issuance of invoice shall result in a seperate charge of 10% and each 30 days thereafter on any unpaid balance. Effective July 1, 2012: There will be a 2.7% CPI adjustment ot the Nighttime Field Use Fee and increase to customs fees. |

Payment Notes
Partial Payment: If your payment excludes any of the charges from this invoice please mark these charges on a copy of the invoice and return it with your payment along with an explanation for the deduction.
Paying Multiple Invoices: If your payment covers multiple invoices for this airport be sure to indicate the invoice numbers in the note/comment section of your check. Failure to do so may result in improper account credit.
Vector Airport Solutions handles billing for several different airports. Please be sure payment is made to the airport/remittance address shown above.

RICH[...] [...]TION
(518) [...] [...]61
P.O. BOX 423
HUDSON NY 12534

I N V O I C E

Page   1

ASSEP

Sold To:   ASSEMBLY POINT AVIATION          Ship To:   N227SV
           C/O CATHY GILMOUR
           48 STONE MEADOW LANE
           HANOVER MA 02339

| Date | Rep ID | Order No. | Ord Date | Ship Via | Terms | Inv No. |
|------|--------|-----------|----------|----------|-------|---------|
| 12/31/12 | CG | M98545 | 12/06/12 | | NET 30 | 1212-068 |

| Item/Description | | Quantities | Units | Price | Amount |
|------------------|---------|-----------|-------|-------|--------|
| JetAFuel | Ordered | 1507.2000 | | | |
| 1507.2 gals/Schenectady 12/6/12 | Shipped | 1507.2000 | GAL | 5.1600 | 7777.15 |

Subtotal :    7777.15

| Non-Taxable | Taxable | Sales Tax | Freight | Misc | * Invoice Total * |
|-------------|---------|-----------|---------|------|-------------------|
| 7777.15 | .00 | .00 | .00 | .00 | 7777.15 |

GALAXY AVIATION

12-01769
got 1800 Gals
one 11/29

**Galaxy Aviation Of Stuart**
2240 SE Witham Field Drive
Stuart, FL 34996
772-781-4720
www.galaxyaviation.com

Sales Person:   DP

Invoice:   SUA-12-017745

11/30/2012
6.15PM

Sold To:  Richmor Aviation
P.O. Box 423
Columbia County Airport
Hudson, NY 12534 United States

Ship To:  Richmor Aviation

| Line# | Type | Item/Description | Cr? | Aircraft | Quantity | Units | List Price | Disc | Unit Price | Extended |
|-------|------|------------------|-----|----------|----------|-------|------------|------|------------|----------|
| 1 | Svc | Facility Fee | | N227SV | 1.0 | Each | 0.00000 | | 0.00000 | N/C |
| 2 | Fuel | JET A | | N227SV | 1,800.0 | Gallon | 7.1900 | 32 | 4.8555 | 8,739.83 |
| | | Jet A Fuel | | | | | | | | |
| | | Delivered: 11/30/2012 -  6:15PM | | | | | | | | |
| 3 | Svc | Lavatory Service | | N227SV | 1.0 | Each | 75.00000 | | 75.00000 | 75.00 |
| | | Lav Service - Heavy Jet | | | | | | | | |

| | |
|---|---|
| Subtotal | 8,814.83 |
| Sales Tax - Fl SUA: | 4.50 |
| Total Due | 8,819.33 |
| Paid-CH-American Express ..1007 | 8,819.33 |

American Express
********1007
Non-Swiped          Auth#: 141097
RICHMOR AVIATION
C/C Ref #: 148662          Signed:

I Agree to pay the Amount shown to the right $   8,819.33
in accordance with the Card Issuer agreement.

*Thank you for choosing Galaxy Aviation. So we may continue to provide the very best in customer service, your feedback and comments are vitally important. Please visit <www.GALAXYAVIATION.com> or use our mobile link <www.galaxymobilecopilot.com> and click on the customer comments tab.*

T# 98545          1800 GAls          68490670   $8739.83
                  lavatory           01136800726: $77.50

see
END
of
mm

1-10-13 el Called SUA
to Verify - Did get (1) 1800 GAls

+ Did get (1) Lav   11/29
                    11/30





**JET AVIATION**
A GENERAL DYNAMICS COMPANY

Richmor Aviation
Colombia County Airport
PO Box 423
Hudson NY 12534

| | |
|---|---|
| Order No. | 1001211537 |
| Arrival | 12/04/2012 |
| Departure | 12/05/2012 |
| Registration No. | N227SV |
| Customer No. | 2003429 |

| Quantity | Description | Unit Price | Total | CC No. |
|---|---|---|---|---|
| 310 | Jet A    12/04/2012 | 7.27 | 2,253.70 | 5 |
| | Discount | (1.00) | (310.00) | |
| | Airport Flowage Fee | 0.15 | 46.50 | |
| 1 | Parking | 138.57 | 138.57 | 5 |

| | |
|---|---|
| Sub total | 2,128.77 |
| Sales Tax | 0.00 |
| Total | 2,128.77 |

Credit Cards

| No | Card type | Card No | Exp.date | Amount | Auth.no |
|---|---|---|---|---|---|
| 005 | American Express | XXXXX*****3003 | 06/30/2013 | 2,128.77 | 355316 |

Cardholder acknowledges receipt of goods and/or services in
the amount of the TOTAL shown hereon and agrees to perform
the obligations set forth in the Cardholder's agreement with
the issuer.
The above signed customer also certifies that the fuel has been
purchased for nonexempt use in non-commercial aviation.

Remarks:
done nd

Please Remember Us In the Pro Pilot & AIN Polls.

Jet Aviation of America, Inc.   380 Hanscom Drive   Hanscom Field   Bedford,MA 01730-2630 USA
Phone (781) 274-0030   Fax: (781) 274-6573   www.jetaviation.com

Date 12/04/2012   Time 17:00
Page 1 / 1

---

**JET AVIATION**
A GENERAL DYNAMICS COMPANY

Richmor Aviation
Colombia County Airport
PO Box 423
Hudson NY 12534

| | |
|---|---|
| Order No. | 1001212262 |
| Arrival | 12/06/2012 |
| Departure | 12/06/2012 |
| Registration No. | N227SV |
| Customer No. | 2003429 |

| Quantity | Description | Unit Price | Total | CC No. |
|---|---|---|---|---|
| 285 | Jet A    12/06/2012 | 7.22 | 2,057.70 | 5 |
| | Discount | (1.00) | (285.00) | |
| | Airport Flowage Fee | 0.15 | 42.75 | |
| 1 | Parking | 138.57 | 138.57 | 5 |

| | |
|---|---|
| Sub total | 1,954.02 |
| Sales Tax | 0.00 |
| Total | 1,954.02 |

Credit Cards

| No | Card type | Card No | Exp.date | Amount | Auth.no |
|---|---|---|---|---|---|
| 005 | American Express | XXXXX*****3003 | 06/30/2013 | 1,954.02 | 355475 |

Cardholder acknowledges receipt of goods and/or services in
the amount of the TOTAL shown hereon and agrees to perform
the obligations set forth in the Cardholder's agreement with
the issuer.
The above signed customer also certifies that the fuel has been
purchased for nonexempt use in non-commercial aviation.

Remarks:
done ma

Please Remember Us In the Pro Pilot & AIN Polls.

Jet Aviation of America, Inc.   380 Hanscom Drive   Hanscom Field   Bedford,MA 01730-2630 USA
Phone (781) 274-0030   Fax: (781) 274-6573   www.jetaviation.com

Date 12/06/2012   Time 11:10
Page 1 / 1



**Hertz** #01P #104283402
CC
00000000099
**MAGNES SANDERSTROM**

INITIAL CHARGES
RENT RT $ 39.99 /DAY  @4 /DAYS       $ 159.96
SUBTOTAL                           T$ 159.96

CHARGES ADDED DURING RENTAL
LDW  DECLINED          98545
LIS  DECLINED          22750
PAI, PEC  DECLINED     MS ✱✱
PREM RD SVC DECLINED
+ ADDITIONAL CHARGES

SERVICE CHARGES/TAXES
CONCESSION FEE RECOVERY      13.00%  T$  20.79
VEHICLE LICENSING COST RECOVERY  1.40%  T$   2.24
FLA SURCHG                         T$   8.12
ENERGY SURCHARGE                   T$   1.03
TAX  6.00% ON TAXABLE TTL OF $ 192.14  T$  11.53
TOTAL AMOUNT DUE                   $ 203.67
CHARGED ON  AMX  XXXXXXXXXXX3003   $ 4.00  Insurance
                                   207.67

FOR EXPLANATION OF THE ABOVE CHARGES,
PLEASE ASK A REPRESENTATIVE OR GO TO
WWW.HERTZ.COM/CHARGEEXPLAINED

VEHICLE: 01398 /1655648  12 CIVIC    N
LICENSE: FL 602LZB
FUEL:  FULL     8/8 OUT  8/8 IN
MILEAGE IN:    16094   TR-X MILES:
MILEAGE OUT:   15521   MILES ALLOWED:
MILES DRIVEN:    563   MILES CHARGED:
CDP:  00099

RENTED:   GALAXY AVIATION OF STUAR
RENTAL:   11/30/12 16:00
RETURN:   12/04/12 12:45
RETURNED: GALAXY AVIATION OF STUAR
COMPLETED BY:  0418/FLSTE01

PLAN IN:  CNVD     RATE CLASS: B
PLAN OUT: CNVD

**Hertz** #02PN  RR M64283100
RES  00000000099
CC
**PAUL JAMES**

INITIAL CHARGES
RENT RT $ 39.99 /DAY  @3 /DAYS       $ 119.97
SUBTOTAL                           T$ 119.07

CHARGES ADDED DURING RENTAL
LDW  DECLINED          98545
LIS  DECLINED          22750
PAI, PEC  DECLINED     PJ ✱✱
PREM RD SVC DECLINED
+ ADDITIONAL CHARGES

SERVICE CHARGES/TAXES
CONCESSION FEE RECOVERY      13.00%  T$  15.60
VEHICLE LICENSING COST RECOVERY  1.40%  T$   1.68
FLA SURCHG                         T$   6.09
ENERGY SURCHARGE                   T$   1.03
TAX  6.00% ON TAXABLE TTL OF $ 144.37  T$   8.66
TOTAL AMOUNT DUE                   $ 153.03
CHARGED ON  AMX  XXXXXXXXXXX1007   $ 4.00
                                   $ 157.03

FOR EXPLANATION OF THE ABOVE CHARGES,
PLEASE ASK A REPRESENTATIVE OR GO TO
WWW.HERTZ.COM/CHARGEEXPLAINED

VEHICLE: 01398 /1537802  12 SIR AVENGER 2.S
LICENSE: FL 121YTL
FUEL:  FULL     8/8 OUT  8/8 IN
MILEAGE IN:    20266   TR-X MILES:
MILEAGE OUT:   20097   MILES ALLOWED:
MILES DRIVEN:    169   MILES CHARGED:
CDP:  00099

RENTED:   GALAXY AVIATION OF STUAR
RENTAL:   12/01/12 09:00
RETURN:   12/04/12 07:00
RETURNED: GALAXY AVIATION OF STUAR
COMPLETED BY:  0418/FLSTE01

PLAN IN:  CNVD     RATE CLASS: B
PLAN OUT: CNVD

✗ 0113680074 /

Rental car Fuel
98545
MS ✱✱
22750

3/11 to HA Morse 22750
Rental car Fuel
#98545
PJ ✱✱

Rental Car Fuel
98545
PJ ✱✱
22750

Sunshine #296
44969 Hwy. 27
Davenport, Fl.

Sunshine #296
44969 HIGHWAY 27
DAVENPORT, FL33897
DLR#: H912651419061

12/02/12 21:54:44

Pump#: 7 /Self
Product: Regular
Gallons        10.194
$/Gal          $ 3.279
Fuel Sale      $ 33.43
Total Sale     $ 33.43 S

XXXX XXXXXXXX3003
AMX

Trans# 153505
Approval# 507196

4065635228607

THANK YOU FOR
YOUR BUSINESS

WELCOME
7969116

DATE 12/03/12  16:23
PUMP # 02
PRODUCT: UNLD1
GALLONS:       11.612
PRICE/G:       $ 3.449
FUEL  SALE     $ 40.07

AMEX          0113680074 /
XXXXXXXXXXXX1007
Auth #: 549163
Ref#: 63823920
Resp Code: A00
Stan#: 004531383

SITE ID: 796116

Earn rebates
with BP Visa
Take application
and Apply Today

THANK YOU
HAVE A NICE DAY

Cumberland Farms
STR# 9574 STA# 0949
2895 SE DIXIE HWY
STUART FL
Facility# 200316

- Original -
Receipt #   195911
Date 12/04/12 Time 12:22

AX
Acct# XXXXXXXXXX3003
Pump  Gallons  Price/Gal
05    4.960    $ 3.258
Product  Total Amount
UNLEAD        $ 16.16  SUA
SALE - Card Swiped
Apv 531151 Seq#362383
Refer # 362383
Approval # 531151

We Appreciate
Your Business
Questions or Comments
Please Call
1-800-232-7671

Any Size
Hot Beverage
$.99

$89.66 Rental Car



12-5-12
To AMX

COURTYARD Marriott
Courtyard by Marriott
Stuart
7615 SW Lost River Rd
Stuart, FL 34997
T 772.781.3344

| 30Nov12 | Galaxy Aerospace | 95.00 |
| 30Nov12 | Occupancy Sales Tax | 3.80 |
| 30Nov12 | State Occupancy Tax | 5.70 |
| 01Dec12 | American Express | |

104.50   SUA

Card #: AXXXXXXXXXXXXX1007XXXX
Amount: 104.50 Auth: 505952 Signature on File
This card was electronically swiped on 30Nov12

Balance:   .0.00

01136800730



12/5 to AMX

COURTYARD Marriott
Courtyard by Marriott
Stuart
7615 SW Lost River Rd
Stuart, FL 34997
T 772.781.3344

| 03Dec12 | Galaxy Aerospace | 95.00 |
| 03Dec12 | Occupancy Sales Tax | 3.80 |
| 03Dec12 | State Occupancy Tax | 5.70 |
| 04Dec12 | American Express | |

104.50   SUA

Card #: AXXXXXXXXXXXXX3003XXXX
Amount: 104.50 Auth: 139704 Signature on File
This card was electronically swiped on 03Dec12

Balance:   0.00

01136800720

TS # 98545   (FOUND IN AIRCRAFT)

1/2/13 To AMX



COURTYARD Marriott
Courtyard by Marriott
Stuart
7615 SW Lost River Rd
Stuart, FL 34997
T 772.781.3344

| 30Nov12 | Galaxy Aerospace | 95.00 |
| 30Nov12 | Occupancy Sales Tax | 3.80 |
| 30Nov12 | State Occupancy Tax | 5.70 |
| 01Dec12 | American Express | |

104.50   SUA

Card #: AXXXXXXXXXXXXX1007XXXX
Amount: 104.50 Auth: 164132 Signature on File
This card was electronically swiped on 30Nov12

Balance:   0.00

01136800730

$209.00
2 Rms Crew
Stuart, FL
11/30

TS #98945   (FOUND IN AIRCRAFT)

1/2/13 To AMX



COURTYARD Marriott
Courtyard by Marriott
Stuart
7615 SW Lost River Rd
Stuart, FL 34997
T 772.781.3344

| 03Dec12 | Galaxy Aerospace | 95.00 |
| 03Dec12 | Occupancy Sales Tax | 3.80 |
| 03Dec12 | State Occupancy Tax | 5.70 |
| 04Dec12 | American Express | |

104.50

Card #: AXXXXXXXXXXXXX1007XXXX
Amount: 104.50 Auth: 528217 Signature on File
This card was electronically swiped on 03Dec12

Balance:   0.00

01136800730

$209.00
Crew 2 Rms - Stuart,
Dec 3, 12

*# 98545*

From: Dorothy Duntz <operations@richmor.com>
To: Mark B Macomber <mmacom4248@aol.com>
Cc: teri riegel <triegel@richmor.com>
Subject: FW: Southwest Airlines Confirmation-MACOMBER/MARK BRYAN-Confirmation: GY4R7S
Date: Thu, Dec 6, 2012 12:30 pm

11/2/13
7AM

Airline for this evening   home fron PBI

----- Original Message -----
From: Southwest Airlines
To: DDUNTZ@RICHMOR.COM
Sent: Thursday, December 06, 2012 12:26 PM
Subject: Southwest Airlines Confirmation-MACOMBER/MARK BRYAN-Confirmation: GY4R7S

You're all set for your trip!



|  |  |  |  |  |
|---|---|---|---|---|
| Check In Online | Check Flight Status | Travel Tools | Traveler Account Login | Rapid Rewards |

My Account | View My Itinerary Online

## Ready for takeoff!

 Thanks for choosing Southwest for your trip! You'll find everything you need to know about your reservation below. Happy travels!

 AIR Itinerary

**AIR Confirmation: GY4R7S**                Confirmation Date: 12/6/2012
Company ID: 99784716

| Passenger(s) | Rapid Rewards # | Ticket # | Expiration | Est. Points Earned |
|---|---|---|---|---|
| MACOMBER/MARK B RYAN | 00000181901635 | 5262484703987 | Dec 6, 2013 | 4230 |

Rapid Rewards points earned are only estimates. Visit your (MySouthwest, Southwest.com or Rapid Rewards) account for the most accurate totals - including A-List & A-List Preferred bonus points.

| Date | Flight | Departure/Arrival |
|---|---|---|
| Thu Dec 6 | 644 | Depart WEST PALM BEACH FL (PBI) at 6:50 PM<br>Arrive in BALTIMORE WASHNTN (BWI) at 9:15 PM<br>Anytime |
|  | 442 | Change planes in BALTIMORE WASHNTN (BWI) at 9:50 PM<br>Arrive in ALBANY NY (ALB) at 11:00 PM<br>Travel Time 4 hrs 10 mins<br>Anytime |

*airline ticket*
*31a to A16*

Air Cost: 444.60

Carry-on Items: 1 Bag + small personal item are free see full details. Checked Items: First and second bags are free, size and weight limits apply.

Fare Rule(s): 5262484703987: NONTRANSFERABLE.
Valid only on Southwest Airlines. All travel involving funds from this Confirmation Number must be completed by the expiration date. Unused travel funds may only be applied toward the purchase of future travel for the individual named on the ticket. Any changes to this itinerary may result in a fare increase.

TS # 98908
98546
SODERSTROM AMEX

Parking & Service
APM, Inc.
Latham
864.Wolf Road
Latham, NY 12110
(518) 869-8200

Cashier: 00

Ticket Number: 000028109
Name: SODERSTROM

Make: Mazda
Color: Blue
License: EVA8745
11/28/2012   11:26
12/04/2012   19:00

Parking:      48.13
Discount: -   24.06

Subtotal:     24.07
Fuel Srchg: +  2.00
Apt Fees: +    2.92
Taxes: +       2.33

Park Total:   31.32

811368007740

Grand Total:  31.32

Payment Type: American Express
Payments:     31.32
Card #: XXXXXXXXXXXX3003

Signature

PLEASE VISIT US AT
WWW.albanyparkandfly.com

*Pilot Parking*
*Albany Airport*
11/28 - 12/04/12
12/6/2012

TS # 98545

**Courtyard Marriott**
Courtyard by Marriott
West Palm Beach Airport
1800 Centre Park Dr E
W Palm Beach Fl 33401
T 561.207.1800

12/13 DRMK

M Soderstrom    AMEX
Room:410
Room Type: GENI'
Number of Guests:
Rate: $99.00 / Night

| | | |
|---|---|---|
| 05Dec12 | Flightsafety Int'l | 99.00 |
| 05Dec12 | Room Tax | 10.89 |
| 07Dec12 | American Express | 109.89 |

Card #: XXXXXXXXXXXXX3003/XXXX
Amount: 109.89  Auth 591671  Signature on File
This card was electronically swiped on 05Dec12

0113680.0 720

Balance:    0.00

**Hertz**
#601PN  RR M64283446
MISTER SODERSTROM  AMEX
INITIAL CHARGES
RENT RT $ 39.99 /DAY   @ 1  / DAYS     39.99
SUBTOTAL                                39.99

CHARGES ADDED DURING RENTAL
LDW        DECLINED
LIS        DECLINED
PAI, PEC   DECLINED
PREM RD SVC DECLINED
* ADDITIONAL CHARGES

SERVICE CHARGES/TAXES
CONCESSION FEE RECOVERY   13.00%  T2   5.20
VEHICLE LICENSING COST RECOVERY 1.03% T3  .50
FLA SURCHG                        T2   2.00
ENERGY SURCHARGE                  T2   1.83
TAX       4.06% ON TAXABLE TTL OF $  49.51  T2  2.00
TOTAL AMOUNT DUE                       51.70
CHARGED ON  AMX   XXXXXXXXXXXX3003   $  51.70

FOR EXPLANATION OF THE ABOVE CHARGES,
PLEASE ASK A REPRESENTATIVE OR GO TO
WWW.HERTZ.COM/CHARGESEXPLAINED

VEHICLE: 01333  /72472521   '13 YARIS 5D  S
* LICENSE: FL 685YGT
FUEL:     FULL        8/8 OUT  8/8 IN
MILEAGE IN:    1514      TRX MILES:
MILEAGE OUT:   1465      MILES ALLOWED:
MILES DRIVEN:   49       MILES CHARGED:
CDP:      00099

RENTED:    GALAXY AVIATION OF STUAR
RENTAL:    12/06/12 12:23
RETURN:    12/07/12 12:43
RETURNED BY: GALAXY
COMPLETED BY:  62941FLWEG96

0113680074.9

---

**Hampton**
44117 Highway 2  •  Davenport, FL 33897
Phone (863) 420-9898  •  Fax (863) 420-9797
official sponsor U.S. Olympic Team

SODERSTROM, L MAGNUS     name
29 LANG RD W             address
STUYVESANT, NY 12173
US

room number:    2206XTY
arrival date:   12/2/2012   6:16:00PM
departure date: 12/3/2012

adult/child:    1/0
room rate:      $94.89

98545
22750
MS Amp

RATE PLAN      S-AAA
HH# 733202938 SILVER
AL   US  6F84V292
BONUS AL        CAR

Confirmation: 86762512

12/3/2012    PAGE    1

| date | reference | description | amount |
|---|---|---|---|
| 12/22/2012 | 578693 | GUEST ROOM | $94.89 |
| 12/22/2012 | 578693 | ROOM TAXES | $11.40 |
| | | WILL BE SETTLED TO AX *3003 | $106.39 |
| | | EFFECTIVE BALANCE OF | $0.00 |

SUA

Paul James
Stayed w/ Parents
12/1 to 12/3
Per magnus

ESTIMATED CURRENCY TOTAL

You have earned approximately 1091 Hilton HHonors points and approximately 94 Miles with US Airways for this stay. Visit HHonors.com to check your point balance from stays at any of the 3,700 hotels within the Hilton Worldwide portfolio.

Hampton hotels are all over the world. Find us in Canada, Costa Rica, Ecuador, Germany, India, Mexico, Poland, Turkey, United Kingdom, and United States of America. Coming soon in Italy and Romania.

0113800 720

for reservations call 1.800.hampton or visit us online at hampton.com          thanks.

| account no. | | date of charge | folio/check no. |
|---|---|---|---|
| | | | 191406   A |
| card member name | | authorization | initial |
| establishment no. and location | | purchases & services | |
| | | taxes | |
| | | tips & misc. | |
| signature of card member | | total amount | |
| X | | | 0.00 |

The Hilton Family    Hilton HHonors

ASSEMBLY POINT AVIATION
C/O CATHY GILMOUR
48 STONE MEADOW LANE
HANOVER, MA 02339

12/31/2012

Trip Number: M98051    Trip Start Date: 12/20/2012 to  Trip End Date:    12/20/2012

Aircraft: N227SV    Hours: 3.1    Miles: 1,305.0  Fuel: 1,791.0

| LEG NR | DATE | DEPARTURE CITY | AIRPORT | ARRIVAL CITY | AIRPORT | HOURS | MILES |
|--------|------|----------------|---------|--------------|---------|-------|-------|
| 1 | 12/20/2012 | STUART, FL | KSUA | BEDFORD, MA | KBED | 2.6 | 1,168 |
| 2 | 12/20/2012 | BEDFORD, MA | KBED | SCHENECTADY, NY | KSCH | 0.5 | 137 |

Passengers: MR. PHILLIP H. MORSE, (Leg: 1 - Stuart, FL - Bedford, MA) 2.6 Hrs.
SUSAN MORSE, (Leg: 1 - Stuart, FL - Bedford, MA) 2.6 Hrs.

| AirlineTickets | |
|---|---|
| Airline Tkt/Crew/ALB-PBI 12/19 | $451.20 |
| Total: | $451.20 |

| Fuel | |
|---|---|
| 1050 gals/SUA 12/20 | $4,913.16 |
| 285 gals/BED 12/20 | $1,801.20 |
| Total: | $6,714.36 |

| Hotel | |
|---|---|
| Hotel/Crew/SUA 12/19 | $209.00 |
| Total: | $209.00 |

| LandingFees | |
|---|---|
| Parking Fee/BED 12/20 | $138.57 |
| Departure Fee/BED 12/20 | $143.88 |
| Total: | $282.45 |

| PerDiem | |
|---|---|
| Crew | $180.00 |
| Total: | $180.00 |

| RentalCar | |
|---|---|
| Hertz/R#194105181/SUA 12/19 | $49.91 |
| FUEL/SUA 12/20 | $8.00 |
| Total: | $57.91 |

| TripCrewCost | |
|---|---|
| Parking/ALB A/P/Crew 12/19,20 | $30.91 |
| Total: | $30.91 |

| | |
|---|---|
| SUBTOTAL: | $7,925.83 |
| FEDERAL EXCISE TAX: | $0.00 |
| GRAND TOTAL: | $7,925.83 |

Notes:  SUA-BED

**Richmor Aviation**
Columbia County Airport
P.O. Box 423
Hudson, NY 12534
(518) 828-9461

Name _____ **Assembly Point**

| Sold By CG | Cash | Check | MC | Visa | Discover | Amex | Charge X | On Acct. X | CR Acct. |
|---|---|---|---|---|---|---|---|---|---|
| Aircraft: N227SV | | | | | | | | | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | Per Diem - 2 Pilots | | |
| | 36.0 Hrs. Ea.    Per Pilot | $2.50 | $180.00 |
| | | | |
| 1 | Departure Fee- Bedford, Ma | $143.88 | $ 143.88 |
| | 12/20/2012 | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Charge Sales | | Tax | |
|---|---|---|---|
| Amount Received | | | |
| Sales Ticket | | Date 12/19-12/20/2012 | |

Trip # 98051

---

TIN: 20-3547814

Pay to: **Vector-MASSPORT**
P.O. Box 786231
Philadelphia, PA 19178-6231 US
*Attention: Payments mailed to this address will be applied to Vector billed invoices for KBED only.

**INVOICE**
For Aircraft Operations at
MASSPORT Hanscom Field (KBED)
Invoice generated and serviced by Vector Airport Solutions
Email questions to: Billing@vector-us.com
(RegularBatch Invoice)

Include Operator ID:820 and Invoice Number:136897
to assure proper credit to your account

**RICHMOR AVIATION**
P.O. BOX 423, COLUMBIA COUNTY AIRPORT
Bill to: HUDSON NY 12534-0423
USA

| | |
|---|---|
| Invoice Number: | 136897 |
| Invoice Period: | 12/1/2012 - 12/31/2012 |
| Invoice Date: | 1/3/2013 |
| Invoice Total: | $758.64 |
| Previous Balance: | $200.56 |
| KBED Account Balance: | $959.20 |
| Operator ID: | 820 |
| Operator Contact: | Debbie Hawks |
| Contact Phone: | 518-828-9461 |
| Contact Email: | dhawks@richmor.com |
| PO Number: | |

**Invoice Number 136897 Detail**

Departure FEES

| Aircraft | Model | Date/Time | Activity Type | Fee | Note |
|---|---|---|---|---|---|
| N227SV | GLF4 | 12/4/2012 5:29 PM | Departure | $143.88 | |
| N227SV | GLF4 | 12/6/2012 12:04 PM | Departure | $143.88 | T 98545 |
| N227SV | GLF4 | 12/20/2012 1:51 PM | Departure | $143.88 — T 98051 | 143.88 |
| N227SV | GLF4 | 12/26/2012 1:16 PM | Departure | $143.88 — T 99304 | |
| N57MH | L155 | 12/27/2012 11:01 AM | Departure | $39.24 — C98493 | 1-7-13 to see |
| N227SV | GLF4 | 12/31/2012 1:44 PM | Departure | $143.88 — G9304 | |

Departure Subtotal: $758.64

Invoice Total: $758.64

CUSTOMER CHARGED
01136800766 - 779.40
KBED Account Summary C98493 84470770 -439.24

| Invoices | | | | Payments | | | |
|---|---|---|---|---|---|---|---|
| Invoice Invoice Number Airport | Period End  Date Sent | Invoice Total | Check No. Date Paid | Payments Recieved | Unpaid/ (Overpaid) | Adjustments Pending Approval | Notes |
| 135516 KBED | 11/30/12  12/05/12 | $200.56 | | $200.55 | | | |
| 136897 KBED | 12/31/12  01/03/13 | $758.64 | | $758.64 | | | |
| | Subtotal Invoices | $959.20 | | | | | |

**indicates this payment is unallocated; held on account with KBED

KBED Account Balance: $959.20

**Need Help?**
Sign up for paperless billing or pay by credit card at:
http://myaccount.vector-us.com
Email Billing@Vector-us.com
or call 1-888-598-0028
Include Operator ID: 820 and Invoice Number: 136897
FAX#: 703-579-6714

**Important Messages**
LATE FEES: Failure to pay landing fees within 30 days after issuance of invoice shall result in a seperate charge of 10% and each 30 days thereafter on any unpaid balance.
Effective July 1, 2012: There will be a 2.7% CPI adjustment ot the Nighttime Field Use Fee and increase to customs fees.

**Payment Notes**
Partial Payments: If your payment excludes any of the charges from this invoice please mark those charges on a copy of the invoice and return it with your payment along with an explanation for the deduction.
Paying Multiple Invoices: If your payment covers multiple invoices for this airport be sure to indicate the invoice numbers in the note/comment section of your check. Failure to do so may result in improper account credit.
Vector Airport Solutions handles billing for several different airports. Please be sure payment is made to the airport/remittance address shown above.



**GALAXY AVIATION**

*Galaxy Aviation Of Stuart*
2240 SE Witham Field Drive
Stuart, FL 34996
772-781-4720
www.galaxyaviation.com

Sales Person:   DP                  Invoice:   SUA-12-018158        12/20/2012
                                                                     5:06PM

Sold To:  Richmor Aviation        Ship To:  Richmor Aviation
          P.O. Box 423
          Columbia County Airport
          Hudson, NY  12534 United States

| Line# | Type | Item/Description | Cr7 | Aircraft | Quantity | Units | List Price | Disc | Unit Price | Extended |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Svc | Facility Fee | | N227SV | 1.0 | Each | 0.00000 | | 0.00000 | NIC |
| 2 | Fuel | JET A | | N227SV | 1,050.0 | Gallon | 7.1900 | 35 | 4.6792 | 4,913.18 |
| | | Jet A Fuel | | | | | | | | |
| | | Delivered: 12/19/2012 - 5:06PM | | | | | | | | |

|  |  |  |
|---|---|---|
| Subtotal | | 4,913.18 |
| Total Due | | 4,913.18 |
| Paid-CH-American Express ..1007 | | 4,913.18 |

American Express          I Agree to pay the Amount shown to the right $   4,913.18
********1007              in accordance with the Card Issuer agreement.
Swiped        Auth#: 525287
Pw James
C/C Ref #: 152221        Signed:_____

---

**JET AVIATION**
A GENERAL DYNAMICS COMPANY

Richmor Aviation                    Order No.        1001217388
Columbia County Airport             Arrival          12/20/2012
PO Box 423                          Departure        12/20/2012
Hudson NY 12534                     Registration No.  N227SV
                                    Customer No.     2003429

| Quantity | Description | Unit Price | Total | CC No. |
|---|---|---|---|---|
| 285 | Jet A   12/20/2012 | 7.17 | 2,043.45 | 1 |
| | Discount | (1.00) | (285.00) | |
| | Airport Flowage Fee | 0.15 | 42.75 | |
| 1 | Parking | 138.57 | 138.57 | 1 |

Sub total     1,939.77
Sales Tax         0.00
Total         1,939.77

**Credit Cards**
| No | Card type | Card No | Exp.date | Amount | Auth.no |
|---|---|---|---|---|---|
| 001 | American Express | XXXXX*****1007 | 06/30/2013 | 1,939.77 | 356684 |

98051
22750   P.W.J.   12/13   Amx

## Hertz.
#01RDN RR 194105181
RES  000000020929
PAUL JAMES                              CC

**INITIAL CHARGES**
RENT RT $ 31.99 /DAY  @ 1 /DAYS        $   31.99
SUBTOTAL                                TS  31.99

**CHARGES ADDED DURING RENTAL**
LDW        DECLINED
LIS        DECLINED
PAI,PEC    DECLINED
PREPAID SVC DECLINED
* ADDITIONAL CHARGES

**SERVICE CHARGES/TAXES**
CONCESSION RECOUPMENT FEE       TS    0.28
FLA SURCHG                      TS    2.03
ENERGY SURCHARGE                TS    1.03
TAX          6.0000% ON TAXABLE TTL OF $  43.31  TS   2.59
TOTAL AMOUNT DUE                     $  45.91
CHARGED ON  AMX    XXXXXXXXXXXX1017         4.60
                                      $  449.91

FOR EXPLANATION OF THE ABOVE CHARGES,
PLEASE ASK A REPRESENTATIVE OR GO TO
WWW.HERTZ.COM/CHARGESEXPLAINED

VEHICLE: 01353  /3150/003   12 FIESTA 6D  S    0113680074{
LICENSE: FL 691XQX
FUEL:     FULL        8/8 OUT  8/8 IN
MILEAGE IN:     19125        TRX MILES:
MILEAGE OUT:    19037        MILES ALLOWED:
MILES DRIVEN:      35        MILES CHARGED:
CDP:    00069

RENTED:    GALAXY
RENTAL:    12/19/12 13:33
RETURN:    12/23/12 02:02
RETURNED:  GALAXY AVIATION OF STUAR
COMPLETED BY:  0116RFLSE291

PLAN IN:   CMVD       RATE CLASS:  B
PLAN OUT:  CMVD

---

98051  Pd Amy
22750   12/13   to
              Amy

WAYNE SYSTEMS  Rental car
                 Fuel

Sale
AMEX XXXXXX1007
Auth. # 569177
Inv. # R601821
3766149
Date 12/20/12 09:33
7-ELEVEN 34655
STUART      FL
Pump # 5 Regular
Gallons        2.447
Price/Gal ..$  3.269
Fuel Sale .$   8.00  Pd

0113680074{

THANK YOU FOR
CHOOSING MOBIL

---

PAUL W JAMES
12/20/2012   RICHMOR AVIATION                    $18.00
ALBANY COUNTY AIRPOR ALBANY NY REF# 00007256356
PARKING LOT & GA 12/20/12

---

18.00
12.91
$ 30.91
Crew Parking
(Car) alb Airport

---

118 98051.
Amex - Gibson
             Ambu to PBI

**Parking & Services**

APM Inc.
Latham
264 Wolf Road
Latham, NY 12110
(518) 869-8200

Cashier: AO

Ticket Number: 0000429021
Name: GIBSON

Make: Volvo
Color: Black
License: DMR1468
12/19/2012    04:48
12/20/2012    16:03

Parking:          17.50
Discount:          8.75

Subtotal:          8.75
Fuel Srchg:        2.00
Apt Fee:           1.20
Taxes:             0.96

Park Total:       12.91

Grand Total:      12.91

Payment Type: American Express
Payments:         12.91

Card #: XXXXXXXXXXXX1009

0113680074{
Signature

PLEASE VISIT US AT
WWW.albanyparkandfly.com

DATE OF FLIGHT _2/ 19_ _2_ ACFT. TYPE _Delta_ _JF PILOTS_____

RECORDED BY _DBr____

**ITINERARY**

| DEPARTURE | TIME | FBO/FLT # | DESTINATION | FBO/FLT # |
|-----------|------|-----------|-------------|-----------|
| A L B | 0605 | 備 192' | A T L | 01 2 |
| A T L | 1107 | 1352 | P O T | 12 7 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

| PAX | TELEPHONE | ITINERARY |
|-----|-----------|-----------|
| To N227 SV |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

SCHEDULED BY: _____ TEL. NO._____ DATE _12/18/12_ TIME_____

CHANGED/CANCELLED BY: _____ TAKEN BY:_____ DATE_____ TIME_____

CHANGED/CANCELLED BY: _____ TAKEN BY:_____ DATE_____ TIME_____

INVOICE TO _____ QUOTE _$225.60 ash._

_To a $451.20_

_on Paul AMEX_

**NOTES:**

0113680070 2

T#89 051

CAPT. _Paul James_

CO - PLT. _Rick Gibson_

FA _____

ACFT _____

FUEL MAIN _____

FUEL AUX. _____

*S8051*
*AG A~~*
*22750*

**COURTYARD**
**Marriott**

Courtyard by Marriott
Stuart

7615 SW Lost River Rd
Stuart,FL 34997
T 772.781.3344

Albert Gibson                                    Room: 405
142 James Rd                                     Room Type: GENR
Fultonville NY 12072-3038                         Number of Guests: 1
Galaxy                                           Rate: $95.00        Clerk: KBF

Arrive 19Dec12    Time 03:26PM    Depart 20Dec12    Time 07:55AM    Folio Number: 60094

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 19Dec12 | Galaxy Aerospace | 95.00 | |
| 19Dec12 | Occupancy Sales Tax | 3.80 | |
| 19Dec12 | State Occupancy Tax | 5.70 | |
| 20Dec12 | American Express | | 104.50 |

*SUA*
*0136800720*

Card #: AXXXXXXXXXXXXX1009/XXXX
Amount: 104.50 Auth: 122686 Signature on File
This card was electronically swiped on 19Dec12

Balance:          0.00

---

*S8051*
*22750*
*P.J A~~*

**COURTYARD**
**Marriott**

Courtyard by Marriott
Stuart

7615 SW Lost River Rd
Stuart,FL 34997
T 772.781.3344

P James                                          Room: 434
                                                 Room Type: GENR
                                                 Number of Guests: 1
                                                 Rate: $95.00        Clerk

Arrive 19Dec12    Time 03:36PM    Depart 20Dec12    Time          Folio Number: 60095

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 19Dec12 | Galaxy Aerospace | 95.00 | |
| 19Dec12 | Occupancy Sales Tax | 3.80 | |
| 19Dec12 | State Occupancy Tax | 5.70 | |
| 20Dec12 | American Express | | 104.50 |

*SUA*
*0136800720*

Card #: AXXXXXXXXXXXXX1007/XXXX
Amount: 104.50 Auth: 122864 Signature on File
This card was electronically swiped on 19Dec12

Balance:          0.00

**ASSEMBLY POINT AVIATION**
C/O CATHY GILMOUR
48 STONE MEADOW LANE
HANOVER, MA 02339

12/31/2012

Trip Number: M99204    Trip Start Date: 12/26/2012 to  Trip End Date:    12/31/2012

Aircraft: N227SV    Hours:  6.6    Miles:  2,610.0  Fuel:  3,642.0

| LEG NR | DATE | DEPARTURE CITY | AIRPORT | ARRIVAL CITY | AIRPORT | HOURS | MILES |
|--------|------|----------------|---------|--------------|---------|-------|-------|
| 1 | 12/26/2012 | SCHENECTADY | KSCH | BEDFORD, | KBED | 0.5 | 137 |
| 2 | 12/26/2012 | BEDFORD | KBED | STUART | KSUA | 2.9 | 1,168 |
| 3 | 12/31/2012 | STUART | KSUA | BEDFORD | KBED | 2.6 | 1,168 |
| 4 | 12/31/2012 | BEDFORD, MA | KBED | SCHENECTADY,NY | KSCH | 0.6 | 137 |

Passengers:   MR. PHILLIP H. MORSE, SUSAN MORSE, ( Leg 2 - Bedford,MA - Stuart,FL ) 2.9 Hrs.

KATHERINE M. MORSE, JACKSON P. MORRIS, (Legs 2,3) 5.5 Hrs.

SHELLEY H. MORSE-SPRING, WILLIAM R. SPRING, ANNIE K. SPRING, (Leg: 2) 2.9 Hrs.

LINDSAY A. MORSE, BENJAMIN P. MERRILL, SAWYER MERRILL , ( Legs 2,3) 5.5 Hrs.
M. MERRILL, (Leg: 3) 2.6 Hrs.

### Catering
| | |
|---|---|
| Supplies/Milk/SUA | $5.61 |
| **Total:** | **$5.61** |

### Fuel
| | |
|---|---|
| 1100 gals/SUA 12/31 | $5,258.55 |
| 300 gals/BED 12/26 | $1,926.00 |
| 2250.1 gals/Schenectady,NY 12/26/12 | $11,250.50 |
| **Total:** | **$18,435.05** |

### Hotel
| | |
|---|---|
| 103310 | Hotel/Crew/SUA 12/27,28,29,30 | $836.00 |
| | Hotel/Crew/SUA 12/26 | $204.60 |
| | **Total:** | **$1,040.60** |

### LandingFees
| | |
|---|---|
| Departure Fee/BED 12/26, 12/31 | $287.76 |
| Parking/Handling Fee/BED 12/31 | $618.57 |
| Parking Fee/BED 12/26 | $138.57 |
| **Total:** | **$1,044.90** |

### PerDiem
| | |
|---|---|
| Crew | $625.00 |
| **Total:** | **$625.00** |

### RentalCar
| | |
|---|---|
| Hertz/R#M64284570/SUA 12/26-30 | $258.32 |
| FUEL/SUA 12/31 | $20.24 |
| **Total:** | **$278.56** |

### TripCrewCost
| | |
|---|---|
| Cash/Tip/P.James/SUA | $10.00 |
| **Total:** | **$10.00** |

| | |
|---|---|
| **SUBTOTAL:** | **$21,439.72** |
| **FEDERAL EXCISE TAX:** | **$0.00** |
| **GRAND TOTAL:** | **$21,439.72** |

Notes:  BED SUA BED

**Richmor Aviation**
Columbia County Airport
PO BOX 423
Hudson, NY 12534
(518) 828-9461

Name _____  **Assembly Point** _____

| Vickie Wilder | Cash | Check | MC | Visa | Discover | Amex | Charge | On Accl. | CR Accl. |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | X | X | |

Aircraft # N227SV

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | Per Diem - 2 Pilots | | |
| | 125.0 Hrs. Ea.   Per Pilot | $2.50 | $625.00 |
| | | | |
| 2 | Departure Fee/Bedford, MA | $143.88 | $ 287.76 |
| | 12/26, 12/31/2012 | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Charge Sales | | Tax | |
|---|---|---|---|
| Amount Received | | | |
| Sales Ticket | Date 12/26 - 12/31/2012 | | |
| | Trip# 99204 | | |

---

TIN: 20-3547614

**INVOICE**
For Aircraft Operations at
MASSPORT Hanscom Field (KBED)
Invoice generated and serviced by Vector Airport Solutions
Email questions to: Billing@vector-us.com
(RegularBatch Invoice)

Pay to: **Vector-MASSPORT**
P.O. Box 786231
Philadelphia, PA 19178-6231 US
*Attention: Payments mailed to this address will be applied to Vector billed invoices for KBED only.

Include Operator ID:820 and Invoice Number:136897 to assure proper credit to your account

Bill to:
**RICHMOR AVIATION**
P.O. BOX 423, COLUMBIA COUNTY AIRPORT
HUDSON NY 12534-0423
USA

| | |
|---|---|
| Invoice Number: | 136897 |
| Invoice Period: | 12/1/2012 - 12/31/2012 |
| Invoice Date: | 1/3/2013 |
| Invoice Total: | $758.64 |
| Previous Balance: | $200.56 |
| KBED Account Balance: | $959.20 |
| Operator ID: | 820 |
| Operator Contact: | Debbie Hawks |
| Contact Phone: | 518-828-9461 |
| Contact Email: | dhawks@richmor.com |
| PO Number: | |

### Invoice Number 136897 Detail

**Departure FEES**

| Aircraft | Model | Date/Time | Activity Type | Fee | Note |
|---|---|---|---|---|---|
| N227SV | GLF4 | 12/4/2012 5:29 PM | Departure | $143.88 | T 9 8545 |
| N227SV | GLF4 | 12/6/2012 12:04 PM | Departure | $143.88 | T 9 8051 |
| N227SV | GLF4 | 12/20/2012 1:51 PM | Departure | $143.88 | T 9 8051 |
| N227SV | GLF4 | 12/26/2012 1:16 PM | Departure | $143.88 | T 99204 |
| N227SV | L35S | 12/27/2012 11:01 AM | Departure | $39.24 | C98493   1-7-0 to sec |
| N227SV | GLF4 | 12/31/2012 1:44 PM | Departure | $143.88 | 99204 |
| | | Departure Subtotal: | | $758.64 | # 287.76 |
| | | **Invoice Total:** | | **$758.64** | |

CUSTOMER CHARGED
013 6800 020 - 719.40
KBED Account Summary  c 98493  84 470770  -439.24

| Invoices | | | | Payments | | | |
|---|---|---|---|---|---|---|---|
| Invoice Number | Invoice Airport | Period End Date | Date Sent | Invoice Total | Check No. Date Paid | Payments Received | Unpaid (Overpaid) | Adjustments Pending Approval | Notes |
| 135610 | KBED | 11/30/12 | 12/05/12 | $200.56 | | $200.56 | | | |
| 136897 | KBED | 12/31/12 | 01/03/13 | $758.64 | | $758.64 | | | |
| | | Subtotal Invoices | | $959.20 | | | | | |

**Indicates this payment is unallocated; held on account with KBED

**KBED Account Balance:** $959.20

**Need Help?**
Sign up for paperless billing or pay by credit card at:
http://myaccount.vector-us.com
Email Billing@Vector-us.com
or call 1-888-588-0028
Include Operator ID: 820 and Invoice Number: 136897
FAX#: 703-579-6714

**Important Messages**
LATE FEES: Failure to pay landing fees within 30 days after issuance of invoice shall result in a seperate charge of 10% and each 30 days thereafter on any unpaid balance.

Effective July 1, 2012: There will be a 2.7% CPI adjustment ot the Nighttime Field Use Fee and increase to customs fees.

**Payment Notes**
Partial Payment: If your payment excludes any of the charges from this invoice please mark these charges on a copy of the invoice and return it with your payment along with an explanation for the deduction.
Paying Multiple Invoices: If your payment covers multiple invoices for this airport be sure to indicate the invoice numbers in the note/comment section of your check. Failure to do so may result in improper account credit.
Vector Airport Solutions handles billing for several different airports. Please be sure payment is made to the airport/remittance address shown above.

RICH(          )TION
(518) ___ .61
P.O. BOX 423
HUDSON NY 12534

INVOICE

Page ' 1

ASSEP

Sold To: ASSEMBLY POINT AVIATION
C/O CATHY GILMOUR
48 STONE MEADOW LANE
HANOVER MA 02339

Ship To: N227SV

| Date | Rep ID | Order No. | Ord Date | Ship Via | Terms | Inv No. |
|------|--------|-----------|----------|----------|-------|---------|
| 12/31/12 | CG | M99204 | 12/26/12 | | NET 30 | 1212-068 |

| Item/Description | Quantities | | Units | Price | Amount |
|------------------|-----------|---|-------|-------|--------|
| JetAFuel | Ordered | 2250.1000 | | | |
| 2250.1 gals/Schenectady,NY 12/26/12 Shipped | | 2250.1000 | GAL | 5.0000 | 11250.50 |

| | | | | | Subtotal : | 11250.50 |
|---|---|---|---|---|---|---|
| Non-Taxable | Taxable | Sales Tax | Freight | Misc | * Invoice Total * | |
| 11250.50 | .00 | .00 | .00 | .00 | 11250.50 | |

A MEX - JAMES

# GALAXY AVIATION

**Galaxy Aviation Of Stuart**
2240 SE Witham Field Drive
Stuart, FL 34996
772-781-4720
www.galaxyaviation.com

Sales Person:  DP

Invoice:  SUA-12-018431

12/31/2012
8.59AM

1/2/13 Prmt

Sold To:  Richmor Aviation
P.O. Box 423
Columbia County Airport
Hudson, NY 12534 United States

Ship To:  Richmor Aviation

| Line# | Type | Item/Description | Cr? | Aircraft | Quantity | Units | List Price | Disc | Unit Price | Extended |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Svc | Facility Fee | | N227SV | 1.0 | Each | 0.00000 | | 0.00000 | N/C |
| 2 | Fuel | JET A | | N227SV | 1,100.0 | Gallon | 7.1900 | 34 | 4.7805 | 5,258.57 |
| | | Jet A Fuel | | | | | | | | |
| | | Delivered: 12/31/2012 - 8:50AM | | | | | | | | |
| 3 | Svc | Parking  Monthly Amp Fee | | N227SV | 10.0 | Each | 170.00000 | | 170.00000 | 1,700.00 |
| | | Heavy Jet | | | | | | | | |
| | | month of dec | | | | | | | | |
| 4 | Svc | Lavatory Service | | N227SV | 1.0 | Each | 75.00000 | | 75.00000 | 75.00 |
| | | Lav Service - Heavy Jet | | | | | | | | |

| | | |
|---|---|---|
| Subtotal | | 7,033.57 |
| Sales Tax - Fl SU4c   6% | | 106.50 |
| Total Due | | 7,140.07 |
| Paid-CH-American Express ..1007 | | 7,140.07 |

American Express
*********1007
Swiped        Auth#: 524028
Pw James
C/C Ref #: 154497        Signed:

I Agree to pay the Amount shown to the right $  7,140.07
In accordance with the Card Issuer agreement.
68 490690 - 8 5258.57        1722
0113 6800 736 - $ 79.50  Lav   544007
144410 50 - 1802.00 - monthly Kemp - Richmor

Thank you for choosing Galaxy Aviation. So we may continue to provide the very best in customer
service, your feedback and comments are vitally important. Please visit
<WWW.GALAXYAVIATION.com> or use our mobile link <www.galaxymobilepilot.com> and click
on the customer comments tab.

4.78

Printed: 12/31/2012                                                                                   Page:  1

---

Amex-James

**JET AVIATION**
A GENERAL DYNAMICS COMPANY

1-2-2013
To Prmt

Richmor Aviation
Columbia County Airport
PO Box 423
Hudson NY 12534

Order No.     1001216796
Arrival       12/26/2012
Departure     12/26/2012
Registration No.  N227SV
Customer No.  2003429

| Quantity | Description | Unit Price | Total | CC No. |
|---|---|---|---|---|
| 300 | Jet A    12/26/2012 | 7.27 | 2,181.00 | 2 |
| | Discount | (1.00) | (300.00) | |
| | Airport Flowage Fee | 0.15 | 45.00 | |
| 1 | Parking | 138.57 | 138.57 | 2 |

$ 1.42 @GAL

68470670 - #1926.0
01136800725 - $138.5

| | | |
|---|---|---|
| Sub total | | 2,064.57 |
| Sales Tax | | 0.00 |
| Total | | 2,064.57 |

Credit Cards
No  Card type      Card No        Exp.date     Amount    Auth.no
002  American Express  XXXXX******1007  06/30/2013  2,064.57  357007

Jet Aviation of America, Inc.   380 Hanscom Drive   Hanscom Field   Bedford, MA 01730-2630 USA
Phone (781) 274-0030   Fax: (781) 274-6573   www.jetaviation.com

Date 12/26/2012   Time 12:22
Page 1 / 1

---

85 204
7278V
RG Amp

**JET AVIATION**
A GENERAL DYNAMICS COMPANY

1-2-2013
To Prmt

Richmor Aviation
Columbia County Airport
PO Box 423
Hudson NY 12534

Order No.     1001226036
Arrival       12/31/2012
Departure     12/31/2012
Registration No.  N227SV
Customer No.  2003429

| Quantity | Description | Unit Price | Total | CC No. |
|---|---|---|---|---|
| 1 | Parking | 138.57 | 138.57 | 1 |
| 1 | SERVICE FEE | 480.00 | 480.00 | 1 |

| | | |
|---|---|---|
| Sub total | | 618.57 |
| Sales Tax | | 0.00 |
| Total | | 618.57 |

618.57 - 01136800725

Credit Cards
No  Card type      Card No        Exp.date     Amount    Auth.no
001  American Express  XXXXX******1009  06/30/2013  618.57  357329

Please Remember Us in the Pro Pilot & AIN Polls.

Jet Aviation of America, Inc.   380 Hanscom Drive   Hanscom Field   Bedford, MA 01730-2630 USA
Phone (781) 274-0030   Fax (781) 274-6573   www.jetaviation.com

Date 12/31/2012   Time 13:24
Page 1 / 1

**Hampton**

1150 NW FEDERAL HWY
STUART, FL 34994

TELEPHONE 772-692-6922          FAX 772-692-6924

USA
Official Sponsor

| | | |
|---|---|---|
| GIBSON, ALBERT | name | room number: | 210/SXQL | 6:08:00PM |
| 114 PLUM POPPY N | address | arrival date: | 12/26/2012 | |
| | | departure date: | 12/27/2012 | 11:16:00AM |
| BALLSTON SPA, NY 12020 | | | | |
| US | | adult/child: | 1/0 | |
| | | room rate: | 93.00 | |

If the debit/credit card you are using for check-in is attached to a bank or checking account, a hold will be placed on the account for the full anticipated dollar amount to be owed to the hotel, including estimated incidentals, through your date of check-out and such funds will not be released for 72 business hours from the date of check-out or longer at the discretion of your financial institution.

RATE PLAN                    L-T4X
HH# 261127439 SILVER
AL:      US  #404H7J6
CAR:

CONFIRMATION NUMBER : 81512147

12/27/2012     PAGE          1

Rates subject to applicable sales, occupancy, or other taxes. Please do not leave any money or items of value unattended in your room. A safety deposit box is available for you in the lobby. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges. In the event of an emergency, I, or someone in my party, require special evacuation due to a physical disability. Please indicate yes by checking here: ☐

signature:

| | | | |
|---|---|---|---|
| 12/26/2012 | 289705 | GUEST ROOM | $93.00 |
| 12/26/2012 | 289705 | RM SALES TAX | $5.58 |
| 12/26/2012 | 289705 | RM COUNTY BED TAX | $3.72 |
| 12/27/2012 | 289839 | AX *1009 | ($102.30) |
| | | ** BALANCE ** | $0.00 |

0136800725

---

**Hampton**

1150 NW FEDERAL HWY
STUART, FL 34994

TELEPHONE 772-692-6922          FAX 772-692-6924

USA
Official Sponsor

| | | |
|---|---|---|
| JAMES, PAUL | name | room number: | 410/SXQL | 6:07:00PM |
| 142 JAMES RD | address | arrival date: | 12/26/2012 | |
| | | departure date: | 12/27/2012 | |
| FULTONVILLE, NY 12072 | | | | |
| US | | adult/child: | 1/0 | |
| | | room rate: | $93.00 | |

If the debit/credit card you are using for check-in is attached to a bank or checking account, a hold will be placed on the account for the full anticipated dollar amount to be owed to the hotel, including estimated incidentals, through your date of check-out and such funds will not be released for 72 business hours from the date of check-out or longer at the discretion of your financial institution.

RATE PLAN    L-T4X
HH# 841455225 SILVER
AL
BONUS AL          CAR

Confirmation: 81512147

12/27/2012     PAGE          1

Rates subject to applicable sales, occupancy, or other taxes. Please do not leave any money or items of value unattended in your room. A safety deposit box is available for you in the lobby. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges. In the event of an emergency, I, or someone in my party, require special evacuation due to a physical disability. Please indicate yes by checking here: ☐

signature:

| | | | |
|---|---|---|---|
| 12/26/2012 | 289758 | GUEST ROOM | $93.00 |
| 12/26/2012 | 289758 | RM SALES TAX | $5.58 |
| 12/26/2012 | 289758 | RM COUNTY BED TAX | $3.72 |
| | | WILL BE SETTLED TO AX *1007 | $102.30 |
| | | EFFECTIVE BALANCE OF | $0.00 |

0136800725  SUA

*handwritten: 22750*    *1-2-13 to Amt*

**COURTYARD**
**Marriott**

Courtyard by Marriott
Stuart

7615 SW Lost River Rd
Stuart, FL 34997
T 772.781.3344

Albert Gibson
142 James Rd
Fultonville NY 12072-3038
Galaxy

Room: 103
Room Type: QMGL
Number of Guests: 1
Rate: $95.00    Clerk: KBF

Arrive: 27Dec12    Time: 12:26PM    Depart: 31Dec12    Time: 08:10AM    Folio Number: 60419

| Date | Description | Charges | Credits |
|---|---|---|---|
| 27Dec12 | Room Charge | 95.00 | |
| 27Dec12 | Occupancy Sales Tax | 3.80 | |
| 27Dec12 | State Occupancy Tax | 5.70 | |
| 28Dec12 | Room Charge | 95.00 | |
| 28Dec12 | Occupancy Sales Tax | 3.80 | |
| 28Dec12 | State Occupancy Tax | 5.70 | |
| 29Dec12 | Room Charge | 95.00 | |
| 29Dec12 | Occupancy Sales Tax | 3.80 | |
| 29Dec12 | State Occupancy Tax | 5.70 | |
| 30Dec12 | Room Charge | 95.00 | |
| 30Dec12 | Occupancy Sales Tax | 3.80 | |
| 30Dec12 | State Occupancy Tax | 5.70 | |
| 31Dec12 | American Express | | 418.00 |
| | Card #: AXXXXXXXXXXXXX1009/XXXX | | |
| | Amount:  418.00  Auth: 552106  Signature on File | | |
| | This card was electronically swiped on 27Dec12 | | |

Balance:    0.00

*handwritten: 7/3 89 209  amount James N22750*

**COURTYARD**
**Marriott**

Courtyard by Marriott
Stuart

7615 SW Lost River Rd
Stuart, FL 34997
T 772.781.3344

*1-2-13 to Amt*

P. James

Room: 310
Room Type: GENR
Number of Guests: 1
Rate: $95.00    Clerk:

Arrive: 27Dec12    Time: 12:20PM    Depart: 31Dec12    Time:    Folio Number: 60418

| Date | Description | Charges | Credits |
|---|---|---|---|
| 27Dec12 | Galaxy Aerospace | 95.00 | |
| 27Dec12 | Occupancy Sales Tax | 3.80 | |
| 27Dec12 | State Occupancy Tax | 5.70 | |
| 28Dec12 | Galaxy Aerospace | 95.00 | |
| 28Dec12 | Occupancy Sales Tax | 3.80 | |
| 28Dec12 | State Occupancy Tax | 5.70 | |
| 29Dec12 | Galaxy Aerospace | 95.00 | |
| 29Dec12 | Occupancy Sales Tax | 3.80 | |
| 29Dec12 | State Occupancy Tax | 5.70 | |
| 30Dec12 | Toiletries *For A/C* | 1.99 | |
| 30Dec12 | Sales Tax | 0.12 | |
| 30Dec12 | Galaxy Aerospace | 95.00 | |
| 30Dec12 | Occupancy Sales Tax | 3.80 | |
| 30Dec12 | State Occupancy Tax | 5.70 | |
| 31Dec12 | American Express | | 420.11 |
| | Card #: AXXXXXXXXXXXXX1007/XXXX | | |
| | Amount:  420.11  Auth: 543494  Signature on File | | |
| | This card was electronically swiped on 27Dec12 | | |

*handwritten: > 2.11  01136800706  Supplies A/c*
*handwritten: $ 418.00  01136800720*

Balance:    0.00

Page 1 of 2



## AMERICAN EXPRESS @ WORK

@ Work Home   Reporting   Program Tools   Resources and Help

### Cardmember Activity   NEED HELP?

**Account Information**

| | |
|---|---|
| Account Name | PAUL W JAMES |
| Company Name | RICHMOR AVIATION |
| Account Number | 3783-152116-11007 |
| Account Status | Active |

**Recent Activity since 12/17/2012**          View Approved and Declined Charges

| | |
|---|---|
| Statement Balance | $34,938.79 |
| Recent Activity | $17,562.64 |
| Recent Payments | $0.00 |
| Outstanding Balance | $44,919.01 |
| Updated Payment Status | 17 Days |

**Balance Summary**          12/17/2012 branch current

| | |
|---|---|
| Opening Balance | $34,938.79 |
| Total Credits | $0.00 |
| Total Debits | $17,492.64 |
| Closing Balance | $52,109.43 |

**Billing Details**

12/31/2012                                                            $254.22
HERTZ CAR RENTAL STUART FL R/A# M64284570 AUTOMOBILE
RE 12/31/12

12/31/2012                                                            $29.24
CUMBERLAND FARMS 004 STUART FL REF# 600373754
77270110832 12/31/12

© 2013 American Express Company. All rights reserved.

https://www.140.americanexpress.com/ATWORK/GOPM/en_US/card

---

Remaining Session Time: 29:42
Select Country: USA

**Search Cardmember Activity**
Show me all Cardmember Activity
where:

Choose One:

[ Search ]

Advanced Search
System to Search Results

Resources and Help
Learn about @ Work and how to run
your program efficiently
@ Work Resource Center

---

### Hertz

JAMES PAUL          #01RN   RR M64284570
                    REB  0000000000
                                    CC

**INITIAL CHARGES.**
RENT RT    $  39.99  / DAY    @ 5   / DAYS        $    199.95
SUBTOTAL                                              199.95

**CHARGES ADDED DURING RENTAL**
LOW              DECLINED
LIS              DECLINED
PAI, PEC         DECLINED
PREM 8VD DECLINED
+ ADDITIONAL CHARGES

**SERVICE CHARGES/TAXES**
CONCESSION FEE RECOVERY       11.00%  TS     22.00
VEHICLE LICENSING COST RECOVERY  1.45%  TS    1.00
FLA SURCHG                                TS    19.55
ENERGY SURCHARGE                          TS    1.00
TAX          6.500% ON TAXABLE TTL OF $   239.92    14.43
TOTAL AMOUNT DUE                              $254.22
CHARGED ON  AMX      XXXXXXXXXX1007

**FOR EXPLANATION OF THE ABOVE CHARGES,**
PLEASE ASK A REPRESENTATIVE OR GO TO
WWW.HERTZ.COM/CHARGEEXPLAINED

VEHICLE: 03708  J7226090    13 NIL ALTIMA 2D S
LICENSE: FL AFOXM
FUEL:    FULL        8/N OUT   8:8 IN
MILEAGE IN:       2259    TRX MILES:
MILEAGE OUT:      2844    MILES ALLOWED:
MILES DRIVEN:    115      MILES CHARGED:
CDP:    00089

RENTED:   GALAXY AVIATION OF STUART
RENTAL:   12/26/12 16:47
RETURN:   12/31/12 08:53
RETURNED: GALAXY AVIATION OF STUAR
COMPLETED BY:  6410FLSTERI
PLAN IN:   CNVD
PLAN OUT:  CNVD     RATE CLASS:  B

T/S 99204   2275U
Ameri-James

---

### PETTY CASH EXPENSES  12.13 PM

Aircraft(s) N2275U   Tripsheet No. 99204

Trip Date(s) 12-26-31-12

| Description | Amount |
|---|---|
| Catering/Papers etc. | $ _____ Code 4210 |
| Grnd Trans/Gas/Tips | $ 10.00 Code 4214 |
| Miscellaneous(explain) | $ _____ |
| Total | $ 10.00 |

Name  P. James
       (please print)

01136800748

---

### PETTY CASH EXPENSES  12/13 PM

Aircraft(s) N2275U  Tripsheet No. 99204

Trip Date(s) 12/26/12 - 12/31/12

| Description | Amount |
|---|---|
| Catering/Papers etc.   Milk | $ 3.50 Code 4210 |
| Grnd Trans/Gas/Tips | $ _____ Code 4214 |
| Miscellaneous(explain) | $ _____ |
| Total | $ 3.5 |

Name  Rick Gibson
       (please print)

01136800706

---

See Hotel - SOA

3·50  +
2·11  +
5·61  +

**Honeywell**
Invoice Details
Aftermarket Programs Invoice

Phoenix, AZ
Attn: MSP Administration

Phone: (602) 365-3181
Fax: (602) 365-5313
Federal Tax ID #: 22-2840650

PLEASE REMIT PAYMENT FOR THE TOTAL AMOUNT (IN U.S. DOLLARS ON U.S. BANK) TO:

Wire Transfers:
Honeywell
JPMorgan Chase
Four Chase Metrotech Center
Brooklyn, NY 11245

Express Mail Payments:
Honeywell
JPMorgan Chase
Attn: Honeywell Lockbox 93078
131 S Dearborn – 6th Floor
Chicago, IL 60603

Checks:
Honeywell
P.O. Box 93078
Chicago, IL 60573 – 3078

Account #: 9102597771
ABA#: 0210-0002-1
SWIFT CODE CHASUS33

**Invoice Details**                         Terms: Payments in U.S. dollars due upon receipt

Invoice No.: 70458314
Invoice Period: December/2012

Invoice Amount: $ 3,194.62
Amount Paid:
Balance Due:

**Account Information**

Account: RICHMOR AVIATION
Address: 1142 ROUTE 9H, HUDSON
New York - 12534, USA
Phone: 5188289461
Fax: 5188281303

Contract No.: 440024461
Legacy Contract No.: 1442A
Invoice Contact: Mr. Salvatore Alessi, Jr. Vice
-Preside Mr. Salvatore Alessi,
Jr.

**Item Platforms**

| Platform NM | Registration NM | Begin TSN | End TSN | Usage Hours |
|---|---|---|---|---|
| GIVM/GA41172 | N227SV | 6531.2 | 6547.2 | 12.0 |

**Materials Usage Details**

Ⓢ Covered Equipment - MSP

| Material PN | Material ENV Position | Begin TSN | End TSN | Usage Hours | Begin CSN | End CSN | Usage CSN | Alt S/N | Alt Hours | Alt Cycles | Eff Hour Rate | Eff Cycle Rate | Flat Rate | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | P-575/1 | 5279.0 | 5305.0 | 26.0 | | | | | | | $122.87 | $0.00 | $0.00 | $3,194.62 |

Total Invoice: $3,194.62

Notes:
Payment Confirmation
Please note that the total amount cannot exceed $100,000. If your invoices total more than the maximum limit, please group them into smaller amounts.
Card Number: XXXXXXXXXXXX0917
Date: 01/02/2013

*1212-068*

*0113680011*

VeriSign

| Invoice No. | Control Type | Contract No./Legacy No. | Account | Transaction No. | Invoice Amount | Status |
|---|---|---|---|---|---|---|
| 70458314 | MSP | 440024461 1442A | RICHMOR AVIATION | 131720 | $3,194.62 | Approved |

---

**DOUBLE SIX AVIATION LLC**
5 OXLWOOD DRIVE
OXFORD CT 06478

**INVOICE**

*11/16/12*

Page 1

RICOH

Sold To: RICHMOR AVIATION, INC.
P.O. BOX 423
COLUMBIA COUNTY AIRPORT
HUDSON NY 12534

Ship To: ASSEMBLY POINT, LLC
N227SV
GLV

| Date | Sap ID | Order No. | Ord Date | Ship Via | Terms | Inv No. |
|---|---|---|---|---|---|---|
| 11/16/12 | JV | 00001966 | | | NET 30 | 00001966 |

| Item/Description | Quantities | | Units | Price | Amount |
|---|---|---|---|---|---|
| Hangar Rental for December | Ordered | 1.0000 | | 7500.0000 | 7500.00 |
| | Shipped | 1.0000 | EA | | |

| Non-Taxable | Taxable | Sales Tax | Freight | Misc | Subtotal : | 7500.00 |
|---|---|---|---|---|---|---|
| 7500.00 | .00 | .00 | .00 | .00 | Invoice Total : | 7500.00 |

*0113140041*

---

**Satcom**
direct

Satcom Direct, Inc.
PO Box 372667
Satellite Beach, FL 32937-0667

**INVOICE**

| INVOICE #: | 2312031 |
|---|---|
| Invoice Date: | 12/11/2012 |
| PO Number: | |
| Account Number: | N227SV |
| Terms: | Net 30 |

Bill to:
Richmor Aviation
Vickie Wilder
PO Box 423
Hudson NY 12534-0423 USA

Amount Enclosed: $
Please write your account number on your check and make payable to: Satcom Direct, Inc. See below for other payment options.

| Previous Balance | $50.00 |
|---|---|
| Payments / Adjustments | ($50.00) |

| Total Current Charges (in US $): | $59.27 |
|---|---|

*0113680043*

monthly phone bill

**Invoice Detail**

Account Number: Richmor Aviation    N227SV
Tail Number: N227SV    Serial Number: 1172

| Monthly Charges (Period Ending 11/30/2012) | |
|---|---|
| Satcom Direct Monthly Service Fee including Global One Number: 881-394-4979 | $50.00 |
| Total Monthly Charges | $50.00 |

| Government Fees and Taxes | |
|---|---|
| Universal Service Fund Fee | $1.37 |
| Total Government Fees and Taxes | $1.37 |

Flight Phone $59.27

**Aero H Usage:**

Aero H - N227SV
Call Direction: 1 = Air-to-Ground, 2 = Ground-to-Air, 3 = Air-to-Air

| Date/Time (UTC) | To/From | Call Direction | Duration (mins) | Rate | Amount |
|---|---|---|---|---|---|
| 11/15/12 21:19 | UNKNOWN | 2 | 1.00 | $3.95 | $3.95 |
| 11/25/12 21:14 | UNKNOWN | 2 | 1.00 | $3.95 | $3.95 |
| Total Charges | | | 2.00 | | $7.90 |

Total for N227SV: $57.90

Satcom Direct, Inc. PO Box 372667 Satellite Beach, FL 32937
Invoice #: 2312031
Page 2 of 2

**GALAXY AVIATION**
AMEX-JAMES

**Galaxy Aviation Of Stuart**
2240 SE Witham Field Drive
Stuart, FL 34996
772-781-4720
www.galaxyaviation.com

Sales Person: DP

Invoice: SUA-12-018431

12/31/2012
8.50AM

12/13
To Pmt

Sold To: Richmor Aviation
P.O. Box 423
Columbia County Airport
Hudson, NY 12534 United States

Ship To: Richmor Aviation

| Line# | Type | Item/Description | Cr? | Aircraft | Quantity | Units | List Price | Disc | Unit Price | Extended |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Svc | Facility Fee | | N227SV | 1.0 | Each | 0.00000 | | 0.00000 | N/C |
| 2 | Fuel | JET A | | N227SV | 1,100.0 | Gallon | 7.1900 | 34 | 4.7805 | 5,258.57 |
| | | Jet A Fuel | | | | | | | | |
| | | Delivered: 12/31/2012 - 8:50AM | | | | | | | | |
| 3 | Svc | Parking Monthly Ramp Fee | | N227SV | 10.0 | Each | 170.00000 | | 170.00000 | 1,700.00 |
| | | Heavy Jet | | | | | | | | |
| | | month of dec | | | | | | | | |
| 4 | Svc | Lavatory Service | | N227SV | 1.0 | Each | 75.00000 | | 75.00000 | 75.00 |
| | | Lav Service - Heavy Jet | | | | | | | | |

| | | |
|---|---|---|
| Subtotal | | 7,033.57 |
| Sales Tax - Fl SUA: | 6970 | 106.50 |
| Total Due | | 7,140.07 |
| Paid-CH-American Express ..1097 | | 7,140.07 |

American Express
*********1007
Swiped          Authf: 524026
Pw James
C/C Ref #: 184497      Signed:

I Agree to pay the Amount shown to the right $   7,140.07
in accordance with the Card Issuer agreement.                1733
68 490670 - $ 5258.57                          594007
01136800 726 - $ 79.50
14 4410 50 — 1802.00 - Monthly Ramp   Richmor's
Chg

Thank you for choosing Galaxy Aviation. So we may continue to provide the very best in customer service, your feedback and comments are vitally important. Please visit <www.GALAXYAVIATION.com> or use our mobile link <www.galaxymobilecopilot.com> and click on the customer comments tab.

Printed: 12/31/2012

Page: 1

Lavatory of Service
159·
79·5
79·5
*  +  +   ·0   *

---

**GALAXY AVIATION**
got 1800 Galo
on 11/29

**Galaxy Aviation Of Stuart**
2240 SE Witham Field Drive
Stuart, FL 34996
772-781-4720
www.galaxyaviation.com

Sales Person: DP

Invoice: SUA-12-017745

11/30/2012
6.15PM

Sold To: Richmor Aviation
P.O. Box 423
Columbia County Airport
Hudson, NY 12534 United States

Ship To: Richmor Aviation

| Line# | Type | Item/Description | Cr? | Aircraft | Quantity | Units | List Price | Disc | Unit Price | Extended |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Svc | Facility Fee | | N227SV | 1.0 | Each | 0.00000 | | 0.00000 | N/C |
| 2 | Fuel | JET A | | N227SV | 1,800.0 | Gallon | 7.1900 | 32 | 4.8555 | 8,739.83 |
| | | Jet A Fuel | | | | | | | | |
| | | Delivered: 11/30/2012 - 6:15PM | | | | | | | | |
| 3 | Svc | Lavatory Service | | N227SV | 1.0 | Each | 75.00000 | | 75.00000 | |
| | | Lav Service - Heavy Jet | | | | | | | | |

| | | |
|---|---|---|
| Subtotal | | 8,814.83 |
| Sales Tax - Fl SUA: | | 4.50 |
| Total Due | | 8,819.33 |
| Paid-CH-American Express ..1007 | | 8,819.33 |

American Express
*********1007
Non-Swiped    Authf: 141097
RICHMOR AVIATION
C/C Ref #: 148682      Signed:

I Agree to pay the Amount shown to the right $   8,819.33
in accordance with the Card Issuer agreement.

Thank you for choosing Galaxy Aviation. So we may continue to provide the very best in customer service, your feedback and comments are vitally important. Please visit <www.GALAXYAVIATION.com> or use our mobile link <www.galaxymobilecopilot.com> and click on the customer comments tab.

T# 98545          1800 GAls     68490670   $ 8739.83
                  lavatory      01136800 726: $ 79.50

1-10-13  rl Called  SUA  get (f)
   to verify - did get (f)  1800 GAls

+ did get (f) Lav   11/29
                    11/30

Printed: 12/06/2012

Page: 1

```
                          0.00    *

                        138.00  +
                        506.00  +
   on Load             644.00    *


                        765.14  +
                     80,091.52  +
   Richmoe           80,856.66    *


                        644.00  +
                     80,856.66  +
                     81,500.66    *
   Maint
   12/2012 - 1/2013
```



## Left Invoice

1-4-13 to AP to Pay

**Quality Air Contractors, Inc.**
1470 N.W. 107th Ave
Ste. E
Miami, FL 33172
Phone (305) 470.7504
Fax (305) 470.7508

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/19/2012 | 16019 |

RECEIVED
BY:

**Bill To**
Richmor Aviation
P.O. Box 423
Hudson, NY. 12534

**Ship To**
Richmor Aviation
19 Airport Rd
Scotia, NY 12302

| P.O. No. | Terms | Due Date | Project |
|----------|-------|----------|---------|
| 121210N227SV | Net 30 | 1/18/2013 | N227SV S/N1172 |

| Service Date | Description | Hours | Rate | Amount |
|--------------|-------------|-------|------|--------|
| 12/10/2012 | Remove No.2 com control head and installed mod control head. Ops check good. | 1 | 92.00 | 92.00 |
| | Wait time for paperwork and RTS. | 0.5 | 92.00 | 46.00 |

011368007213

Thank you for your business.

1212-068
011368007

| Total | $138.00 |
|-------|---------|
| Payments/Credits | $0.00 |
| **Balance Due** | $138.00 |

## Right Invoice

1-4-13 to AP to Pay

**Quality Air Contractors, Inc.**
1470 N.W. 107th Ave
Ste. E
Miami, FL 33172
Phone (305) 470.7504
Fax (305) 470.7508

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/5/2012 | 15914 |

RECEIVED
BY:

**Bill To**
Richmor Aviation, Inc.
P.O. Box 423
Hudson, NY 12534

**Ship To**
Richmor Aviation, Inc.
19 Airport Rd.
Scotia, NY. 12302

| P.O. No. | Terms | Due Date | Project |
|----------|-------|----------|---------|
| 121127N227SV | Upon receipt | 12/5/2012 | N227SV S/N1172 |

| Service Date | Description | Hours | Rate | Amount |
|--------------|-------------|-------|------|--------|
| 11/27/2012 | Accomplish maintenance checklist. Accomplished maintenance checklist. | 3 | 92.00 | 276.00 |
| | Installed loaner VHF trans in No.2 pos. Ops check good. | 0.5 | 92.00 | 46.00 |
| | Service No.3 tire | 0.5 | 92.00 | 46.00 |
| 11/28/2012 | Removed defective No.1 pack switch, installed new pack switch in No.1 pos. Work done. Ops check good. | 1 | 92.00 | 92.00 |
| 11/29/2012 | reservice No.3 tire for flight today, will need to service again 12/3. | 0.5 | 92.00 | 46.00 |

011368

Thank you for your business.

1212-068

| Total | $506.00 |
|-------|---------|
| Payments/Credits | $0.00 |
| **Balance Due** | $506.00 |

RICHMO___ ___ION
(518) ___-___
P.O. BOX 423
HUDSON NY 12534

I N V O I C E

Page 1

ASSEP

Sold To:  ASSEMBLY POINT AVIATION
          C/O CATHY GILMOUR
          48 STONE MEADOW LANE
          HANOVER MA 02339

Ship To:  ASSEMBLY POINT AVIATION
          C/O CATHY GILMOUR
          48 STONE MEADOW LANE
          HANOVER MA 02339

| Date | Rep ID | Order No. | Ord Date | Ship Via | Terms | Inv No. |
|------|--------|-----------|----------|----------|-------|---------|
| 12/31/12 | KB | CR001426 | | | NET 30 | 1212-068 |

| Item/Description | Quantities | | Units | Price | Amount |
|------------------|-----------|--|-------|-------|--------|
| 4271-502 | Ordered | 1.0000 | | | |
| SWITCH ANNUNCIATOR | Shipped | 1.0000 | EA | 765.1400 | 765.14 |
| ***** | | | | | |

UNIT WAS SHIPPED TO GALAXY AVIATION
STUART, FLORIDA.



| | | | | | Subtotal : | 765.14 |
|-|-|-|-|-|------------|--------|
| Non-Taxable | Taxable | Sales Tax | Freight | Misc | * Invoice Total * | |
| 765.14 | .00 | .00 | .00 | .00 | | 765.14 |

## Page 1 of 17 (top-left)

**Work Order Invoice**

ASSEP
GULFSTREAM
IV
1172

Invoice # 1301-069
Invoice Date 1/31/2013

REMIT TO:
Richmor Aviation
Columbia County Airport
Hudson, NY 12534
(518) 828-9461

ASSEMBLY POINT AVIATION
C/O CATHY GILMOUR
48 STONE MEADOW LANE
HANOVER MA 02339

Tail number N227SV
Make GULFSTREAM
Model IV
Serial 1172
Aircraft Total Time 8540.6
Phone:

| Work Order # | Date In | Completed | Terms | PO | Customer |
|---|---|---|---|---|---|
| 54099 | 12/20/2012 | 1/20/2013 | NET30 | | ASSEP |

**Service Description**

Squawk #: 0

Date:     Total Time:     Landings:

Description:

Corrective Action:

**OTHER SERVICES**

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---|---|---|---|---|---|
| Expendables | Expendables | 1 | EA | $253.17 | $253.17 |
| | | | | OTHER SERVICES | $253.17 |
| | | 0.0 | | Regular Labor | $0.00 |
| | | 0.0 | | Overtime Labor | $0.00 |
| | | | | Squawk Total | $253.17 |

## Page 2 of 17 (top-right)

Squawk#: 1

| | | | | | |
|---|---|---|---|---|---|
| Date: | 12/21/20.. | 'T Time: | 0 | Landings: | 0 |

Description: NO.1 AN.....XYGEN BOTTLES DUE HYDROSTATIC TESTING.

Corrective Action: REMOVEL....GEN BOTTLE P/N 89518015 S/N 28212NV REGULATOR P/N 803213-05 S/N 1879. COMPLETED CMP 350121 OXYGEN(NO.1) HYDROSTATIC TEST. REINSTALLED OXYGEN BOTTLE P/N 89518015 S/N 28213243 IAW CMP 350101 OXYGEN CYLINDER NO.1 REMOVAL/INSTALLATION. NO.1 REGULATOR/SOV P/N: 803213-05 S/N 1879 INSTALLED IAW CMP 350110 REG/SOV OXY CYLINDER NO.1 REMOVED NO.2 OXYGEN BOTTLE P/N 89518015 S/N 28213481 AND NO.2, REGULATOR/SOV P/N 803213-05 S/N 746. COMPLETED CMP 350122 OXYGEN BOTTLE (NO.2) HYDROSTATIC TEST. REINSTALLED OXYGEN BOTTLE P/N 89518015 S/N 2803451 IAW CMP CODE 350102 OXYGEN CYLINDER NO.2 REMOVAL INSTALLATION REGULATOR SOV P/N 803213-05 S/N 746 INSTALLED IAW CMP 350111 REG/SOV OXY CYLINDER NO.2.

**OTHER SERVICES**

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---|---|---|---|---|---|
| ShopChgFer | OXY CYL HST (2) | 1 | EA | $817.14 | $817.14 |
| | | | | OTHER SERVICES | $817.14 |

**SHOP LABOR**

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---|---|---|---|---|---|
| tShopLaborTurbine | SHOP LABOR OVT RATE | 7.4 | HR | $145.50 | $1,076.70 |
| mShopLaborTurbine | Shop Labor Turbine Rate | 6.3 | HR | $97.00 | $611.10 |
| | | | | SHOP LABOR | $1,687.80 |
| | | 6.3 | | Regular Labor | $611.10 |
| | | 7.4 | | Overtime Labor | $1,076.70 |
| | | | | Squawk Total | $2,504.94 |

Squawk#: 2

| | | | | | |
|---|---|---|---|---|---|
| Date: | 12/21/2012 | Total Time: | 8540.6 | Landings: | 4307 |

Description: NO.3 AND NO.4 OXYGEN BOTTLES DUE HYDROSTATIC TEST.

Corrective Action: REMOVED NO.3 OXYGEN BOTTLE P/N 89518050 S/N 27913228 AND REGULATOR P/N 803213-5 S/N 2262. COMPLIED WITH CMP 350123 OXYGEN BOTTLE (NO.3) HYDROSTATIC TEST. REINSTALLED NO.3 OXYGEN BOTTLE P/N 89518050 S/N 27913228 IAW CMP 350103 OXYGEN CYLINDER NO.3 REMOVAL INSTALLATION. REGULATOR/SOV P/N 80321305 S/N 2262 INSTALLED IAW CMP 350112 REG/SOV, OXY CYLINDER NO.3 .REMOVED NO.4 OXYGEN BOTTLE P/N 895 18050 S/N 27912387 AND REGSOV P/N 803213-05 S/N 2112. COMPLIED WITH CMP 350124 OXYGEN BOTLE (NO.4) HYDROSTATIC TEST. REINSTALLED OXYGEN BOTTLE P/N 89518050 S/N 27912387 IAW CMP 350104 OXYGEN CYLINDER (NO.4) REMOVAL INSTALLATION. REGULATOR/SOV P/N 80321305 S/N 2112 INSTALLED IAW CMP 350113 REG/SOV OXY CYLINDER NO.4.

## Page 3 of 17 (bottom-left)

**OTHER SERVICES**

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---|---|---|---|---|---|
| ShopChgFer | OXY CYL HST (2) | 1 | EA | $817.14 | $817.14 |
| ShopChgFer | TRANSPORT CYLINDERS | 1 | EA | $47.37 | $47.37 |
| | | | | OTHER SERVICES | $864.51 |

**SHOP LABOR**

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---|---|---|---|---|---|
| tShopLaborTurbine | SHOP LABOR OVT RATE | 3.7 | HR | -$145.50 | $538.35 |
| mShopLaborTurbine | Shop Labor Turbine Rate | 5.8 | HR | $97.00 | $562.60 |
| | | | | SHOP LABOR | $1,100.95 |
| | | 5.8 | | Regular Labor | $562.60 |
| | | 3.7 | | Overtime Labor | $538.35 |
| | | | | Squawk Total | $1,965.46 |

Squawk #: 3

| | | | | | |
|---|---|---|---|---|---|
| Date: | 12/21/2012 | Total Time: | 8540.6 | Landings: | 4307 |

Description: COMPLY WITH CMP 541019 AND 541020 LEFT AND RIGHT PYLON INTERNAL INSPECTION.

Corrective Action: COMPLIED WITH CMP 541019 AND 541020 LEFT AND RIGHT PYLON INTERIOR INSPECTION.

**SHOP LABOR**

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---|---|---|---|---|---|
| mShopLaborTurbine | Shop Labor Turbine Rate | 22.6 | HR | $97.00 | $2,192.20 |
| | | | | SHOP LABOR | $2,192.20 |
| | | 22.6 | | Regular Labor | $2,192.20 |
| | | 0.0 | | Overtime Labor | $0.00 |
| | | | | Squawk Total | $2,192.20 |

Squawk #: 4

| | | | | | |
|---|---|---|---|---|---|
| Date: | 12/21/2012 | Total Time: | 8540.6 | Landings: | 4307 |

Description: CMW POST FLIGHT INSPECTION.

Corrective Action: CMW A POST FLIGHT INSPECTION IAW RICHMOR AVIATION'S GIV POST FLIGHT INSPECTION CHECKLIST.

## Page 4 of 17 (bottom-right)

**SHOP LABOR**

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---|---|---|---|---|---|
| mShopLaborTurbine | Shop Labor Turbine Rate | 3.2 | HR | $97.00 | $310.40 |
| | | | | SHOP LABOR | $310.40 |
| | | 3.2 | | Regular Labor | $310.40 |
| | | 0.0 | | Overtime Labor | $0.00 |
| | | | | Squawk Total | $310.40 |

Squawk #: 5

| | | | | | |
|---|---|---|---|---|---|
| Date: | 12/21/2012 | Total Time: | 8540.6 | Landings: | 4307 |

Description: CMW LH AND RH ENGINE TEMPERATURE CONTROL SYSTEM F/T CMP 732047 AND 732048.

Corrective Action: CMW LH AND RH ENGINE TEMPERATURE CONTROL SYSTEM F/T CMP 732047 AND 732048.

**SHOP LABOR**

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---|---|---|---|---|---|
| mShopLaborTurbine | Shop Labor Turbine Rate | 4.2 | HR | $97.00 | $407.40 |
| | | | | SHOP LABOR | $407.40 |
| | | 4.2 | | Regular Labor | $407.40 |
| | | 0.0 | | Overtime Labor | $0.00 |
| | | | | Squawk Total | $407.40 |

Squawk #: 6

| | | | | | |
|---|---|---|---|---|---|
| Date: | 12/21/2012 | Total Time: | 8540.6 | Landings: | 4307 |

Description: CMW CMP 052116-SPECIAL INSPECTION 'A'.

Corrective Action: CMW CMP 052116-SPECIAL INSPECTION 'A'.

**SHOP LABOR**

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---|---|---|---|---|---|
| mShopLaborTurbine | Shop Labor Turbine Rate | 2.1 | HR | $97.00 | $203.70 |
| | | | | SHOP LABOR | $203.70 |
| | | 2.1 | | Regular Labor | $203.70 |
| | | 0.0 | | Overtime Labor | $0.00 |
| | | | | Squawk Total | $203.70 |

**Squawk #:   7**

Date:   12/21/2012   Total Time:   8540.6   Landings:
Description:   COMPLY WITH CMP 276065 TAKE OFF ALARM SYSTEM-FUNCTIONAL TEST.
Corrective Action:   COMPLIED WITH CMP 276065 TAKE OFF ALARM SYSTEM-FUNCTIONAL TEST.

**SHOP LABOR**

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---|---|---|---|---|---|
| mShopLaborTurbine | Shop Labor Turbine Rate | 2.1 | HR | $97.00 | $203.70 |
| | | | | SHOP LABOR | $203.70 |
| | | 2.1 | | Regular Labor | $203.70 |
| | | 0.0 | | Overtime Labor | $0.00 |
| | | | | Squawk Total | $203.70 |

**Squawk #:   8**

Date:   12/21/2012   Total Time:   8540.6   Landings:   4307
Description:   C/W CMP 654007-RUDDER EXTERNAL INSPECTION.
Corrective Action:   INSPECTED RUDDER EXTERNAL IAW CMP 654007.

**SHOP LABOR**

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---|---|---|---|---|---|
| mShopLaborTurbine | Shop Labor Turbine Rate | 1.1 | HR | $97.00 | $106.70 |
| | | | | SHOP LABOR | $106.70 |
| | | 1.1 | | Regular Labor | $106.70 |
| | | 0.0 | | Overtime Labor | $0.00 |
| | | | | Squawk Total | $106.70 |

**Squawk #:   9**

Date:   12/21/2012   Total Time:   8540.6   Landings:   4307
Description:   ALL TIRE PRESSURES LOW.
Corrective Action:   SERVICED TIRES TO OPERATING PRESSURE WITH NITROGEN IAW CHAPTER 32-40-00 OF GIV MAINTENANCE MANUAL.

**SHOP LABOR**

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---|---|---|---|---|---|
| mShopLaborTurbine | Shop Labor Turbine Rate | 0.6 | HR | $97.00 | $58.20 |
| | | | | SHOP LABOR | $58.20 |
| | | 0.6 | | Regular Labor | $58.20 |
| | | 0.0 | | Overtime Labor | $0.00 |
| | | | | Squawk Total | $58.20 |

**Squawk #:   10**

Date:   12/21/2012   Time:   8540.6   Landings:   4307
Description:   VARIOUS ... T LIGHTS INOP.
Corrective Action:   INSTALLE... .V BULBS P/N GE327, GE337 AND GE6031 IN VARIOUS COCKPIT LIGHTS IAW CHAPTER 33 OF GIV MAINTENANCE MANUAL. OPS CHECKED GOOD.

**SHOP PARTS**

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---|---|---|---|---|---|
| GE6839 | LAMP (CM6839) | 8 | EA | $0.60 | $4.80 |
| GE387 | LAMP | 2 | EA | $0.91 | $1.82 |
| GE327 | LAMP | 3 | EA | $0.27 | $0.81 |
| | | | | SHOP PARTS | $7.43 |

**SHOP LABOR**

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---|---|---|---|---|---|
| mShopLaborTurbine | Shop Labor Turbine Rate | 0.6 | HR | $97.00 | $58.20 |
| | | | | SHOP LABOR | $58.20 |
| | | 0.6 | | Regular Labor | $58.20 |
| | | 0.0 | | Overtime Labor | $0.00 |
| | | | | Squawk Total | $65.63 |

**Squawk #:   11**

Date:   12/21/2012   Total Time:   8540.6   Landings:   4307
Description:   APU OIL LEVEL LOW.
Corrective Action:   SERVICED APU OIL WITH BP2380 TURBINE OIL IAW CHAPTER 49-20-00 OF HONEYWELL GTCP36-100 MAINT MANUAL.

**SHOP PARTS**

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---|---|---|---|---|---|
| TURBO 2380 OIL | OIL | 1 | EA | $19.69 | $19.69 |
| | | | | SHOP PARTS | $19.69 |

**SHOP LABOR**

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---|---|---|---|---|---|
| mShopLaborTurbine | Shop Labor Turbine Rate | 0.6 | HR | $97.00 | $58.20 |
| | | | | SHOP LABOR | $58.20 |
| | | 0.6 | | Regular Labor | $58.20 |
| | | 0.0 | | Overtime Labor | $0.00 |
| | | | | Squawk Total | $77.89 |

**Squawk #:   12**

Date:   12/26/2012   Total Time:   8540.6   Landings:   4307
Description:   LEFT SIDE CONSOLE FLOOD LIGHT INOP.
Corrective Action:   INSTALLED REPAIRED CONSOLE LIGHT ASSEMBLY P/N 10-8111-503 SER# 603 IN LEFT SIDE CONSOLE IAW CHAPTER 33-02-00 OF GIV MAINTENANCE MANUAL, SER# 485 REMOVED. THIS C/W CMP 331033. OPS CHECK GOOD.

**OTHER SERVICES**

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---|---|---|---|---|---|
| ShopFreight | FLOOD LIGHT | 1 | EA | $91.39 | $91.39 |
| | | | | OTHER SERVICES | $91.39 |

**SHOP PARTS**

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---|---|---|---|---|---|
| 10-8111-503 | LAMP ASSY | 1 | EA | $697.14 | $697.14 |
| | | | | SHOP PARTS | $697.14 |

**SHOP LABOR**

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---|---|---|---|---|---|
| mShopLaborTurbine | Shop Labor Turbine Rate | 1.1 | HR | $97.00 | $106.70 |
| | | | | SHOP LABOR | $106.70 |
| | | 1.1 | | Regular Labor | $106.70 |
| | | 0.0 | | Overtime Labor | $0.00 |
| | | | | Squawk Total | $895.23 |

**Squawk #:   13**

Date:   12/28/2012   Total Time:   0   Landings:   0
Description:   CHECK OPERATIONS OF PERFORMANCE COMPUTERS.
Corrective Action:   CHECKED #1 AND #2 PERFORMANCE COMPUTERS FOR PROPER OPERATIONS IAW GIV AMM 22-00-00, NO DISCREPANCIES NOTED.

**SHOP LABOR**

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---|---|---|---|---|---|
| Avionics | SHOP LABOR RATE | 5 | HR | $103.00 | $515.00 |
| | | | | SHOP LABOR | $515.00 |
| | | 0.0 | | Regular Labor | $0.00 |
| | | 0.0 | | Overtime Labor | $0.00 |
| | | | | Squawk Total | $515.00 |

**Squawk #:   14**

Date:   12/28/2012   Total Time:   8540.6   Landings:   4307
Description:   C/W PRE-DISPATCH CHECK.
Corrective Action:   C/W MAINTENANCE PRE-DISPATCH CHECK IAW PRE-DISPATCH CHECK GUIDE.

**SHOP LABOR**

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---|---|---|---|---|---|
| mShopLaborTurbine | Shop Labor Turbine Rate | 0.6 | HR | $97.00 | $58.20 |
| | | | | SHOP LABOR | $58.20 |
| | | 0.6 | | Regular Labor | $58.20 |
| | | 0.0 | | Overtime Labor | $0.00 |
| | | | | Squawk Total | $58.20 |

**Squawk #:   15**

Date:   12/28/2012   Total Time:   8540.6   Landings:   4307
Description:   DISPATCH AIRCRAFT.
Corrective Action:   ASSISTED PILOTS AND DISPATCHED AIRCRAFT.

**SHOP LABOR**

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---|---|---|---|---|---|
| mShopLaborTurbine | Shop Labor Turbine Rate | 1.1 | HR | $97.00 | $106.70 |
| | | | | SHOP LABOR | $106.70 |
| | | 1.1 | | Regular Labor | $106.70 |
| | | 0.0 | | Overtime Labor | $0.00 |
| | | | | Squawk Total | $106.70 |

**Squawk #:   16**

Date:   1/3/2013   Total Time:   8547.2   Landings:   4311
Description:   RUDDER STEERING OFF LIGHT INOP.
Corrective Action:   REPAIRED WIRING AT NOSE STEERING SELECT CONTROL PANEL IAW GIV WIRING DIAGRAM MANUAL CHAPTER 20 AND 32-50-00, REPLACED DEFECTIVE LAMPS P/N GE3335 AND W3769 WITH NEW AS NECESSARY IAW A/C STANDARD PRACTICES, PERFORMED FUNCTIONAL TEST OF THE NOSE WHEEL STEERING SYSTEM IAW GIV AMM 32-05-00.

**SHOP PARTS**

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---|---|---|---|---|---|
| W17049 | LAMP | 1 | EA | $19.13 | $19.13 |
| OL3335 | LAMP | 4 | EA | $3.06 | $12.24 |
| | | | | SHOP PARTS | $31.37 |

**SHOP LABOR**

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---|---|---|---|---|---|
| Avionics | SHOP LABOR RATE | 3.6 | HR. | $103.00 | $370.80 |
| | | | | SHOP LABOR | $370.80 |
| | | 0.0 | | Regular Labor | $0.00 |
| | | 0.0 | | Overtime Labor | $0.00 |
| | | | | Squawk Total | $402.17 |

**Squawk #:** 17
**Date:** 1/3/2013   **Total Time:** 8547.2   **Landings:** 4311
**Description:** CAW CMP# 314007,314008. FWC NO.1, 2 TREND AND LIMIT MONITORING DATA DOWNLOAD.
**Corrective Action:** COMPLIED WITH CMP# 314007 AND 314008, FWC NO.1,2 TREND AND LIMIT MONITORING-DATA DOWNLOAD. DATA FORWARDED TO INSPECTION DEPT FOR ANALYSIS.

**SHOP LABOR**

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---|---|---|---|---|---|
| Avionics | SHOP LABOR RATE | 1.1 | HR | $103.00 | $113.30 |
| | | | | SHOP LABOR | $113.30 |
| | | 0.0 | | Regular Labor | $0.00 |
| | | 0.0 | | Overtime Labor | $0.00 |
| | | | | Squawk Total | $113.30 |

**Squawk #:** 18
**Date:** 1/3/2013   **Total Time:** 8547.2   **Landings:** 4311
**Description:** UPDATE #1,#2 AND #3 FMS DATABASES.
**Corrective Action:** UPDATED FMS NAV DATABASES ON #1,#2 AND #3 FMS IAW CMP # 346019-FMS NO.1 NDB UPDATE, 346020- FMS NO.2 NDB UPDATE AND 346021 FMS NO.3 NDB UPDATE. ALL SYSTEMS CHECK GOOD. DATABASE EXPIRES 2/6/13.

---

**SHOP LABOR**

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---|---|---|---|---|---|
| Avionics | SHOP LABOR RATE | 1.1 | HR | $103.00 | $113.30 |
| | | | | SHOP LABOR | $113.30 |
| | | 0.0 | | Regular Labor | $0.00 |
| | | 0.0 | | Overtime Labor | $0.00 |
| | | | | Squawk Total | $113.30 |

**Squawk #:** 19
**Date:** 1/3/2013   **Total Time:** 8547.2   **Landings:** 4311
**Description:** DATA LOADED LEFT USB PORT INOP.
**Corrective Action:** REMOVED DATA LOADER P/N G7226-01 S/N 832, INSTALLED MODIFIED DATA LOADER DL-950 G7226-02, S/N 1526 IAW CMP# 346040. FMS DATA LOADER-REMOVAL/INSTALLATION SEE NR# 18 FOR OPERATIONAL CHECK OUT (CMP CODE 346019-FMS NO.1 NDB UPDATED).

**SHOP LABOR**

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---|---|---|---|---|---|
| Avionics | SHOP LABOR RATE | 2.1 | HR | $103.00 | $216.30 |
| | | | | SHOP LABOR | $216.30 |
| | | 0.0 | | Regular Labor | $0.00 |
| | | 0.0 | | Overtime Labor | $0.00 |
| | | | | Squawk Total | $216.30 |

**Squawk #:** 20
**Date:** 1/4/2013   **Total Time:** 8547.2   **Landings:** 4311
**Description:** #1 FWC FAILS ON BUS TRANSFER.
**Corrective Action:** TROUBLESHOT TO DEFECTIVE #1 FWC. REMOVED #1 FWC FC-490 P/N 7007494- 906 S/N 85100308 IAW CMP # 314005 FAULT WARNING COMPUTER NO.1 REMOVAL/INSTALLATION. INSTALLED ORIGINAL CHECKLIST MODULE P/N 1159AV201-6, S/N 91050051 IN #1 FWC IAW CMP #314001-FAULT WARNING COMPUTER NO.1 ELECTRONIC CHECKLIST MODULE-REMOVED/INSTALLATION. VERIFIED #1 FWD TCM DATA ERASED. SYSTEM CHECKS GOOD.

**SHOP LABOR**

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---|---|---|---|---|---|
| Avionics | SHOP LABOR RATE | 5.8 | HR | $103.00 | $597.40 |
| | | | | SHOP LABOR | $597.40 |
| | | 0.0 | | Regular Labor | $0.00 |
| | | 0.0 | | Overtime Labor | $0.00 |
| | | | | Squawk Total | $597.40 |

---

**Squawk #:** 21
**Date:** 1/4/2013   **Total Time:** 8547.2   **Landings:** 4311
**Description:** DISPLAY CONTROLLER #1 LINE SELECT KEY L3 BROKEN.
**Corrective Action:** REMOVED #1 DC-884 DISPLAY CONTROLLER P/N 7007540-946- S/N 86100133 INSTALLED REPAIRED #1 DC884 DISPLAY CONTROLLER PN 7007540-946 S/N 87110234 IAW CMP # 316001-DISPLAY CONTROLLER NO.1 REMOVAL/INSTALLATION. SYSTEM CHECKS GOOD.

**SHOP LABOR**

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---|---|---|---|---|---|
| Avionics | SHOP LABOR RATE | 2.1 | HR | $103.00 | $216.30 |
| | | | | SHOP LABOR | $216.30 |
| | | 0.0 | | Regular Labor | $0.00 |
| | | 0.0 | | Overtime Labor | $0.00 |
| | | | | Squawk Total | $216.30 |

**Squawk #:** 22
**Date:** 1/4/2013   **Total Time:** 8547.2   **Landings:** 4311
**Description:** #1 VHF-422D CAME BACK FROM REPAIR.
**Corrective Action:** REMOVED LOANER #1 VHF-422D P/N 822-1116-001 S/N 3303, INSTALLED TESTED VHF-422D P/N 822-1116-001, S/N 493 IAW CMP #231005. SYSTEM CHECKS GOOD IAW CMP #231001S- VHF COMMUNICATION SYSTEM-OPERATIONAL CHECK.

**OTHER SERVICES**

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---|---|---|---|---|---|
| ShopChgFor | VHF-422D REPAIRED | 1 | EA | $406.23 | $406.23 |
| ShopFreight | VHF-422D | 1 | EA | $63.12 | $63.12 |
| | | | | OTHER SERVICES | $469.35 |

**SHOP LABOR**

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---|---|---|---|---|---|
| Avionics | SHOP LABOR RATE | 1.1 | HR | $103.00 | $113.30 |
| | | | | SHOP LABOR | $113.30 |
| | | 0.0 | | Regular Labor | $0.00 |
| | | 0.0 | | Overtime Labor | $0.00 |
| | | | | Squawk Total | $592.65 |

---

**Squawk #:** 23
**Date:** 1/8/2013   **Total Time:** 8547.2   **Landings:** 4311
**Description:** #1 TRANSPONDER INTERMITTENT.
**Corrective Action:** TESTED TRANSPONDER SYSTEM COULD NOT DUPLICATE DISCREPANCY, SWAPPED #1 AND #2 TRANSPONDER FOR TROUBLESHOOTING. INSTALLED #1 TRANSPONDER P/N 622-2210-207 S/N 4213 IAW CMP #345308, INSTALLED #2 TRANSPONDER P/N 622-2210-207 S/N 1371 IAW CMP #345308. #1 AND #2 ATC FUNCTIONAL TEST/INSPECTION (FAR 91.413 ) PERFORMED IAW CMP # 345311,345312 AND FAR 43 APPENDIX.

**SHOP LABOR**

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---|---|---|---|---|---|
| Avionics | SHOP LABOR RATE | 4.2 | HR | $103.00 | $432.60 |
| | | | | SHOP LABOR | $432.60 |
| | | 0.0 | | Regular Labor | $0.00 |
| | | 0.0 | | Overtime Labor | $0.00 |
| | | | | Squawk Total | $432.60 |

**Squawk #:** 24
**Date:** 1/8/2013   **Total Time:** 8547.2   **Landings:** 4311
**Description:** CAW POST FLIGHT INSPECTION.
**Corrective Action:** CAW POST FLIGHT INSPECTION IAW RICHMOR AVIATION GIV POST FLIGHT INSPECTION CHECKLIST.

**SHOP LABOR**

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---|---|---|---|---|---|
| mShopLaborTurbine | Shop Labor Turbine Rate | 3.2 | HR | $97.00 | $310.40 |
| | | | | SHOP LABOR | $310.40 |
| | | 3.2 | | Regular Labor | $310.40 |
| | | 0.0 | | Overtime Labor | $0.00 |
| | | | | Squawk Total | $310.40 |

**Squawk #:** 25
**Date:** 1/8/2013   **Total Time:** 8547.2   **Landings:** 4311
**Description:** LEADING EDGE SEALANT MISSING FROM LEFT AND RIGHT WING.
**Corrective Action:** RESEALED LEFT AND RIGHT WING LEADING EDGES WHERE REQUIRED IAW CHAPTER 57-10-00 OF GIV MAINT MANUAL.

**SHOP PARTS**

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---|---|---|---|---|---|
| PR144QB1/2-6 | SEALANT KIT 6 OUNCE | 1 | EA | 8.27 | $38.27 |
| | | | | SHOP PARTS | $38.27 |

**SHOP LABOR**

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---|---|---|---|---|---|
| mShopLaborTurbine | Shop Labor Turbine Rate | 0.6 | HR | $97.00 | $58.20 |
| | | | | SHOP LABOR | $58.20 |
| | | 0.6 | | Regular Labor | $58.20 |
| | | 0.0 | | Overtime Labor | $0.00 |
| | | | | Squawk Total | $96.47 |

---

**Squawk #:** 26
**Date:** 1/9/2013   **Total Time:** 8547.2   **Landings:** 4311
**Description:** BOTH GALLEY DOME LIGHT INOP.
**Corrective Action:** INSTALLED NEW BULB P/N: 1309 IN BOTH GALLEY DOME LIGHTS USING STANDARD MAINTENANCE PRACTICES, OPS CHECKED GOOD.

**SHOP PARTS**

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---|---|---|---|---|---|
| GE1309 | LAMP | 2 | EA | $1.70 | $3.40 |
| | | | | SHOP PARTS | $3.40 |

**SHOP LABOR**

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---|---|---|---|---|---|
| mShopLaborTurbine | Shop Labor Turbine Rate | 0.6 | HR | $97.00 | $58.20 |
| | | | | SHOP LABOR | $58.20 |
| | | 0.6 | | Regular Labor | $58.20 |
| | | 0.0 | | Overtime Labor | $0.00 |
| | | | | Squawk Total | $61.60 |

---

**Squawk #:** 27
**Date:** 1/9/2013   **Total Time:** 8547.2   **Landings:** 4311
**Description:** VARIOUS COCKPIT ANNUNCIATOR LIGHTS INOP.
**Corrective Action:** INSTALLED NEW BULBS P/N GE5335 IN VARIOUS COCKPIT ANNUNCIATOR LIGHTS USING STANDARD MAINT. PRACTICES, OPS CHECKED GOOD.

---

**SHOP PARTS**

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---|---|---|---|---|---|
| OL3335 | LAMP | 8 | EA | $3.06 | $24.48 |
| | | | | SHOP PARTS | $24.48 |

**SHOP LABOR**

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---|---|---|---|---|---|
| mShopLaborTurbine | Shop Labor Turbine Rate | 0.6 | HR | $97.00 | $58.20 |
| | | | | SHOP LABOR | $58.20 |
| | | 0.6 | | Regular Labor | $58.20 |
| | | 0.0 | | Overtime Labor | $0.00 |
| | | | | Squawk Total | $82.68 |

---

**Squawk #:** 28
**Date:** 1/9/2013   **Total Time:** 8547.2   **Landings:** 4311
**Description:** ALL TIRE PRESSURES LOW.
**Corrective Action:** SERVICED TIRES TO CORRECT PRESSURES IAW CHAPTER 32-40-00 OF GIV MAINT. MANUAL.

**SHOP LABOR**

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---|---|---|---|---|---|
| mShopLaborTurbine | Shop Labor Turbine Rate | 0.6 | HR | $97.00 | $58.20 |
| | | | | SHOP LABOR | $58.20 |
| | | 0.6 | | Regular Labor | $58.20 |
| | | 0.0 | | Overtime Labor | $0.00 |
| | | | | Squawk Total | $58.20 |

---

**Squawk #:** 29
**Date:** 1/9/2013   **Total Time:** 8547.2   **Landings:** 4311
**Description:** CLEAN AND LUBRICATE FLAP TRACKS.
**Corrective Action:** CLEANED AND LUBRICATED FLAP TRACKS IAW PROCEDURE 57.2 OF GULFSTREAM REWORK MANUAL.

**SHOP LABOR**

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---|---|---|---|---|---|
| mShopLaborTurbine | Shop Labor Turbine Rate | 2.1 | HR | $97.00 | $203.70 |
| | | | | SHOP LABOR | $203.70 |
| | | 2.1 | | Regular Labor | $203.70 |
| | | 0.0 | | Overtime Labor | $0.00 |
| | | | | Squawk Total | $203.70 |

---

**Squawk #:** 30
**Date:** 1/10/2013   **Total Time:** 8547.2   **Landings:** 4311
**Description:** #1 TIRE WORN.
**Corrective Action:** REMOVED # 1 MAIN WHEEL ASSEMBLY SER #RS014 AND INSTALLED SPARE MAIN WHEEL ASSEMBLY SER #VZ093 AFTER OVERHAUL BY FLIGHTPATH SERVICES UNDER WORK ORDER 133114, IAW CMP 324250, ALSO CAW CMP 324225 MAIN GEAR WHEEL (LEFT OUTBD #1) NDT INSPECTION, 324255-MAIN TIRE (LEFT OUTBD #1) INSPECTION, 324220-MAIN GEAR WHEEL BREAKDOWN/ BUILD UP PROCEDURE, 324220-MAIN GEAR WHEEL BEARINGS (LEFT OUTBD #1) INSPECTION/PACK AND 324216 WHEEL BRAKE ASSEMBLY (LEFT OUTBD) #1 INSPECTION.

**OTHER SERVICES**

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---|---|---|---|---|---|
| ShopChgFor | MLG WHEEL | 1 | EA | $1,389.26 | $1,389.26 |
| | | | | OTHER SERVICES | $1,389.26 |

**SHOP PARTS**

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---|---|---|---|---|---|
| 349K82-3,20733163 | TIRE | 1 | EA | $1,892.44 | $1,892.44 |
| | | | | SHOP PARTS | $1,892.44 |

**SHOP LABOR**

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---|---|---|---|---|---|
| mShopLaborTurbine | Shop Labor Turbine Rate | 4.2 | HR | $97.00 | $407.40 |
| | | | | SHOP LABOR | $407.40 |
| | | 4.2 | | Regular Labor | $407.40 |
| | | 0.0 | | Overtime Labor | $0.00 |
| | | | | Squawk Total | $3,689.10 |

---

**Squawk #:** 31
**Date:** 1/16/2013   **Total Time:** 8547.2   **Landings:** 4311
**Description:** BREAKDOWN SPARE MAIN WHEEL SER #RS014.
**Corrective Action:** TRANSFERRED TO NEW WORK ORDER S4916-NON ROUTINE #1.

**SHOP LABOR**

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---|---|---|---|---|---|
| mShopLaborTurbine | Shop Labor Turbine Rate | 0.6 | HR | $97.00 | $58.20 |
| | | | | SHOP LABOR | $58.20 |
| | | 0.6 | | Regular Labor | $58.20 |
| | | 0.0 | | Overtime Labor | $0.00 |
| | | | | Squawk Total | $58.20 |

---

**Squawk #:** 32
**Date:** 1/23/2012   **Total Time:** 0   **Landings:** 0
**Description:**
**Corrective Action:** INSPECTION DEPARTMENT - RESPONSIBLE FOR THE IMPLEMENTATION OF THE CONTINUING ANALYSIS AND SURVEILLANCE PROGRAM PER THE REQUIREMENTS OF THE RICHMOR GENERAL MAINTENANCE MANUAL. MONITORED PARS AND INITIATED OR IMPLEMENTED CHANGES AS NECESSARY. GW MULTIPLE PERIODIC REVIEWS OF THE LATEST FAA AIRWORTHINESS DIRECTIVE RELEASES FOR POSSIBLE APPLICABILITY. INITIATED AD CMP TRACKING AS NECESSARY, ALSO RMEEKLY'S, NPRM'S & SAIB'S ARE PERIODICALLY CHECKED, PROCESSED INCOMING MANUFACTURER AND VENDOR SERVICE BULLETINS AND ADVISORY DOCUMENTATION, DISTRIBUTED AND SET TRACKING AS APPLICABLE. AUDITED MAINTENANCE LIBRARY REVISIONS FOR NEWLY ISSUED MAINTENANCE REQUIREMENTS & SB'S. MAINTAINED THE COMPUTERIZED MAINTENANCE TRACKING PROGRAM (NEW REQUIREMENTS, FREQUENCY CHANGES, REPORT DISTRIBUTION, ETC., EXCLUDING MONTHLY WORKCARD UPDATES). MONITORED DUE LIST AND CONTROLLED NEXT DUE ITEMS ON THE FLEET STATUS SHEET..

**SHOP LABOR**

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---|---|---|---|---|---|
| mShopLaborTurbine | Shop Labor Turbine Rate | 21.8 | HR | $97.00 | $2,114.60 |
| | | | | SHOP LABOR | $2,114.60 |
| | | 21.8 | | Regular Labor | $2,114.60 |
| | | 0.0 | | Overtime Labor | $0.00 |
| | | | | Squawk Total | $2,114.60 |

---

**Squawk #:** 33
**Date:** 12/21/2012   **Total Time:** 8540.8   **Landings:** 4107
**Description:**
**Corrective Action:** AUDITED AND ENTERED COMPLETED WORKCARDS INTO THE COMPUTERIZED MAINTENANCE TRACKING PROGRAM FOR THE SCHEDULED AND UNSCHEDULED MAINTENANCE COMPLIED WITH DURING THIS MONTH. AUDITED UPDATES, PERFORMED COMPUTER UPLOAD AND DOWNLOAD AS APPLICABLE, PRINTED NEW DUE LISTS AND DISTRIBUTED TO MAINTENANCE COORDINATORS AS NECESSARY..

**SHOP LABOR**

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---|---|---|---|---|---|
| mShopLaborTurbine | Shop Labor Turbine Rate | 5 | HR | $97.00 | $485.00 |
| | | | | SHOP LABOR | $485.00 |
| | | 5.0 | | Regular Labor | $485.00 |
| | | 0.0 | | Overtime Labor | $0.00 |
| | | | | Squawk Total | $485.00 |

|  |  |
|---|---|
| Sub Total | $19,758.49 |
| Sales Tax | $0.00 |
| Invoice Total | $19,758.49 |

RIC   OR AVIATION EXPENSE REPO

TRIP NUMBER 88257          PAGE 1 OF 1

| AIRCRAFT EXPENSES | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LOCATION | Sua | | BEB | | | | | | | | | | | |
| Fuel Cost | 4913.18 | ½ | 1539.77 | √ | | | | | | | | | | |
| Fuel Quantity | 1050 | | 285 | | | | | | | | | | | |
| Lndg/Pkg/GPU | | | | | | | | | | | | | | |
| Hangar | | | | | | | | | | | | | | |
| Maintenance | | | | | | | | | | | | | | |
| Catering | | | | | | | | | | | | | | |
| A/C Supplies | 80⁴⁷ | ½ | Need Receipt | | | | | | | | | | | |
| News/Mags | | | | | | | | | | | | | | |

PAUL W JAMES
12/19/2012   RICHMOR AVIATION
PUBLIX #1093 0000010 STUART FL REF# 1093003 8636881188         $80.47
12/19/12
0113 6800729

*misc a/c supplies for N2275 $80.47*



**Rolls-Royce**

Royce plc
_ox 31
Derby DE24 8BJ
UNITED KINGDOM

Registered Office: 65 Buckingham Gate London, SW1E 6AT
Company Number : 1003142 Registered in England
VAT Reg No: GB345886022

'OICE NUMBER

1820072767

TAX POINT DATE

13 Dec 2012

CUSTOMER ORDER NUMBER

*1-4-13 IN Vickie's Office*
*By SAL*
*1-4-13 to AP to Pay*

RICHMOR AVIATION
ROUTE 9H
1142 COLUMBIA COUNTY AIRPORT
HUDSON NY 12534
USA

| DESCRIPTION | GOODS VALUE |
|---|---|
| THIS INVOICE IS IN RESPECT OF THE REVISION SERVICE FOR THE GULFSTREAM GIV AIRCRAFT FOR THE TAY MAINTENANCE & SERVICE BULLETINS ON AEROMANAGER ONLY AIRCRAFT SERIAL NO GIV 1172 & 1464 THIS SUBSCRIPTION IS FROM 31 JAN 2013 TO 31 JAN 2014 PLEASE USE THE INVOICE NUMBER AS THE PAYMENT REFERENCE TO ENSURE THE PAYMENT IS ALLOCATED TO YOUR ACCOUNT | 10,150.00 |

*OK to pay*
*R.Gohl*
*Split Cost Between*
*N22750 and N119FM*

Alternatively, if your company does
not wish to renew the annual subscription,
please email customerdataservices@rolls-royce.com
and confirm your aircraft serial number, many thanks
PLEASE ENSURE THAT THE INVOICE IS PAID BEFORE THE
SUBSCRIPTION EXPIRY DATE AS WE CANNOT
GUARANTEE DELIVERY OF GOODS OR SERVICES
ON OVERDUE AMOUNTS.

*01136800 7 ─ $5,075⁰⁰ N227SV*
*67 547070    5075.00 N119FM*

| REMITTANCE ADVICE TO BE SENT TO | PAYMENT TO BE SENT TO | | |
|---|---|---|---|
| Rolls-Royce plc<br>Accounts Receivable - EFSC - JH14<br>P O Box 31<br>DERBY<br>DE24 8BJ<br>UNITED KINGDOM | HSBC BANK PLC<br>62-76 Park Street<br>LONDON SE1 9WP<br>SWIFT MIDLGB22<br>SORT CODE 400515<br>ACCOUNT NO 69845623<br>IBAN GB80MIDL40051569845623 | TOTAL EXCLUDING VAT | 10,150.00 |
| | | VAT @ 0.00 % | 0.00 |
| | | TOTAL USD PAYABLE | 10,150.00 |

ENQUIRIES :

PAYMENT DUE DATE 31 Jan 2013

Tel :44(0)1332 333810
Fax :44(0)1332 333328



U.S.Customs and Border Protection
DTOPS Program Administrator
6650 Telecom Drive, Suite 100
Indianapolis, IN 46278

Department of Homeland Security
CBP



**PAID**

Received Date
Nov 01, 2012

RICHMOR AVIATION
1142 ROUTE 9H
HUDSON, NY 12534
UNITED STATES

Account Number: R00108040
Applicant Phone Number: 518 8289461
Applicant Fax Number: 518 8281303
Contact Name: JAMES MARKS
Email: DIRECTOROFOPERATIONS@RICH
MOR.COM

Order Number: 531718

*AIRCRAFT*

| Manufacturer | Model Year | Tall Number | Decal Number | Issue Type | |
|---|---|---|---|---|---|
| GULFSTREAM | 1980 | N85EK | 3514426 | Renew | 01136300730 28.05 |
| | | Decal Effective Date - 01/01/2013, Expiration Date - 12/31/2013 - $27.50 | | | |
| BEECH | 1978 | N888BV – to M. Richards 12/4 | 3514434 | Renew | 43438820 4205 28.00 |
| | | Decal Effective Date - 01/01/2013, Expiration Date - 12/31/2013 - $27.50 | | | |
| GULFSTREAM | 1984 | N888H | 3514427 | Renew | 01138500730 28.05 |
| | | Decal Effective Date - 01/01/2013, Expiration Date - 12/31/2013 - $27.50 | | | |
| BOMBARDIER | 2007 | N1022BV – to M. Richards 12/4 | 3514433 | Renew | 01137700730 28.05 |
| | | Decal Effective Date - 01/01/2013, Expiration Date - 12/31/2013 - $27.50 | | | |
| DASSAULT | 1976 | N824WD – to Sch 12/4 | 3514431 | Renew | 01135200730 28.05 |
| | | Decal Effective Date - 01/01/2013, Expiration Date - 12/31/2013 - $27.50 | | | |
| GULFSTREAM | 2001 | N85M – to Sch 12/4 | 3514429 | Renew | 67471570 2805 |
| | | Decal Effective Date - 01/01/2013, Expiration Date - 12/31/2013 - $27.50 | | | |
| BEECH | 2000 | N8QWD to SCH 12/4 | 3514940 | New | 95471570 28.05 |
| | | Decal Effective Date - 01/01/2013, Expiration Date - 12/31/2013 - $27.50 | | | |
| BOMBARDIER | 1986 | N888F | 3514432 | Renew | 01138400730 28.05 |
| | | Decal Effective Date - 01/01/2013, Expiration Date - 12/31/2013 - $27.50 | | | |
| GULFSTREAM | 1975 | N82BR – Given to A-Mangino 12/4 | 3514428 | Renew | 01138600730 28.05 |
| | | Decal Effective Date - 01/01/2013, Expiration Date - 12/31/2013 - $27.50 | | | |
| EMBRAER | 2011 | N82BH | 3514430 | Renew | 01136100730 28.05 |
| | | Decal Effective Date - 01/01/2013, Expiration Date - 12/31/2013 - $27.50 | | | |
| GULFSTREAM | 1991 | N227SV to SCH 12/4 | 3514425 | Renew | 01136800730 28.05 |
| | | Decal Effective Date - 01/01/2013, Expiration Date - 12/31/2013 - $27.50 | | | |

For Questions: Call 317-298-1245 or send an email to decals@dhs.gov

Total User Fee Amount: $302.50
Shipping Amount: $6.00
Total Amount: $308.50
Payment Type: Credit Card

EXHIBIT "D"



# Richmor Aviation

**Corporate Office**
Columbia County Airport
Box 423
Hudson, NY 12534

518 828 9461
800 331 6101 (outside 518 area)
www.richmor.com

# ASSEMBLY POINT AVIATION

C/O CATHY GILMOUR
48 STONE MEADOW LANE
HANOVER, MA 02339

*mailed out to Cathy Gilmour*

| | | |
|---|---|---|
| Owner Hours: | 2.40 |
| Maintenance Hours | 0.00 |
| Richmor Hour | 0.00 |
| **Total Hour** | **2.40** |

Invoice Date: 06/27/2013
Billing Period: 01/31/2013
Tail Number: N227SV
Invoice #: 1301-068

| | | |
|---|---|---|
| Current Month's Trip Expense | | $253.40 |
| Engine Maintenance Service Plan | HoneyWell/MSP(January) | $506.20 |
| Flight Phone | Satcom/ending Dec.31&Jan.31 | $100.00 |
| Insurance | | ($4,676.00) |
| Jeppesen Renewals | Credit:paper charts/Inv#220182296 | ($1,379.73) |
| Jeppesen Renewals | Credit/paper charts Inv#220181999 | ($42.51) |
| Maintenance | 12/20 – 1/20 | $25,730.01 |
| Miscellaneous Aircraft Supplies | Personalized IPad x2 | ($960.00) |
| Miscellaneous Aircraft Supplies | IPad Kneeboard/Gibson | ($87.00) |
| Miscellaneous Expenses | Rolls-Royce-Revision1/20/13-1/31/14 | ($5,075.00) |
| Richmor Fuel | | $6,196.28 |

**Total Due**   **$20,615.65**

---

06/27/13

Dear Cathy,

Sorry it has taken so long to finalize this last invoice, we
have been waiting for all the applicable credits due you to be sent us.

We're hopeful that we've received all we requested and as
you can see they have been applied to the attached invoice.

If you have any questions, please just give us a call.

Regards,

*Cathy*

Cathy Gallo
cgallo@richmor.com

```
                              0•00   *

                  239•65  +
                6,210•03  +
                6,449•68   *
```

Prior months
(GRAY)
+ Current Months
Trip Exp...

```
                253•40  +
              6,196•28  +
              6,449•68  M+
              6,449•68   *
```

ASSEMBLY POINT AVIATION
C/O CATHY GILMOUR
48 STONE MEADOW LANE
HANOVER, MA 02339

01/25/2013

Trip Number: M96883   Trip Start Date: 08/28/2012 to   Trip End Date: 09/01/2012

Aircraft: N227SV   Hours: 4.8   Miles: 1,597.0   Fuel: 3,209.0

| LEG NR | DATE | DEPARTURE CITY | AIRPORT | ARRIVAL CITY | AIRPORT | HOURS | MILES |
|---|---|---|---|---|---|---|---|
| 1 | 08/28/2012 | OXFORD, at | KOXC | - GLENS FALLS -NY | KGFL | 0.4 | 131 |
| 2 | 08/28/2012 | GLENS FALLS, NY | KGFL | - HYANNIS, MA | KHYA | 0.7 | 203 |
| 3 | 08/28/2012 | HYANNIS, MA | KHYA | - PORTLAND, ME | KPWM | 0.5 | 137 |
| 4 | 08/28/2012 | PORTLAND, ME | KPWM | - HALIFAX, NOVA SCOTIA | CYHZ | 0.9 | 348 |
| 5 | 09/01/2012 | HALIFAX, NOVA SCOTIA | CYHZ | - FOX HARBOUR, NOVA SCOTIA | CFH4 | 0.3 | 68 |
| 6 | 09/01/2012 | FOX HARBOUR, NOVA SCOTIA | CFH4 | - PORTLAND, ME | KPWM | 0.9 | 369 |
| 7 | 09/01/2012 | PORTLAND, ME | KPWM | - HYANNIS, MA | KHYA | 0.5 | 137 |
| 8 | 09/01/2012 | HYANNIS, MA | KHYA | - SCHENECTADY, NY | KSCH | 0.6 | 204 |

Passengers:   MR. PHILIP H. MORSE, (Legs 2,3,4 & 6) 3.0 Hrs.   SUSAN K. MORSE, (Legs: 4 & 6) 1.8 Hrs.
ROBERT G. ORR,   MARGARET L. ORR, (Legs: 3,4,   6,7 ) 2.8 Hrs.
RONALD M. BLANCHARD,   PENNY E. BLANCHARD, (Legs: 3,4 , 6,7 ) 2.8 Hrs.
DAVID V. HARKINS, SHERYLL J. HARKINS, (Legs: 3,4 , 6,7 ) 2.8 Hrs.

| LandingFees | |
|---|---|
| Landing Fee/Halifax 8/28/2012 | $239.65 |
| Total: | $239.65 |

| | |
|---|---|
| SUBTOTAL: | $239.65 |
| FEDERAL EXCISE TAX: | $0.00 |
| GRAND TOTAL: | $239.65 |

Notes:   NOVA SCOTIA
PRIOR MONTH- Additional expense of $239.65 for Landing Fee-Halifax 8/28/12
Highlighted above.

M96883   Page 1 of 1

---

# INVOICE

HALIFAX
STANFIELD
INTERNATIONAL
AIRPORT

JAN 1 4 2019

BY: _____
1 Bell Blvd , Enfield, NS B2T 1K2
Phone: 902-873-1252   Fax: 902-873-1258

1-14-13
TO AP
TO PAY +
ADVISE USD
Page 1 of 1gg

Richmor Aviation Inc.
Attn.: Vickie Wilder
PO Box 423
Hudson, NY 12534-0423
USA

Customer #:   H00782
Invoice #:   YHZA00033450
Invoice date:   January 07, 2013

1-25-10
JVS
pm

## Aeronautical Fee Summary

| Fee Description & Abbreviation | | No. of Movements | Amount |
|---|---|---|---|
| Landing Fee-International | (LFI) | 1 | $201.28 |
| | | Subtotal | $? |
| | Harmonized Sales Tax 894 900 934 | | $. |

## Aircraft Movement Fee Details   (m) T#96883 -   8/28 - 9-1-2012

| 2012-08-28/17:03/RDQ172/ULF40XPWM | LFI 201.28 |
|---|---|

USD

012/23/2013   JAMES VALACHOVIC   $239.65
RICHMOR AVIATION AP
HALIFAX INTL AIRPORT ENFIELD REF# 0123653 GOVERNMENT
SERV# 0123/13

US⁰   $239 65

| Please Pay This Amount (CDN Funds) | $231.47 |
|---|---|

Invoice Terms: Net 30 Days

Make Remittance Payable to Halifax International Airport Authority

Note: Collection Fees Apply to Outstanding Amounts and Interest will be Charged on Overdue Accounts
TO WIRE PAYMENTS: Canadian Imperial Bank of Commerce, 1809 Barrington St., Halifax, NS, B3J 3A3
RR# 0010, TRANSIT# 00003, ACCOUNT# 4312910 (CDN Funds), SWIFT Code: CIBCCATT

---

M96883   4 Current Month's   Prior Month's (Govt.   Trip expenses

*239.65 +
6,210.03 +
6,449.68 *

.0°
.0 *
*

01/31/2013

**ASSEMBLY POINT AVIATION**
C/O CATHY GILMOUR
48 STONE MEADOW LANE
HANOVER, MA 02339

Trip Number: M99713    Trip Start Date: 01/27/2013 to   Trip End Date:    01/27/2013

Aircraft: N227SV    Hours:   2.4    Miles:   1,137.0   Fuel:   1,060.0

| LEG NR | DATE | DEPARTURE CITY | AIRPORT | ARRIVAL CITY | AIRPORT | HOURS | MILES |
|--------|------|----------------|---------|--------------|---------|-------|-------|
| 1 | 01/27/2013 | SCHENECTADY,NY | KSCH | STUART, FL | KSUA | 2.4 | 1,137 |

Passengers:   NO PASSENGERS

### Fuel

1178 gals/SCH 1/27/2013                        $6,196.28

                                    Total:     $6,196.28

### PerDiem

Paul James                                     $13.75

                                    Total:     $13.75

                            SUBTOTAL:   $6,210.03

                    FEDERAL EXCISE TAX:   $0.00

                        GRAND TOTAL:   $6,210.03

Notes:   A/C TO SUA

RICHMOR AVIATION
(518) 828-xxx1
P.O. BOX 423
HUDSON NY 12534

(--- I N V O I C E

Page 1

ASSEP

Sold To: ASSEMBLY POINT AVIATION
C/O CATHY GILMOUR
48 STONE MEADOW LANE
HANOVER MA 02339

Ship To: N227SV

| Date | Rep ID | Order No. | Ord Date | Ship Via | Terms | Inv No. |
|------|--------|-----------|----------|----------|-------|---------|
| 01/31/13 | CG | H99713 | 01/27/13 | | NET 30 | 1301-068 |

| Item/Description | | Quantities | | Units | Price | Amount |
|------------------|---|-----------|---|-------|-------|--------|
| RichmorSuppport JetA | Ordered | 1178.0000 | | | | |
| 1178gals/Schenectady 1/27/13 | Shipped | 1178.0000 | GAL | | 5.2600 | 6196.28 |

|  |  |  |  |  | Subtotal : | 6196.28 |
|---|---|---|---|---|---|---|
| Non-Taxable | Taxable | Sales Tax | Freight | Misc | | * Invoice Total * |
| 6196.28 | .00 | .00 | .00 | .00 | | 6196.28 |

---

**Richmor Aviation**
Columbia County Airport
P.O. Box 423
Hudson, NY 12534
(518) 828-9461

Name _____     **Assembly Point** _____

| Sold By CG | Cash | Check | MC | Visa | Discover | Amex | Charge X | On Acct. X | CR Acct. |
|------------|------|-------|----|----|----------|------|--------|----------|----------|
| Aircraft: N227SV | | | | | | | | | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | | | |
| | | | |
| | Per Diem - Paul James | | |
| | 5.5 Hrs. | $2.50 | $13.75 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | Tax |

| Charge Sales | |
|--------------|---|
| Amount Received | |
| Sales Ticket | Date 1/27/2013 |
| | Trip # 99713 |

**Honeywell**
Invoice Details
**Aftermarket Programs Invoice**

2/7/13
TO MWL's
AMT

Phoenix, AZ
Attn: MSP Administration

Phone: (602) 365-3181
Fax: (602) 365-5313
Federal Tax ID#: 22-2840550

**PLEASE REMIT PAYMENT FOR THE TOTAL AMOUNT (IN U.S. DOLLARS ON U.S. BANK) TO:**

Wire Transfers:
Honeywell
JPMorgan Chase
Four Chase Metrotech Center
Brooklyn, NY 11245
Account # 9102607771
ABA#: 0210-0002-1
SWIFT CODE CHASUS33

Express Mail Payments:
Honeywell
JPMorgan Chase
Attn: Honeywell Lockbox 93078
131 S Dearborn – 5th Floor
Chicago, IL 60303

Checks:
Honeywell
P.O. Box: 93078
Chicago IL 60673 – 3078

Terms: Payment in U.S. dollars due upon receipt

Invoice Details

Invoice No.: 70581634
Invoice Period: January/2013

Invoice Amount: $506.20
Amount Paid:
Balance Due:

Account Information

Account: RICHMOR AVIATION
Address: 1142 ROUTE 9H, HUDSON
New York - 12534, USA
Phone: 5185281961

Contract No.: 440024481
Legacy Contract No.: 1442A
Invoice Contact: Mr. Salvatore Alessi, Jr, Vice Preside Mr. Salvatore Alessi Jr.
Fax: 5185281303

Item Platforms

| Platform S/N | Registration No. | Begin TSN | End TSN | Usage Hours |
|---|---|---|---|---|
| GRM.GA41172 | N227SV | 8547.2 | 8549.6 | 2.4 |

Materials Usage Details

Covered Equipment - MSP

| Material PN | Material S/N/ Position | Begin TSN | End TSN | Usage Hours | Begin CSN | End CSN | Usage Cycles | Alt S/N | Alt Hours | Alt Cycles | Eff Hour Rate | Eff Cycle Rate | Flat Rate | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | P-575 / 1 | 5305.0 | 5309.0 | 4.0 | | | | | | | $126.55 | $0.00 | $0.00 | $506.20 |

Total Invoice **$506.20**

01326800 710

Page 1 of 1

**Payment Confirmation**
Please note that the total amount cannot exceed $100,000  If your invoices total more than the maximum limit, please group them into smaller amounts.
Card Number: XXXXXXXXXXXX2017
Date: 02/05/2013

VeriSign

| Invoice No. | Contract Type | Contract No./ Legacy No. | Account | Transaction No. | Invoice Amount | Sales |
|---|---|---|---|---|---|---|
| 70581634 | MSP | 440024481/ 1442A | RICHMOR AVIATION | 143139 | $506.20 | Approved |

© Copyright Honeywell International Inc 2004-2012

1301 - 068



**satcom** direct

Satcom Direct, Inc.
PO Box 372667
Satellite Beach, FL 32937-0667

INVOICE

| INVOICE #: | 2318791 |
| Invoice Date: | 01/01/2013 |
| PO Number | |
| Account Number: | N227SV |
| Terms: | Net 30 |
| Due Date: | 02/10/2013 |
| Total Balance Due: | $0.00 |

Bill to:
Richmor Aviation
Vicki Wilder
PO Box 423
Hudson NY 12534-0423 USA

Amount Enclosed: $_____

Please write your account number on your check and make payable to:
Satcom Direct, Inc.  See below for other payment orders.

Send top portion in with your payment

| Previous Balance | $59.27 |
| Payments / Adjustments | ($59.27) |
| Balance Forward | $0.00 |

| Total Current Charges (In US $): | $50.00 |
| Total Balance Due (In US $): | $0.00 |

*Important Notices:*
Payment applied to your Credit Card. This invoice is for your records only.

013680047-13

Pay bill online at:
http://www.satcomdirect.com/main/slcms-simple-pay-online.aspx

| Mail Check Payments to: | Send Wire Transfers c/o: | Billing Inquiries: | Technical Support Inquiries: |
| Satcom Direct, Inc. | Wells Fargo Bank | accounting@satcomdirect.com | support@satcomdirect.com |
| PO Box 372667 | Routing # ACH Transfers 102307164 | Phone: +1.321.777.3301 | Phone: +1.321.777.3255 |
| Satellite Beach, FL 32937-0667 | Routing # Wire Transfers 121000248 | Fax   +1.321.777.3102 | www.satcomdirect.com |
| | Account # 9983207356 | | www.satcomstore.com |
| | Swift ID WFBIUS6S | |
| | (Please Reference Invoice #) | |

Thank you for subscribing to Satcom Direct, Inc. We appreciate your business!

Satcom Direct, Inc.  PO Box 372667 Satellite Beach, FL 32937
Invoice #: 2318791
Page 1 of 2

---

**satcom** direct

INVOICE

To update your billing contact or billing address, please email accounting@satcomdirect.com
or provide corrections here.

Indicate Changes Here (Please Print)

| Company Name: | |
| Contact Name: | |
| Street Address: | |
| City, State Country: | |
| Zip, Postal Code: | |
| Email Address: | |
| Main Phone: | |
| Direct Line: | |

Send top portion in with your payment

**Invoice Detail**

| Account Name: | Richmor Aviation | Aircraft Type: | GIV |
| Tail Number: | N227SV | Serial Number: | 1172 |

Monthly Charges (Period Ending 12/31/2012)

| Satcom Direct Monthly Service Fee including Global One Number: 651,794,4978 | $50.00 |
| Total Monthly Charges: | $50.00 |

Total for N227SV: $50.00

Satcom Direct, Inc.  PO Box 372667 Satellite Beach, FL 32937
Invoice #: 2318791
Page 2 of 2

*Satcom phone Bill
monthly*

---

N227SV                          Page 1 of 1

**Cathy Gallo**

| From: | "Eileen Barberi" <ebarberi@richmor.com> |
| To: | "Cathy Gallo" <cgallo@richmor.com> |
| Sent: | Friday, February 01, 2013 8:48 AM |
| Subject: | Fw: [SPAM] Deactivation Confirmation N227SV Ref:01450604 |

----- Original Message -----
From: Rich Gahl
To: dineglero@Operations.@Richmor.com ; Todd Nolte
Cc: Eileen Barberi
Sent: Friday, February 01, 2013 8:00 AM
Subject: Fw: [SPAM] Deactivation Confirmation N227SV Ref:01450604

----- Original Message -----
From: Matthew Williams
To: rgahl@richmor.com
Sent: Thursday, January 31, 2013 5:14 PM
Subject: [SPAM] Deactivation Confirmation N227SV Ref:01450604

Hello:

We have completed your deactivation request for aircraft GIV, SN 1172, N227SV.  This
deactivation is effective 1/31/13.  Please note that coll traffic through 1/31/13 will be forwarded
to you for payment.

If you have any questions or require additional assistance, please contact our Activations
Department.  We appreciate your business and look forward to the next time we can be of
service.

Best Regards,
Matt Williams
Activations Specialist
Satcom Direct, Inc.
(Tel) 321.777.3000
mwilliams@satcomdirect.com
Websites: www.satcomdirect.com; www.satcomstore.com; www.satcomdirect.com/connect



Feb. 4-7, 2013   connecting customers
9th Annual Satcom Direct Conference
HYATT REGENCY SAN ANTONIO • TEXAS

The information contained in this email is strictly confidential and subject to the Confidentiality
Notice Here

0° *

Ending 12/31/12   50° +
Ending 01/31/13   50° +
                  100° *

Flight Phone
N227SV



Satcom Direct, Inc.
PO Box 372667
Satellite Beach, FL 32937-0667

**INVOICE**

**Bill to:**
Richmor Aviation
Vickie Wilder
PO Box 423
Hudson NY 12534-0423 USA

| INVOICE #: | 2328445 |
|---|---|
| Invoice Date: | 02/11/2013 |
| PO Number | |
| Account Number: | N227SV |
| Terms: | Net 30 |
| Due Date: | 03/13/2013 |
| Total Balance Due: | $0.00 |

Amount Enclosed: $_____
Please write your account number on your check and make payable to:
Satcom Direct, Inc.   See below for other payment options.

*Send top portion in with your payment*

| Previous Balance | $50.00 |
|---|---|
| Payments / Adjustments | ($50.00) |
| Balance Forward | $0.00 |

| Total Current Charges (in US $): | $50.00 |
|---|---|
| Total Balance Due (in US $): | $0.00 |

01136800713

**Important Notices:**

Payment applied to your Credit Card. This invoice is for your records only.

1301-068
this should be the last

Pay bill online at:
http://www.satcomdirect.com/main/plane-simple-pay-online.aspx

**Mail Check Payments to:**
Satcom Direct, Inc.
PO Box 372667
Satellite Beach, FL 32937-0667

**Send Wire Transfers c/o:**
Wells Fargo Bank
Routing # ACH Transfers 102307164
Routing # Wire Transfers 121000248
Account # 9983267398
Swift ID WFBIUS6S
(Please Reference Invoice #)

**Billing Inquiries:**
accounting@satcomdirect.com
Phone: +1.321.777.3701
Fax:   +1.321.777.3702



**Technical Support Inquiries:**
support@satcomdirect.com
Phone: +1.321.777.3236
www.satcomdirect.com
www.satcomstore.com

Thank you for subscribing to Satcom Direct, Inc. We appreciate your business!

---

2-12-13
To Amt



**INVOICE**

To update your billing contact or billing address, please email accounting@satcomdirect.com,
or provide corrections here.

| | Indicate Changes Here (Please Print): |
|---|---|
| Company Name: | |
| Contact Name: | |
| Street Address: | |
| City, State Country: | |
| Zip, Postal Code: | |
| Email Address: | |
| Main Phone: | |
| Direct Line: | |

*Send top portion in with your payment*

**Invoice Detail**

| Account Name: | Richmor Aviation | Aircraft Type: GIV |
|---|---|---|
| Tail Number: | N227SV | Serial Number: 1172 |

**Monthly Charges (Period Ending 01/31/2013)**

| Satcom Direct Monthly Service Fee Including Global One Number: 651.788.4979 | $50.00 |
|---|---|
| Total Monthly Charges: | $50.00 |

| Total for N227SV: | $50.00 |
|---|---|

## Richmor Aviation

### Columbia County Airport
PO BOX 423
Hudson, NY 12534
(518) 828-9461

Name _____ **Assembly Point** _____

| Vickie Wilder | Cash | Check | MC | Visa | Discover | Amex | Charge X | On Acct. X | CR Acct. |
|---|---|---|---|---|---|---|---|---|---|
| N227SV | | | | | | | | | |
| | | | | | | | | | |
| Quantity | | | | Description | | | | Rate | Amount |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | Annual Insurance Premium | | | | | | $ 20,200.00 |
| | | | Less Credit for cancellation | | | | | | $ (14,776.00) |
| | | | Balance Due | | | | | | $  5,424.00 |
| | | | Previously Charged | | | | | | $ (10,100.00) |
| | | | Credit Due Assembly Point | | | | | | $  (4,676.00) |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | Tax | |
| Charge Sales | | | | | | | | | |
| Amount Received | | | | | | | | | |
| Sales Ticket | | | | | Date | | | | |



## Left Invoice

**JEPPESEN** A BOEING COMPANY

Jeppesen Sanderson
55 Inverness Drive East
Englewood, CO 80112-5498
USA

Tel: +1 303 328 4274
Tel: +1 800 621 5377
Fax: +1 303 328 4153
www.jeppesen.com
EIN: 84-0372974
GST R127026086
captain@jeppesen.com

**JUS CREDIT MEMO ORS**

| ACCOUNT | INVOICE |
|---|---|
| 74593 | 205315437 |
| ORDER | SERVICE SUBSCRIPTION |
| US0073650-AUTO:24-JAN-2012 02:19:28 | N/A |
| INVOICE DATE | PURCHASE ORDER |
| 21-NOV-12 | N/A |
| TERMS | SHIPPING METHOD |
| N/A | N/A |
| DUE DATE | PAGE |
| 21-NOV-12 | Page 1 of 1 |
| WAYBILL | |
| N/A | |

BILL TO: RICHMOR AVIATION INC
PO BOX 423
HUDSON, NY 12534
UNITED STATES

| DESCRIPTION | ITEM NUMBER | TAX CODE | QTY | UNIT PRICE | AMOUNT In USD |
|---|---|---|---|---|---|
| Reference: Invoice 220182299 | | | | | |
| IFR Paper Chart Services.ACANQ4.Canada/Alaska.Q-Service.Content | 10011147 | | 1 | -417.50 | -417.50 |
| IFR Paper Chart Services.AUSACH.Full USA.Q-Service HP.Content | 10011147 | | 1 | -620.48 | -620.48 |
| IFR Paper Chart Services.ALAMQ4.Full Latin America.Q-Service.Content | 10011147 | | 1 | -341.75 | -341.75 |

1-30-12   (R)

| | Shipping Charges | 0.00 |
|---|---|---|
| | Priority Handling | 0.00 |

SHIP TO: RICHMOR AVIATION INC
ATTN: N227SV
19 AIRPORT RD
SCOTIA, NY 12302
UNITED STATES

| SUBTOTAL | -1,379.73 |
|---|---|
| *TAX | 0.00 |
| NO PAYMENT REQUIRED | 0.00 |

* Tax Estimate (amount subject to rate changes)

Nov 2012 to march 18, 2013   Credit given for Paper Chart Service
Pilots Now use I PAD

CREDIT

---

**Thank You For Choosing Jeppesen - We Appreciate Your Business**

PLEASE INCLUDE REMITTANCE ADVICE WITH YOUR PAYMENT

| ACCOUNT NUMBER | INVOICE NUMBER | AMOUNT DUE IN USD |
|---|---|---|
| ACCOUNT NAME RICHMOR AVIATION INC | 74593 | 205315437 | 0.00 |

TO PAY BY CREDIT CARD, PLEASE COMPLETE AND FAX TO: +1 303 328 4115

REMIT TO: JEPPESEN SANDERSON, INC
PO BOX 840864
DALLAS, TX 75284-0864

VISA ☐   MC ☐   AMEX ☐   DISCOVER ☐

WIRE TO: JEPPESEN SANDERSON, INC
BANK OF AMERICA
WIRE ROUTING NUMBER: 026009593
ACH ROUTING NUMBER: 122000039
ACCOUNT NUMBER: 1233062600
SWIFT: BOFAUS3N

EXP. DATE: ___   SECURITY CODE: ___

CREDIT

SIGNATURE: ___

---

## Right Invoice

2-9-2012 IN Vickies office by Jen

**JEPPESEN** A BOEING COMPANY

Jeppesen Sanderson Inc
55 Inverness Drive East
Englewood, CO 80112-5498
USA

Tel: +1 303 328 4274
Tel: +1 800 621 5377
Fax: +1 303 328 4153
www.jeppesen.com
EIN: 84-0372974
GST R127026086
captain@jeppesen.com

**JUS RENEWAL INVOICE**

| ACCOUNT | INVOICE |
|---|---|
| 74593 | 220182299 |
| ORDER | SERVICE SUBSCRIPTION |
| US0073650-AUTO:24-JAN-2012 02:19:28 | US0073650 |
| INVOICE DATE | PURCHASE ORDER |
| 24-JAN-12 | N/A |
| TERMS | SHIPPING METHOD |
| RENEWAL SERVICE | N/A |
| DUE DATE | PAGE |
| 09-MAR-12 | Page 1 of 1 |
| WAYBILL | |
| N/A | |

BILL TO: RICHMOR AVIATION INC
PO BOX 423
HUDSON, NY 12534
UNITED STATES

| DESCRIPTION | ITEM NUMBER | TAX CODE | QTY | UNIT PRICE | AMOUNT In USD |
|---|---|---|---|---|---|
| Revision Service.Paper Chart Services.Annual IFR Paper Chart Services.Canada/Alaska.Q-Service.Content 09-MAR-12 through 08-MAR-13 Tail Number: N227SV | 10012518 | | 1 | 1,411.00 | 1,411.00 |
| Revision Service.Paper Chart Services.Annual IFR Paper Chart Services.Full USA.Q-Service HP.Content 09-MAR-12 through 08-MAR-13 Tail Number: N227SV | 10012577 | | 1 | 2,097.00 | 2,097.00 |
| Revision Service.Paper Chart Services.Annual IFR Paper Chart Services.Latin America.Q-Service.Content 09-MAR-12 through 08-MAR-13 Tail Number: N227SV | 10012551 | | 1 | 1,155.00 | 1,155.00 |

(Q)

01-1368-00-723

SHIP TO: RICHMOR AVIATION INC
ATTN: N227SV
1142 ROUTE 9H
COLUMBIA COUNTY AIRPORT
JIM MARKS
HUDSON, NY 12534
UNITED STATES

1201-068
12-01-

| SUBTOTAL | 4,663.00 |
|---|---|
| *TAX | |
| PLEASE PAY THIS AMOUNT IN USD | 4,663.00 |

ok   JBM

* Tax Estimate (amount subject to rate changes)

Ref only - this was the orig invoice

**JEPPESEN**  Jeppesen Sanderson Inc

85 Inti   JSS LITHO DIST   Fax +1 303-328-4153
Englewood, CO 80112-5498   Fax +1 303-328-4153
USA   www.jeppesen.com
captain@jeppesen.com

| | INVOICE | 205315436 |
|---|---|---|
| ACCOUNT | 7 | |
| | AUTO023 | SERVICE SUBSCRIPTION |
| | -205321 | N/A |
| INV. DATE | 21-NOV-12 | PURCHASE ORDER N/A |
| TERMS | N/A | SHIPPING METHOD N/A |
| DUE DATE | 21-NOV-12 | PAGE Page 1 of 1 |
| WAYBILL | N/A | |

**BILL TO:** RICHMOR AVIATION INC
PO BOX 423
HUDSON, NY 12534
UNITED STATES

| DESCRIPTION | ITEM NUMBER | TAX CODE | QTY | UNIT PRICE | AMOUNT in USD |
|---|---|---|---|---|---|
| *Reference: Invoice 220181599* | | | | | |
| FR Paper Chart Services ACANHI,Canada/Alaska,Enroute High,Content R.C. 145.00 | 10011147 | | 1 | -42.51 | -42.51 |
| FR Paper Chart Services ACAN04,Latin America,Standard,Content R.C. 5?a. | 10011147 | | 1 | -172.96 | -172.96 |
| FR Paper Chart Services AUSAHP,Full USA,HP-4000,Content R.C. 900. | 10011147 | | 1 | -275.95 | -275.95 |
| FR Paper Chart Services ACANHI,Canada/Alaska,Enroute High,Content eur — 145? | 10011147 | | 1 | -42.51 | -42.51 |
| FR Paper Chart Services ACAN04,Canada/Alaska,Standard,Content 7/6. | 10011147 | | 1 | -209.90 | -209.90 |

| | | | |
|---|---|---|---|
| | Shipping Charges | | 0.00 |
| | Priority Handling | | 0.00 |

**SHIP TO:** RICHMOR AVIATION INC
PO BOX 423
HUDSON, NY 12534
UNITED STATES

| | SUBTOTAL | -743.44 |
|---|---|---|
| | *TAX | 0.00 |
| NO PAYMENT REQUIRED | | 0.00 |

* Tax Estimate (amount subject to rate changes)

Nov. 2012
to
March 8, 2013

N9898K 01135300 723 — < 700.93 >
N8273V 01136800 723 — < 42.51 >
Credit given for Paper Chart Services
Pilots Now Use I PAD

---

**Thank You For Choosing Jeppesen - We Appreciate Your Business**

PLEASE INCLUDE REMITTANCE ADVICE WITH YOUR PAYMENT

| ACCOUNT NAME | ACCOUNT NUMBER | INVOICE NUMBER | AMOUNT DUE in USD |
|---|---|---|---|
| RICHMOR AVIATION INC | 74583 | 205315436 | 0.00 |

TO PAY BY CREDIT CARD, PLEASE COMPLETE AND FAX TO: +1 303 328 4115

REMIT: JEPPESEN SANDERSON, INC
PO BOX 840854
DALLAS, TX 75284-0854

VISA ☐   MC ☐   AMEX ☐   DISCOVER ☐

WIRE: JEPPESEN SANDERSON, INC
TO: BANK OF AMERICA
WIRE ROUTING NUMBER: 026009593
ACH ROUTING NUMBER: 122000030
ACCOUNT NUMBER: 1233062600
SWIFT: BOFAUS3N

EXP. DATE: ☐

SECURITY CODE: ☐

SIGNATURE:

CREDIT

---

**JEPPESEN**  Jeppesen Sanderson Inc

**BILL TO:** RICHMOR AVIATION INC

9-9-13 IN VICE
Office by JM

| | JUS RENEWAL INVOICE | |
|---|---|---|
| ACCOUNT | 74583 | INVOICE 220181599 |
| PAGE | Page 2 of 3 | INVOICE DATE 23-JAN-12 |

| DESCRIPTION | ITEM NUMBER | TAX CODE | QTY | UNIT PRICE | AMOUNT in USD |
|---|---|---|---|---|---|
| *SHIP TO ADDRESS Ref: 1* | | | | | |
| Revision Service,Paper Chart Services,Annual VFR Paper Chart Services,Canada/Alaska,Enroute High,Content 0544A/U-12 through 0744A/U-13 Tail Number N9898K | 10012183 | | 1 | 145.00 | 145.00 |
| Revision Service,Paper Chart Services,Annual VFR Paper Chart Services,Canada/Alaska,Standard,Content 0544A/U-12 through 0744A/U-13 Tail Number N9898K | 10012515 | | 1 | 718.00 | 718.00 |
| Revision Service,Paper Chart Services,Annual VFR Paper Chart Services,Full USA,HP-4000,Content 0544A/U-12 through 0744A/U-13 Tail Number N9898K | 10012371 | | 1 | 940.00 | 940.00 |
| Revision Service,Paper Chart Services,Annual VFR Paper Chart Services,Latin America,Standard,Content 0544A/U-12 through 0744A/U-13 Tail Number N9898K | 10012550 | | 1 | 590.00 | 590.00 |

**SHIP TO:** RICHMOR AVIATION INC
C/O RICHMOR AVIATION
ATTN: N9898K
19 AIRPORT RD
SCOTIA, NY 12302
UNITED STATES

| | SUBTOTAL | 2,391.00 |
|---|---|---|
| | *TAX | 0.00 |
| | TOTAL Incl. Tax for SHIP TO: 1 | 2,391.00 |

* Tax Estimate (amount subject to rate changes)

JM

01135300 723

---

**JEPPESEN**  Jeppesen Sanderson Inc

| | JUS RENEWAL INVOICE | |
|---|---|---|
| ACCOUNT | 74583 | INVOICE 220181599 |
| PAGE | Page 3 of 3 | INVOICE DATE 23-JAN-12 |

**BILL TO:** RICHMOR AVIATION INC

| DESCRIPTION | ITEM NUMBER | TAX CODE | QTY | UNIT PRICE | AMOUNT in USD |
|---|---|---|---|---|---|
| *SHIP TO ADDRESS Ref: 2* | | | | | |
| Revision Service,Paper Chart Services,Annual VFR Paper Chart Services,Canada/Alaska,Enroute High,Content 0544A/U-12 through 0744A/U-13 Tail Number N8273V | 10012489 | | 1 | 145.00 | 145.00 |

**SHIP TO:** RICHMOR AVIATION INC
ATTN: N8273V
1142 ROUTE 9H
COLUMBIA COUNTY AIRPORT
JIM MARKS
HUDSON, NY 12534
UNITED STATES

| | SUBTOTAL | 145.00 |
|---|---|---|
| | *TAX | 0.00 |
| | TOTAL Incl. Tax for SHIP TO: 2 | 145.00 |

* Tax Estimate (amount subject to rate changes)

01136800 723

```
            0•00   *

            0•00   *

          424•24  +
          903•48  +
        4,643•80  +
       19,758•49  +
       25,730•01  M+
```

N2725V
maint
Dec, 2012 —
Jan

RICHMOR AVIATION
(518) 828-...1
P.O. BOX 423
HUDSON NY 12534

INVOICE

ASSEP

Page 1

Sold To: ASSEMBLY POINT AVIATION
C/O CATHY GILMOUR
48 STONE MEADOW LANE
HANOVER MA 02339

Ship To: ASSEMBLY POINT AVIATION
C/O CATHY GILMOUR
48 STONE MEADOW LANE
HANOVER MA 02339

| Date | Rep ID | Order No. | Ord Date | Ship Via | Terms | Inv No. |
|------|--------|-----------|----------|----------|-------|---------|
| 01/24/13 | KB | CR001451 | | | NET 30 | 1301-068 |

| Item/description | Quantities | | Units | Price | Amount |
|------------------|-----------|---------|-------|-------|--------|
| ShopChgFor | Ordered | 1.0000 | | | |
| CONTROL HEAD CORE BEYOND NORMAL | Shipped | 1.0000 | EA | 424.2400 | 424.24 |
| OVERHAUL.   P/N 1159SCAV46Z-11 | | | | | |
| S/N 1023 | | | | | |

| | | | | Subtotal : | 424.24 |
|---|---|---|---|---|---|
| Non-Taxable | Taxable | Sales Tax | Freight | Misc | * Invoice Total * |
| 424.24 | .00 | .00 | .00 | .00 | 424.24 |



N227SV   Maintenance

N227SV
25,730-01   M+
19,758-49   +
4,643-80   +
903-48   +
424-24   +
0-00   *
0-00   *

---

Work Order Invoice

ASSEP
GULFSTREAM
IV
1172

Invoice #      1301-068
Invoice Date    1/25/2013

REMIT TO:
Richmor Aviation
Columbia County Airport
Hudson, NY 12534
(518) 828-9461

ASSEMBLY POINT AVIATION
C/O CATHY GILMOUR
48 STONE MEADOW LANE
HANOVER MA 02339

Tail number      N227SV
Make             GULFSTREAM

Model            IV
Serial           1172
Aircraft Total Time   8547.2
Phone:

| Work Order # | Date In | Completed | Terms | PO | Customer |
|--------------|---------|-----------|-------|-----|----------|
| 00002834 | 1/24/2013 | 1/25/2013 | NET30 | | ASSEP |

*Service Description.*
Squawk #:    1

Date:        1/24/2013   Total Time:   8547.2   Landings:   4311
Description:  BUILD UP NOSE WHEEL.
Corrective Action:  C/W NDT INSP AND BUILD UP IAW WHEEL MANUFACTURER CMM. WHEEL ASSY
OK AT THIS TIME. NO DEFECTS NOTED.

OTHER SERVICES

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---------|-------------|-----|-----|-----------|----------|
| ShopChgFor | 217K22-1 NLG TIRE | 1 | EA | $685.71 | $685.71 |
| | | | | OTHER SERVICES | $685.71 |

SHOP PARTS

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---------|-------------|-----|-----|-----------|----------|
| M259881269 | O-RING 9535176 | 1 | EA | $14.07 | $14.07 |
| | | | | SHOP PARTS | $14.07 |

SHOP LABOR

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---------|-------------|-----|-----|-----------|----------|
| mShopLaborTurbine | Shop Labor Turbine Rate | 2.1 | HR | $97.00 | $203.70 |
| | | | | SHOP LABOR | $203.70 |

| | | |
|---|---|---|
| 2.1 | Regular Labor | $203.70 |
| 0.0 | Overtime Labor | $0.00 |
| | Squawk Total | $903.48 |

Page 1 of 2

Page 2 of 2
Sub Total      $903.48
Sales Tax      $0.00
Invoice Total   $903.48

## Work Order Invoice

ASSEP
GULFSTREAM
IV
1172

| | |
|---|---|
| Invoice # | 1301-068 |
| Invoice Date | 1/31/2013 |

REMIT TO:
**Richmor Aviation**
Columbia County Airport
Hudson, NY 12534
(518) 828-9461

ASSEMBLY POINT AVIATION
C/O CATHY GILMOUR
48 STONE MEADOW LANE
HANOVER MA 02339

| | |
|---|---|
| Tail number | N227SV |
| Make | GULFSTREAM |
| Model | IV |
| Serial | 1172 |
| Aircraft Total Time | 8540.6 |
| Phone: | |

| Work Order # | Date In | Completed | Terms | PO | Customer |
|---|---|---|---|---|---|
| S4899 | 12/20/2012 | 1/20/2013 | NET30 | | ASSEP |

**Service Description**

Squawk #:  0

Date:          Total Time:                Landings:

Description:

Corrective Action:

**OTHER SERVICES**

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---|---|---|---|---|---|
| Expendables | Expendables | 1 | EA | $253.17 | $253.17 |
| | | | | **OTHER SERVICES** | **$253.17** |
| | | 0.0 | | Regular Labor | $0.00 |
| | | 0.0 | | Overtime Labor | $0.00 |
| | | | | **Squawk Total** | **$253.17** |

---

Squawk #:    1

| | |
|---|---|
| Date: | 12/21/2012   Total Time:   0   Landings:   0 |
| Description: | NO.1 AND NO.2 OXYGEN BOTTLES DUE HYDROSTATIC TESTING. |
| Corrective Action: | REMOVED OXYGEN BOTTLE P/N 89518015 S/N 28213243/ REGULATOR PN 803213-06 S/N 1879. COMPLETED CMP 350121 OXYGEN (NO.1) HYDROSTATIC TEST. REINSTALLED OXYGEN BOTTLE P/N 89518015 S/N 28213243 IAW CMP 350101 OXYGEN CYLINDER NO.1 REMOVAL/INSTALLATION. NO.1 REGULATOR/SOV PN: 803213-06 S/N 1879 INSTALLED IAW CMP 350110 REG/SOV OXY CYLINDER NO.1 REMOVED NO.2 OXYGEN BOTTLE  PN 89518015 S/N 28213461 AND NO.2, REGULATOR/SOV P/N 803213-06 S/N 746. COMPLETED CMP  350122 OXYGEN BOTTLE (NO.2) HYDROSTATIC TEST. REINSTALLED OXYGEN BOTTLE P/N 89518015 S/N 28213461 IAW CMP CODE 350102 OXYGEN CYLINDER NO.2 REMOVAL INSTALLATION REGULATOR SOV P/N 803213-06 S/N 746 INSTALLED IAW CMP 350111 REG/SOV OXY CYLINDER NO.2. |

**OTHER SERVICES**

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---|---|---|---|---|---|
| ShopChgFor | OXY CYL HST (2) | 1 | EA | $817.14 | $817.14 |
| | | | | **OTHER SERVICES** | **$817.14** |

**SHOP LABOR**

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---|---|---|---|---|---|
| tShopLaborTurbine | SHOP LABOR OVT RATE | 7.4 | HR | $145.50 | $1,076.70 |
| mShopLaborTurbine | Shop Labor Turbine Rate | 6.3 | HR | $97.00 | $611.10 |
| | | | | **SHOP LABOR** | **$1,687.80** |
| | | | 6.3 | Regular Labor | $611.10 |
| | | | 7.4 | Overtime Labor | $1,076.70 |
| | | | | **Squawk Total** | **$2,504.94** |

---

Squawk #:    2

| | |
|---|---|
| Date: | 12/21/2012   Total Time:   8540.6   Landings:   4307 |
| Description: | NO.3 AND NO.4 OXYGEN BOTTLES DUE HYDROSTATIC TEST. |
| Corrective Action: | REMOVED NO.3 OXYGEN BOTTLE P/N 89518050 S/N 27913228 AND REGULATOR P/N 803213-5 S/N 2262, COMPLIED WITH CMP 350123 OXYGEN BOTTLE (NO.3) HYDROSTATIC TEST. REINSTALLED NO.3 OXYGEN BOTTLE P/N 89518050 S/N 27913228 IAW CMP 350103 OXYGEN CYLINDER NO.3 REMOVAL INSTALLATION. REGULATOR/SOV P/N 803213-06 S/N 2262 INSTALLED IAW CMP 350112 REG/SOV, OXY CYLINDER NO.3 .REMOVED NO.4 OXYGEN BOTTLE P/N 895 18050 S/N 27912387 AND REG/SOV P/N 803213-06 S/N 2112, COMPLIED WITH CMP 350124 OXYGEN BOTTLE (NO.4) HYDROSTATIC TEST. REINSTALLED OXYGEN BOTTLE P/N 89518050 S/N 27912387 IAW CMP 350104 OXYGEN CYLINDER (NO.4) REMOVAL/INSTALLATION. REGULATOR/SOV P/N 803213-06 S/N 2112 INSTALLED IAW CMP 350113 REG/SOV OXY CYLINDER NO.4. |

OTHER SERVICES

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---------|-------------|-----|-----|-----------|----------|
| ShopChgFor | OXY CYL HST (2) | 1 | EA | $817.14 | $817.14 |
| ShopChgFor | TRANSPORT CYLINDERS | 1 | EA | $47.37 | $47.37 |
| | | | | OTHER SERVICES | $864.51 |

SHOP LABOR

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---------|-------------|-----|-----|-----------|----------|
| tShopLaborTurbine | SHOP LABOR OVT RATE | 3.7 | HR | -$145.50 | $538.35 |
| mShopLaborTurbine | Shop Labor Turbine Rate | 5.8 | HR | $97.00 | $562.60 |
| | | | | SHOP LABOR | $1,100.95 |
| | | 5.8 | | Regular Labor | $562.60 |
| | | 3.7 | | Overtime Labor | $538.35 |
| | | | | Squawk Total | $1,965.46 |

**Squawk #:**   3

| | | | | |
|---|---|---|---|---|
| Date: | 12/21/2012 | Total Time: | 8540.6 | Landings:  4307 |
| Description: | COMPLY WITH CMP 541019 AND 541020 LEFT AND RIGHT PYLON INTERNAL-INSPECTION. | | | |
| Corrective Action: | COMPLIED WITH CMP 541019 AND 541020 LEFT AND RIGHT PYLON INTERIOR INSPECTION. | | | |

SHOP LABOR

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---------|-------------|-----|-----|-----------|----------|
| mShopLaborTurbine | Shop Labor Turbine Rate | 22.6 | HR | $97.00 | $2,192.20 |
| | | | | SHOP LABOR | $2,192.20 |
| | | 22.6 | | Regular Labor | $2,192.20 |
| | | 0.0 | | Overtime Labor | $0.00 |
| | | | | Squawk Total | $2,192.20 |

**Squawk #:**   4

| | | | | |
|---|---|---|---|---|
| Date: | 12/21/2012 | Total Time: | 8540.6 | Landings:  4307 |
| Description: | C/W POST FLIGHT INSPECTION. | | | |
| Corrective Action: | C/W A POST FLIGHT INSPECTION IAW RICHMOR AVIATION'S GIV POST FLIGHT INSPECTION CHECKLIST. | | | |

SHOP LABOR

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---------|-------------|-----|-----|-----------|----------|
| mShopLaborTurbine | Shop Labor Turbine Rate | 3.2 | HR | $97.00 | $310.40 |
| | | | | SHOP LABOR | $310.40 |
| | | 3.2 | | Regular Labor | $310.40 |
| | | 0.0 | | Overtime Labor | $0.00 |
| | | | | Squawk Total | $310.40 |

**Squawk #:**   5

| | | | | |
|---|---|---|---|---|
| Date: | 12/21/2012 | Total Time: | 8540.6 | Landings:  4307 |
| Description: | C/W LH AND RH ENGINE TEMPERATURE CONTROL SYSTEM F/T CMP 732047 AND 732048. | | | |
| Corrective Action: | C/W LH AND RH ENGINE TEMPERATURE CONTROL SYSTEM F/T CMP 732047 AND 732048. | | | |

SHOP LABOR

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---------|-------------|-----|-----|-----------|----------|
| mShopLaborTurbine | Shop Labor Turbine Rate | 4.2 | HR | $97.00 | $407.40 |
| | | | | SHOP LABOR | $407.40 |
| | | 4.2 | | Regular Labor | $407.40 |
| | | 0.0 | | Overtime Labor | $0.00 |
| | | | | Squawk Total | $407.40 |

**Squawk #:**   6

| | | | | |
|---|---|---|---|---|
| Date: | 12/21/2012 | Total Time: | 8540.6 | Landings:  4307 |
| Description: | C/W CMP 052116-SPECIAL INSPECTION 'A'. | | | |
| Corrective Action: | C/W CMP 052116-SPECIAL INSPECTION 'A'. | | | |

SHOP LABOR

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---------|-------------|-----|-----|-----------|----------|
| mShopLaborTurbine | Shop Labor Turbine Rate | 2.1 | HR | $97.00 | $203.70 |
| | | | | SHOP LABOR | $203.70 |
| | | 2.1 | | Regular Labor | $203.70 |
| | | 0.0 | | Overtime Labor | $0.00 |
| | | | | Squawk Total | $203.70 |

**Squawk #:** 7

| | | | | |
|---|---|---|---|---|
| Date: | 12/21/2012 **Total Time:** 8540.6 **Landings:** 4307 | | | |
| Description: | COMPLY WITH CMP 276065 TAKE OFF ALARM SYSTEM-FUNCTIONAL TEST. | | | |
| Corrective Action: | COMPLIED WITH CMP 276065 TAKE OFF ALARM SYSTEM-FUNCTIONAL TEST. | | | |

SHOP LABOR

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---|---|---|---|---|---|
| mShopLaborTurbine | Shop Labor Turbine Rate | 2.1 | HR | $97.00 | $203.70 |
| | | | | **SHOP LABOR** | **$203.70** |
| | | | 2.1 | Regular Labor | $203.70 |
| | | | 0.0 | Overtime Labor | $0.00 |
| | | | | **Squawk Total** | **$203.70** |

**Squawk #:** 8

| | | | | |
|---|---|---|---|---|
| Date: | 12/21/2012 **Total Time:** 8540.6 **Landings:** 4307 | | | |
| Description: | C/W CMP 554007-RUDDER EXTERNAL INSPECTION. | | | |
| Corrective Action: | INSPECTED RUDDER EXTERNAL IAW CMP 554007. | | | |

SHOP LABOR

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---|---|---|---|---|---|
| mShopLaborTurbine | Shop Labor Turbine Rate | 1.1 | HR | $97.00 | $106.70 |
| | | | | **SHOP LABOR** | **$106.70** |
| | | | 1.1 | Regular Labor | $106.70 |
| | | | 0.0 | Overtime Labor | $0.00 |
| | | | | **Squawk Total** | **$106.70** |

**Squawk #:** 9

| | | | | |
|---|---|---|---|---|
| Date: | 12/21/2012 **Total Time:** 8540.6 **Landings:** 4307 | | | |
| Description: | ALL TIRE PRESSURES LOW. | | | |
| Corrective Action: | SERVICED TIRES TO OPERATING PRESSURE WITH NITROGEN IAW CHAPTER 32-40-00 OF GIV MAINTENANCE MANUAL. | | | |

SHOP LABOR

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---|---|---|---|---|---|
| mShopLaborTurbine | Shop Labor Turbine Rate | 0.6 | HR | $97.00 | $58.20 |
| | | | | **SHOP LABOR** | **$58.20** |
| | | | 0.6 | Regular Labor | $58.20 |
| | | | 0.0 | Overtime Labor | $0.00 |
| | | | | **Squawk Total** | **$58.20** |

**Squawk #:** 10

| | | | | |
|---|---|---|---|---|
| Date: | 12/21/2012 **Total Time:** 8540.6 **Landings:** 4307 | | | |
| Description: | VARIOUS COCKPIT LIGHTS INOP. | | | |
| Corrective Action: | INSTALLED NEW BULBS P/N GE327, GE387 AND GE 6839 IN VARIOUS COCKPIT LIGHTS IAW CHAPTER 33 OF GIV MAINTENANCE MANUAL. OPS CHECKED GOOD. | | | |

SHOP PARTS

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---|---|---|---|---|---|
| GE6839 | LAMP (CM6839) | 8 | EA | $0.60 | $4.80 |
| GE387 | LAMP | 2 | EA | $0.91 | $1.82 |
| GE327 | LAMP | 3 | EA | $0.27 | $0.81 |
| | | | | **SHOP PARTS** | **$7.43** |

SHOP LABOR

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---|---|---|---|---|---|
| mShopLaborTurbine | Shop Labor Turbine Rate | 0.6 | HR | $97.00 | $58.20 |
| | | | | **SHOP LABOR** | **$58.20** |
| | | | 0.6 | Regular Labor | $58.20 |
| | | | 0.0 | Overtime Labor | $0.00 |
| | | | | **Squawk Total** | **$65.63** |

**Squawk #:** 11

| | | | | |
|---|---|---|---|---|
| Date: | 12/21/2012 **Total Time:** 8540.6 **Landings:** 4307 | | | |
| Description: | APU OIL LEVEL LOW. | | | |
| Corrective Action: | SERVICED APU OIL WITH BP2380 TURBINE OIL IAW CHAPTER 49-20-00 OF HONEYWELL GTCP36-100 MAINT MANUAL. | | | |

SHOP PARTS

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---|---|---|---|---|---|
| TURBO 2380 OIL | OIL | 1 | EA | $19.69 | $19.69 |
| | | | | **SHOP PARTS** | **$19.69** |

SHOP LABOR

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---|---|---|---|---|---|
| mShopLaborTurbine | Shop Labor Turbine Rate | 0.6 | HR | $97.00 | $58.20 |
| | | | | **SHOP LABOR** | **$58.20** |
| | | | 0.6 | Regular Labor | $58.20 |
| | | | 0.0 | Overtime Labor | $0.00 |
| | | | | **Squawk Total** | **$77.89** |

**Squawk #:**   12

| | | | | | |
|---|---|---|---|---|---|
| **Date:** | 12/26/2012  **Total Time:**  8540.6   **· Landings:**  4307 | | | | |
| **Description:** | LEFT SIDE CONSOLE FLOOD LIGHT INOP. | | | | |
| **Corrective Action:** | INSTALLED REPAIRED CONSOLE LIGHT ASSEMBLY P/N 10-8111-503 SER# 803 IN LEFT SIDE CONSOLE IAW CHAPTER 33-02-00 OF GIV MAINTENANCE MANUAL, SER# 486 REMOVED. THIS C/W CMP 331033. OPS CHECK GOOD. | | | | |

OTHER SERVICES

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---|---|---|---|---|---|
| ShopFreight | FLOOD LIGHT | 1 | EA | $91.39 | $91.39 |
| | | | | OTHER SERVICES | $91.39 |

SHOP PARTS

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---|---|---|---|---|---|
| 10-8111-503 | LAMP ASSY | 1 | EA | $697.14 | $697.14 |
| | | | | SHOP PARTS | $697.14 |

SHOP LABOR

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---|---|---|---|---|---|
| mShopLaborTurbine | Shop Labor Turbine Rate | 1.1 | HR | $97.00 | $106.70 |
| | | | | SHOP LABOR | $106.70 |
| | | 1.1 | | Regular Labor | $106.70 |
| | | 0.0 | | Overtime Labor | $0.00 |
| | | | | Squawk Total | $895.23 |

**Squawk #:**   13

| | | | | | |
|---|---|---|---|---|---|
| **Date:** | 12/26/2012  **Total Time:**  0   **Landings:**  0 | | | | |
| **Description:** | CHECK OPERATIONS OF PERFORMANCE COMPUTERS. | | | | |
| **Corrective Action:** | CHECKED #1 AND #2 PERFORMANCE COMPUTERS FOR PROPER OPERATIONS IAW GIV AMM 22-00-00. NO DISCREPANCIES NOTED. | | | | |

SHOP LABOR

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---|---|---|---|---|---|
| Avionics | SHOP LABOR RATE | 5 | HR | $103.00 | $515.00 |
| | | | | SHOP LABOR | $515.00 |
| | | 0.0 | | Regular Labor | $0.00 |
| | | 0.0 | | Overtime Labor | $0.00 |
| | | | | Squawk Total | $515.00 |

**Squawk #:**   14

| | | | | | |
|---|---|---|---|---|---|
| **Date:** | 12/26/2012  **Total Time:**  8540.6   **Landings:**  4307 | | | | |
| **Description:** | C/W PRE-DISPATCH CHECK. | | | | |
| **Corrective Action:** | C/W MAINTENANCE PRE-DISPATCH CHECK IAW PRE-DISPATCH CHECK GUIDE. | | | | |

SHOP LABOR

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---|---|---|---|---|---|
| mShopLaborTurbine | Shop Labor Turbine Rate | 0.6 | HR | $97.00 | $58.20 |
| | | | | SHOP LABOR | $58.20 |
| | | 0.6 | | Regular Labor | $58.20 |
| | | 0.0 | | Overtime Labor | $0.00 |
| | | | | Squawk Total | $58.20 |

**Squawk #:**   15

| | | | | | |
|---|---|---|---|---|---|
| **Date:** | 12/26/2012  **Total Time:**  8540.6   **Landings:**  4307 | | | | |
| **Description:** | DISPATCH AIRCRAFT. | | | | |
| **Corrective Action:** | ASSISTED PILOTS AND DISPATCHED AIRCRAFT. | | | | |

SHOP LABOR

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---|---|---|---|---|---|
| mShopLaborTurbine | Shop Labor Turbine Rate | 1.1 | HR | $97.00 | $106.70 |
| | | | | SHOP LABOR | $106.70 |
| | | 1.1 | | Regular Labor | $106.70 |
| | | 0.0 | | Overtime Labor | $0.00 |
| | | | | Squawk Total | $106.70 |

**Squawk #:**   16

| | | | | | |
|---|---|---|---|---|---|
| **Date:** | 1/3/2013  **Total Time:**  8547.2   **Landings:**  4311 | | | | |
| **Description:** | RUDDER STEERING OFF LIGHT INOP. | | | | |
| **Corrective Action:** | REPAIRED WIRING AT NOSE STEERING SELECT CONTROL PANEL IAW GIV WIRING DIAGRAM MANUAL CHAPTER 20 AND 32-50-00. REPLACED DEFECTIVE LAMPS P/N GE3335 AND WI7049 WITH NEW AS NECESSARY IAW A/C STANDARD PRACTICES, PERFORMED FUNCTIONAL TEST OF THE NOSE WHEEL STEERING SYSTEM IAW GIV AMM 32-05-00. | | | | |

**SHOP PARTS**

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---------|-------------|-----|-----|------------|----------|
| WI7049 | LAMP | 1 | EA | $19.13 | $19.13 |
| OL3335 | LAMP | 4 | EA | $3.06 | $12.24 |
| | | | | SHOP PARTS | $31.37 |

**SHOP LABOR**

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---------|-------------|-----|-----|------------|----------|
| Avionics | SHOP LABOR RATE | 3.6 | HR. | $103.00 | $370.80 |
| | | | | SHOP LABOR | $370.80 |
| | | | 0.0 | Regular Labor | $0.00 |
| | | | 0.0 | Overtime Labor | $0.00 |
| | | | | Squawk Total | $402.17 |

**Squawk #:** 17

| | | | |
|---|---|---|---|
| **Date:** | 1/3/2013 **Total Time:** 8547.2 **Landings:** 4311 | | |
| **Description:** | C/W CMP# 314007,314008. FWC NO.1, 2 TREND AND LIMIT MONITORING DATA DOWNLOAD. | | |
| **Corrective Action:** | COMPLIED WITH CMP# 314007 AND 314008. FWC NO.1,2 TREND AND LIMIT MONITORING-DATA DOWNLOAD. DATA FORWARDED TO INSPECTION DEPT FOR ANALYSIS. | | |

**SHOP LABOR**

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---------|-------------|-----|-----|------------|----------|
| Avionics | SHOP LABOR RATE | 1.1 | HR | $103.00 | $113.30 |
| | | | | SHOP LABOR | $113.30 |
| | | | 0.0 | Regular Labor | $0.00 |
| | | | 0.0 | Overtime Labor | $0.00 |
| | | | | Squawk Total | $113.30 |

**Squawk #:** 18

| | |
|---|---|
| **Date:** | 1/3/2013 **Total Time:** 8547.2 **Landings:** 4311 |
| **Description:** | UPDATE #1,#2 AND #3 FMS DATABASES. |
| **Corrective Action:** | UPDATED FMS NAV DATABASES ON #1,#2 AND #3 FMS IAW CMP # 346019-FMS NO.1 NDB UPDATE, 346020- FMS NO.2 NDB UPDATE AND 346021 FMS NO.3 NDB UPDATE. ALL SYSTEMS CHECK GOOD. DATABASE EXPIRES 2/6/13. |

**SHOP LABOR**

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---------|-------------|-----|-----|------------|----------|
| Avionics | SHOP LABOR RATE | 1.1 | HR | $103.00 | $113.30 |
| | | | | SHOP LABOR | $113.30 |
| | | | 0.0 | Regular Labor | $0.00 |
| | | | 0.0 | Overtime Labor | $0.00 |
| | | | | Squawk Total | $113.30 |

**Squawk #:** 19

| | |
|---|---|
| **Date:** | 1/3/2013 **Total Time:** 8547.2 **Landings:** 4311 |
| **Description:** | DATA LOADED LEFT USB PORT INOP. |
| **Corrective Action:** | REMOVED DATA LOADER P/N G7226-01 S/N 832. INSTALLED MODIFIED DATA LOADER DL-950 G7226-02, SN 1526 IAW CMP# 346040. FMS DATA LOADER-REMOVAL/INSTALLATION SEE NR# 18 FOR OPERATIONAL CHECK OUT (CMP CODE 346019-FMS NO.1 NDB UPDATED). |

**SHOP LABOR**

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---------|-------------|-----|-----|------------|----------|
| Avionics | SHOP LABOR RATE | 2.1 | HR | $103.00 | $216.30 |
| | | | | SHOP LABOR | $216.30 |
| | | | 0.0 | Regular Labor | $0.00 |
| | | | 0.0 | Overtime Labor | $0.00 |
| | | | | Squawk Total | $216.30 |

**Squawk #:** 20

| | |
|---|---|
| **Date:** | 1/4/2013 **Total Time:** 8547.2 **Landings:** 4311 |
| **Description:** | #1 FWC FAILS ON BUS TRANSFER. |
| **Corrective Action:** | TROUBLESHOT TO DEFECTIVE #1 FWC. REMOVED #1 FWC FC-880 P/N 7007484- 906 S/N 88100306 IAW CMP # 314005 FAULT WARNING COMPUTER NO.1 REMOVAL/INSTALLATION. INSTALLED ORIGINAL CHECKLIST MODULE P/N 1159AV201-8 , S/N 91060551 IN #1 FWC IAW CMP #314001-FAULT WARNING COMPUTER NO.1 ELECTRONIC CHECKLIST MODULE-REMOVED/INSTALLATION. VERIFIED #1 FWD TCM DATA ERASED. SYSTEM CHECKS GOOD. |

**SHOP LABOR**

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---------|-------------|-----|-----|------------|----------|
| Avionics | SHOP LABOR RATE | 5.8 | HR | $103.00 | $597.40 |
| | | | | SHOP LABOR | $597.40 |
| | | | 0.0 | Regular Labor | $0.00 |
| | | | 0.0 | Overtime Labor | $0.00 |
| | | | | Squawk Total | $597.40 |

**Squawk #:** 21

**Date:** 1/4/2013   **Total Time:** 8547.2   **Landings:** 4311

**Description:** DISPLAY CONTROLLER #1 LINE SELECT KEY L3 BROKEN.

**Corrective Action:** REMOVED #1 DC-884 DISPLAY CONTROLLER P/N 7007540-946- S/N 86100133 INSTALLED REPAIRED #1 DC884 DISPLAY CONTROLLER PN 7007540-946 S/N 87110234 IAW CMP # 316001-DISPLAY CONTROLLER NO.1 REMOVAL/INSTALLATION. SYSTEM CHECKS GOOD.

**SHOP LABOR**

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---|---|---|---|---|---|
| Avionics | SHOP LABOR RATE | 2.1 | HR | $103.00 | $216.30 |
| | | | | SHOP LABOR | $216.30 |
| | | | 0.0 | Regular Labor | $0.00 |
| | | | 0.0 | Overtime Labor | $0.00 |
| | | | | Squawk Total | $216.30 |

**Squawk #:** 22

**Date:** 1/4/2013   **Total Time:** 8547.2   **Landings:** 4311

**Description:** #1 VHF-422D CAME BACK FROM REPAIR.

**Corrective Action:** REMOVED LOANER #1 VHF-422D P/N 822-1116-001 S/N 3303. INSTALLED TESTED VHF-422D P/N 822-1116-001, SN 493 IAW CMP #231005. SYSTEM CHECKS GOOD IAW CMP #231015- VHF COMMUNICATION SYSTEM-OPERATIONAL CHECK.

**OTHER SERVICES**

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---|---|---|---|---|---|
| ShopChgFor | VHF-422D REPAIRED | 1 | EA | $406.23 | $406.23 |
| ShopFreight | VHF-422D | 1 | EA | $63.12 | $63.12 |
| | | | | OTHER SERVICES | $469.35 |

**SHOP LABOR**

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---|---|---|---|---|---|
| Avionics | SHOP LABOR RATE | 1.1 | HR | $103.00 | $113.30 |
| | | | | SHOP LABOR | $113.30 |
| | | | 0.0 | Regular Labor | $0.00 |
| | | | 0.0 | Overtime Labor | $0.00 |
| | | | | Squawk Total | $582.65 |

**Squawk #:** 23

**Date:** 1/8/2013   **Total Time:** 8547.2   **Landings:** 4311

**Description:** #1 TRANSPONDER INTERMITTENT.

**Corrective Action:** TESTED TRANSPONDER SYSTEM COULD NOT DUPLICATE DISCREPANCY. SWAPPED #1 AND #2 TRANSPONDER FOR TROUBLESHOOTING. INSTALLED #1 TRANSPONDER P/N 622-9210-207 S/N 4213 IAW CMP # 345305. INSTALLED #2 TRANSPONDER P/N 622-9210-207 S/N 1371 IAW CMP # 345306. #1 AND #2 ATC FUNCTIONAL TEST/INSPECTION (FAR 91.413 ) PERFORMED IAW CMP # 345311,345312 AND FAR 43 APPENDIX.

**SHOP LABOR**

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---|---|---|---|---|---|
| Avionics | SHOP LABOR RATE | 4.2 | HR | $103.00 | $432.60 |
| | | | | SHOP LABOR | $432.60 |
| | | | 0.0 | Regular Labor | $0.00 |
| | | | 0.0 | Overtime Labor | $0.00 |
| | | | | Squawk Total | $432.60 |

**Squawk #:** 24

**Date:** 1/9/2013   **Total Time:** 8547.2   **Landings:** 4311

**Description:** C/W POST FLIGHT INSPECTION.

**Corrective Action:** C/W POST FLIGHT INSPECTION IAW RICHMOR AVIATION GIV POST FLIGHT INSPECTION CHECKLIST.

**SHOP LABOR**

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---|---|---|---|---|---|
| mShopLaborTurbine | Shop Labor Turbine Rate | 3.2 | HR | $97.00 | $310.40 |
| | | | | SHOP LABOR | $310.40 |
| | | | 3.2 | Regular Labor | $310.40 |
| | | | 0.0 | Overtime Labor | $0.00 |
| | | | | Squawk Total | $310.40 |

**Squawk #:** 25

**Date:** 1/9/2013   **Total Time:** 8547.2   **Landings:** 4311

**Description:** LEADING EDGE SEALANT MISSING FROM LEFT AND RIGHT WING.

**Corrective Action:** RESEALED LEFT AND RIGHT WING LEADING EDGES WHERE REQUIRED IAW CHAPTER 57-10-00 OF GIV MAINT MANUAL.

### SHOP PARTS

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---|---|---|---|---|---|
| R1440B1/2-6 | SEALANT KIT 6 OUNCE | 1 | EA | $38.27 | $38.27 |
| | | | | SHOP PARTS | $38.27 |

### SHOP LABOR

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---|---|---|---|---|---|
| mShopLaborTurbine | Shop Labor Turbine Rate | 0.6 | HR | $97.00 | $58.20 |
| | | | | SHOP LABOR | $58.20 |
| | | 0.6 | | Regular Labor | $58.20 |
| | | 0.0 | | Overtime Labor | $0.00 |
| | | | | Squawk Total | $96.47 |

**Squawk #:** 26

| | | | | |
|---|---|---|---|---|
| **Date:** | 1/9/2013 | **Total Time:** 8547.2 | **Landings:** | 4311 |
| **Description:** | BOTH GALLEY DOME LIGHT INOP. | | | |
| **Corrective Action:** | INSTALLED NEW BULB PN: 1309 IN BOTH GALLEY DOME LIGHTS USING STANDARD MAINTENANCE PRACTICES. OPS CHECKED GOOD. | | | |

### SHOP PARTS

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---|---|---|---|---|---|
| GE1309 | LAMP | 2 | EA | $1.70 | $3.40 |
| | | | | SHOP PARTS | $3.40 |

### SHOP LABOR

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---|---|---|---|---|---|
| mShopLaborTurbine | Shop Labor Turbine Rate | 0.6 | HR | $97.00 | $58.20 |
| | | | | SHOP LABOR | $58.20 |
| | | 0.6 | | Regular Labor | $58.20 |
| | | 0.0 | | Overtime Labor | $0.00 |
| | | | | Squawk Total | $61.60 |

**Squawk #:** 27

| | | | | |
|---|---|---|---|---|
| **Date:** | 1/9/2013 | **Total Time:** 8547.2 | **Landings:** | 4311 |
| **Description:** | VARIOUS COCKPIT ANNUNCIATOR LIGHTS INOP. | | | |
| **Corrective Action:** | INSTALLED NEW BULBS PN GE3335 IN VARIOUS COCKPIT ANNUNCIATOR LIGHTS USING STANDARD MAINT. PRACTICES, OPS CHECKED GOOD. | | | |

### SHOP PARTS

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---|---|---|---|---|---|
| OL3335 | LAMP | 8 | EA | $3.06 | $24.48 |
| | | | | SHOP PARTS | $24.48 |

### SHOP LABOR

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---|---|---|---|---|---|
| mShopLaborTurbine | Shop Labor Turbine Rate | 0.6 | HR | $97.00 | $58.20 |
| | | | | SHOP LABOR | $58.20 |
| | | 0.6 | | Regular Labor | $58.20 |
| | | 0.0 | | Overtime Labor | $0.00 |
| | | | | Squawk Total | $82.68 |

**Squawk #:** 28

| | | | | |
|---|---|---|---|---|
| **Date:** | 1/9/2013 | **Total Time:** 8547.2 | **Landings:** | 4311 |
| **Description:** | ALL TIRE PRESSURES LOW. | | | |
| **Corrective Action:** | SERVICED TIRES TO CORRECT PRESSURES IAW CHAPTER 32-40-00 OF GIV MAINT. MANUAL. | | | |

### SHOP LABOR

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---|---|---|---|---|---|
| mShopLaborTurbine | Shop Labor Turbine Rate | 0.6 | HR | $97.00 | $58.20 |
| | | | | SHOP LABOR | $58.20 |
| | | 0.6 | | Regular Labor | $58.20 |
| | | 0.0 | | Overtime Labor | $0.00 |
| | | | | Squawk Total | $58.20 |

**Squawk #:** 29

| | | | | |
|---|---|---|---|---|
| **Date:** | 1/9/2013 | **Total Time:** 8547.2 | **Landings:** | 4311 |
| **Description:** | CLEAN AND LUBRICATE FLAP TRACKS. | | | |
| **Corrective Action:** | CLEANED AND LUBRICATED FLAP TRACKS IAW PROCEDURE 57.2 OF GULFSTREAM REWORK MANUAL. | | | |

### SHOP LABOR

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---|---|---|---|---|---|
| mShopLaborTurbine | Shop Labor Turbine Rate | 2.1 | HR | $97.00 | $203.70 |
| | | | | SHOP LABOR | $203.70 |
| | | 2.1 | | Regular Labor | $203.70 |
| | | 0.0 | | Overtime Labor | $0.00 |
| | | | | Squawk Total | $203.70 |

**Squawk #:** 30

| | | | | |
|---|---|---|---|---|
| **Date:** | 1/10/2013 | **Total Time:** 8547.2 | **Landings:** | 4311 |

**Description:** #1 TIRE WORN.

**Corrective Action:** REMOVED # 1 MAIN WHEEL ASSEMBLY SER #RS014 AND INSTALLED SPARE MAIN WHEEL ASSEMBLY SER #VZ093 AFTER OVERHAUL BY FLIGHTPATH SERVICES UNDER WORK ORDER 133114, IAW CMP 324250. ALSO C/W CMP 324225 MAIN GEAR WHEEL (LEFT OUTBD #1) NDT INSPECTION, 324255-MAIN TIRE (LEFT OUTBD) BREAKDOWN/ BUILD UP PROCEDURE, 324220-MAIN GEAR WHEEL BEARINGS (LEFT OUTBD #1) INSPECTION/PACK AND 324215 WHEEL BRAKE ASSEMBLY (LEFT OUTBD) #1 INSPECTION.

**OTHER SERVICES**

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---|---|---|---|---|---|
| ShopChgFor | MLG WHEEL | 1 | EA | $1,389.26 | $1,389.26 |
| | | | | OTHER SERVICES | $1,389.26 |

**SHOP PARTS**

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---|---|---|---|---|---|
| 349K82-3,20733163 | TIRE | 1 | EA | $1,892.44 | $1,892.44 |
| | | | | SHOP PARTS | $1,892.44 |

**SHOP LABOR**

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---|---|---|---|---|---|
| mShopLaborTurbine | Shop Labor Turbine Rate | 4.2 | HR | $97.00 | $407.40 |
| | | | | SHOP LABOR | $407.40 |
| | | 4.2 | | Regular Labor | $407.40 |
| | | 0.0 | | Overtime Labor | $0.00 |
| | | | | Squawk Total | $3,689.10 |

**Squawk #:** 31

| | | | | |
|---|---|---|---|---|
| **Date:** | 1/16/2013 | **Total Time:** 8547.2 | **Landings:** | 4311 |

**Description:** BREAKDOWN SPARE MAIN WHEEL SER #RS014.

**Corrective Action:** TRANSFERRED TO NEW WORK ORDER S4916-NON ROUTINE #1.

**SHOP LABOR**

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---|---|---|---|---|---|
| mShopLaborTurbine | Shop Labor Turbine Rate | 0.6 | HR | $97.00 | $58.20 |
| | | | | SHOP LABOR | $58.20 |
| | | 0.6 | | Regular Labor | $58.20 |
| | | 0.0 | | Overtime Labor | $0.00 |
| | | | | Squawk Total | $58.20 |

**Squawk #:** 32

| | | | | |
|---|---|---|---|---|
| **Date:** | 1/23/2012 | **Total Time:** 0 | **Landings:** | 0 |

**Description:**

**Corrective Action:** INSPECTION DEPARTMENT - RESPONSIBLE FOR THE IMPLEMENTATION OF THE CONTINUING ANALYSIS AND SURVEILLANCE PROGRAM PER THE REQUIREMENTS OF THE RICHMOR GENERAL MAINTENANCE MANUAL. MONITORED FARS AND INITIATED OR IMPLEMENTED CHANGES AS NECESSARY. C/W MULTIPLE PERIODIC REVIEWS OF THE LATEST FAA AIRWORTHINESS DIRECTIVE RELEASES FOR POSSIBLE APPLICABILITY. INITIATED AD CMP TRACKING AS NECESSARY. ALSO BIWEEKLY'S, NPRM'S & SAIB'S ARE PERIODICALLY CHECKED. PROCESSED INCOMING MANUFACTURER AND VENDOR-SERVICE BULLETINS AND ADVISORY DOCUMENTATION, DISTRIBUTED AND SET TRACKING AS APPLICABLE. AUDITED MAINTENANCE LIBRARY REVISIONS FOR NEWLY ISSUED MAINTENANCE REQUIREMENTS & SB'S. MAINTAINED THE COMPUTERIZED MAINTENANCE TRACKING PROGRAM (NEW REQUIREMENTS, FREQUENCY CHANGES, REPORT DISTRIBUTION, ETC., EXCLUDING MONTHLY WORKCARD UPDATES). MONITORED DUE LIST AND CONTROLLED NEXT DUE ITEMS ON THE FLEET STATUS SHEET..

**SHOP LABOR**

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---|---|---|---|---|---|
| mShopLaborTurbine | Shop Labor Turbine Rate | 21.8 | HR | $97.00 | $2,114.60 |
| | | | | SHOP LABOR | $2,114.60 |
| | | 21.8 | | Regular Labor | $2,114.60 |
| | | 0.0 | | Overtime Labor | $0.00 |
| | | | | Squawk Total | $2,114.60 |

**Squawk #:** 33

| | | | | |
|---|---|---|---|---|
| **Date:** | 12/21/2012 | **Total Time:** 8540.6 | **Landings:** | 4307 |

**Description:**

**Corrective Action:** AUDITED AND ENTERED COMPLETED WORKCARDS INTO THE COMPUTERIZED MAINTENANCE TRACKING PROGRAM FOR THE SCHEDULED AND UNSCHEDULED MAINTENANCE COMPLIED WITH DURING THIS MONTH. AUDITED UPDATES. PERFORMED COMPUTER UPLOAD AND DOWNLOAD AS APPLICABLE. PRINTED NEW DUE LISTS AND DISTRIBUTED TO MAINTENANCE COORDINATORS AS NECESSARY..

**SHOP LABOR**

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---|---|---|---|---|---|
| mShopLaborTurbine | Shop Labor Turbine Rate | 5 | HR | $97.00 | $485.00 |
| | | | | SHOP LABOR | $485.00 |
| | | 5.0 | | Regular Labor | $485.00 |
| | | 0.0 | | Overtime Labor | $0.00 |
| | | | | Squawk Total | $485.00 |

| | |
|---|---|
| Sub Total | $19,758.49 |
| Sales Tax | $0.00 |
| Invoice Total | $19,758.49 |

## Work Order Invoice

ASSEP
GULFSTREAM
IV
1172

Invoice # : 1301-068
Invoice Date : 1/31/2013

REMIT TO:
Richmor Aviation
Columbia County Airport
Hudson, NY 12534
(518) 828-9461

ASSEMBLY POINT AVIATION
C/O CATHY GILMOUR
48 STONE MEADOW LANE
HANOVER MA 02339

Tail number : N227SV
Make : GULFSTREAM

Model : IV
Serial : 1172
Aircraft Total Time : 8547.2
Phase :

| Work Order # | Date In | Completed | Terms | PO | Customer |
|---|---|---|---|---|---|
| S4916 | 12/20/2012 | 1/20/2013 | NET30 | | ASSEP |

### Service Description

**Squawk #:** 1

Date: 1/24/2013   Total Time: 8547.2   Landings: 4311
Description: BREAKDOWN/BUILDUP SPARE MAIN WHEEL S/N RS014.
Corrective Action: BROKE DOWN RICHMOR SPARE MAIN WHEEL ASSY S/N RS014 AND SENT OUT FOR OVERHAUL.

**SHOP LABOR**

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---|---|---|---|---|---|
| mShopLaborTurbine | Shop Labor Turbine Rate | 0 | HR | $0.00 | $0.00 |
| | | | | SHOP LABOR | $0.00 |
| | | 0.0 | | Regular Labor | $0.00 |
| | | 0.0 | | Overtime Labor | $0.00 |
| | | | | Squawk Total | $0.00 |

**Squawk #:** 2

Date: 1/17/2013   Total Time: 8547.2   Landings: 4311
Description: C/W AD2012-26-15 HONEYWELL INTERNATIONAL AIR DATA SYSTEMS.
Corrective Action: RESEARCHED AD 2012-26-15 TO FIND AIR DATA SYSTEM EQUIPMENT LISTED IN HONEYWELL ALERT SERVICE BULLETIN ADMADC/ADA HRS-34-A01 IS NOT INSTALLED IN AIRCRAFT. AD2012-26-15 DOES NOT APPLY. NO FURTHER ACTION NECESSARY.

---

**Squawk #:** 5

Date: 1/23/2013   Total Time: 8547.2   Landings: 4311
Description: C/W CMP 571017 -LEFT WING REAR BEAM INSP, AND 571018 RIGHT WING REAR BEAM INSP.
Corrective Action: C/W L+R WING REAR BEAM INSP IAW CMP CODES 571017 AND 571018.

**SHOP LABOR**

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---|---|---|---|---|---|
| mShopLaborTurbine | Shop Labor Turbine Rate | 4.2 | HR | $97.00 | $407.40 |
| | | | | SHOP LABOR | $407.40 |
| | | 4.2 | | Regular Labor | $407.40 |
| | | 0.0 | | Overtime Labor | $0.00 |
| | | | | Squawk Total | $407.40 |

**Squawk #:** 6

Date: 1/23/2013   Total Time: 8547.2   Landings: 4311
Description: CMP #920002 CABIN/COCKPIT CHECKLIST.
Corrective Action: COMPLETED CABIN/COCKPIT CHECKLIST CMP #920002.

**SHOP LABOR**

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---|---|---|---|---|---|
| mShopLaborTurbine | Shop Labor Turbine Rate | 2.1 | HR | $97.00 | $203.70 |
| | | | | SHOP LABOR | $203.70 |
| | | 2.1 | | Regular Labor | $203.70 |
| | | 0.0 | | Overtime Labor | $0.00 |
| | | | | Squawk Total | $203.70 |

**Squawk #:** 7

Date: 1/23/2013   Total Time: 8547.2   Landings: 4311
Description: CMP #541017 LEFT PYLON INTERIOR/EXTERIOR.
Corrective Action: INSPECTED INTERIOR/EXTERIOR LEFT ENGINE PYLON CMP #541017.

**SHOP LABOR**

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---|---|---|---|---|---|
| mShopLaborTurbine | Shop Labor Turbine Rate | 4.2 | HR | $97.00 | $407.40 |
| | | | | SHOP LABOR | $407.40 |
| | | 4.2 | | Regular Labor | $407.40 |
| | | 0.0 | | Overtime Labor | $0.00 |
| | | | | Squawk Total | $407.40 |

---

**SHOP LABOR**

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---|---|---|---|---|---|
| mShopLaborTurbine | Shop Labor Turbine Rate | 0.6 | HR | $97.00 | $59.20 |
| | | | | SHOP LABOR | $59.20 |
| | | 0.6 | | Regular Labor | $59.20 |
| | | 0.0 | | Overtime Labor | $0.00 |
| | | | | Squawk Total | $59.20 |

**Squawk #:** 3

Date: 1/23/2013   Total Time: 8547.2   Landings: 4311
Description: CMP# 742001 #1 ENGINE IGNITION OPS TEST CMP # 742002 #2 ENGINE IGNITION OP TEST.
Corrective Action: COMPLETED OPS TEST #1 CMP # 742001 AND #2 CMP# 742002 IGNITION SYSTEM OPS TEST.

**SHOP LABOR**

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---|---|---|---|---|---|
| mShopLaborTurbine | Shop Labor Turbine Rate | 1.1 | HR | $97.00 | $106.70 |
| | | | | SHOP LABOR | $106.70 |
| | | 1.1 | | Regular Labor | $106.70 |
| | | 0.0 | | Overtime Labor | $0.00 |
| | | | | Squawk Total | $106.70 |

**Squawk #:** 4

Date: 1/23/2013   Total Time: 8547.2   Landings: 4311
Description: C/W CMP 671008-WING EXTERIOR LEFT INSP, AND CMP 571006 WING EXTERIOR RIGHT INSP.
Corrective Action: C/W L+R WING EXTERIOR INSP IAW CMP CODES 571008 AND 571006.

**SHOP PARTS**

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---|---|---|---|---|---|
| PR14403112-6 | SEALANT KIT 6 OUNCE | 1 | EA | $38.27 | $38.27 |
| | | | | SHOP PARTS | $38.27 |

**SHOP LABOR**

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---|---|---|---|---|---|
| mShopLaborTurbine | Shop Labor Turbine Rate | 3.2 | HR | $97.00 | $310.40 |
| | | | | SHOP LABOR | $310.40 |
| | | 3.2 | | Regular Labor | $310.40 |
| | | 0.0 | | Overtime Labor | $0.00 |
| | | | | Squawk Total | $348.67 |

---

**Squawk #:** 8

Date: 1/23/2013   Total Time: 8597.2   Landings: 4311
Description: CMP # 801011 ENGINE STARTER OIL LEVEL (LEFT) CHECK.
Corrective Action: CHECKED OIL LEVEL ON LEFT ENGINE STARTER CMP #801011.

**SHOP PARTS**

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---|---|---|---|---|---|
| TURBO 2380 OIL | OIL | 1 | EA | $19.69 | $19.69 |
| S9809-6 | GASKET CRUSH-TYPE | 1 | EA | $5.73 | $5.73 |
| S9809-3 | GASKET S9955-3 | 1 | EA | $12.63 | $12.63 |
| | | | | SHOP PARTS | $38.05 |

**SHOP LABOR**

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---|---|---|---|---|---|
| mShopLaborTurbine | Shop Labor Turbine Rate | 0.6 | HR | $97.00 | $59.20 |
| | | | | SHOP LABOR | $59.20 |
| | | 0.6 | | Regular Labor | $59.20 |
| | | 0.0 | | Overtime Labor | $0.00 |
| | | | | Squawk Total | $96.25 |

**Squawk #:** 9

Date: 1/23/2013   Total Time: 8547.2   Landings: 4311
Description: NO.2 BATTERY DUE CAPACITY/DEEP CYCLE.
Corrective Action: REMOVED NO.2 MAIN BATTERY P/N 4076-11, S/N 09165 COMPLETED CMP 243138 NICAD BATTERY NO.2 CAPACITY/DEEP CYCLE REPLACED ONE FAULTY CELL P/N VP400KH IAW CMM 24-30-99.

OTHER SERVICES

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---------|-------------|-----|-----|-----------|----------|
| ShopFreight | BATTERY CELL | 1 | EA | $77.08 | $77.08 |
| | | | | **OTHER SERVICES** | **$77.08** |

SHOP PARTS

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---------|-------------|-----|-----|-----------|----------|
| ADVP400KH | CELL | 1 | EA | $300.00 | $300.00 |
| | | | | **SHOP PARTS** | **$300.00** |

SHOP LABOR

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---------|-------------|-----|-----|-----------|----------|
| mShopLaborTurbine | Shop Labor Turbine Rate | 5.2 | HR | $97.00 | $504.40 |
| | | | | **SHOP LABOR** | **$504.40** |
| | | | 5.2 | **Regular Labor** | **$504.40** |
| | | | 0.0 | **Overtime Labor** | **$0.00** |
| | | | | **Squawk Total** | **$881.48** |

**Squawk #:**      10

**Date:**      1/24/2013      **Total Time:**      8547.2      **Landings:**      4311

**Description:**

**Corrective Action:**  GATHERED AND ORGANIZED RECORDS FOR TRANSFER TO NEW OPERATOR.
COMPLIED WITH ENDING DOCUMENTATION PROCESSING. BOXED RECORDS
AND CREATED INVENTORY LIST. C/W PRELIMINARY SUBSCRIPTION ,
HANDLING FOR TRANSFER/CANCELLATION.

SHOP LABOR

| Item ID | Description | QTY | UOM | Unit Price | Extended |
|---------|-------------|-----|-----|-----------|----------|
| mShopLaborTurbine | Shop Labor Turbine Rate | 22 | HR | $97.00 | $2,134.00 |
| | | | | **SHOP LABOR** | **$2,134.00** |
| | | | 22.0 | **Regular Labor** | **$2,134.00** |
| | | | 0.0 | **Overtime Labor** | **$0.00** |
| | | | | **Squawk Total** | **$2,134.00** |
| | | | | Sub Total | $4,643.80 |
| | | | | Sales Tax | $0.00 |
| | | | | **Invoice Total** | **$4,643.80** |

# ASSEMBLY POINT AVIATION

C/O CATHY GILMOUR
48 STONE MEADOW LANE
HANOVER, MA 02339

| | Owner Hours: | 13.60 |
|---|---|---|
| | Maintenance Hours | 0.00 |
| Billing Period: 05/31/2012 | Richmor Hour | 0.00 |
| Tail Number: N227SV | | |
| Invoice #: 1205-068 | Total Hour | 13.60 |

| | | |
|---|---|---|
| Crew Cost | June | $21,370.00 |
| Current Month's Trip Expense | | $12,113.77 |
| Engine Maintenance Service Plan | HoneyWell(May) | $0.00 |
| Federal Excise Tax Credit | | ($169.75) |
| Flight Phone | Satcom/Monthly Chg | $50.00 |
| Flight Safety Expenses | P.James-5/20-26 DFW | $2,393.98 |
| Flight Safety Expenses | R.Gibson/6/5,6 Survival | $681.89 |
| Flight Safety Invoice | | ($37,302.50) |
| Flight Safety Invoice | Gibson/2/27/12-2/26/13 REC | $37,300.00 |
| Hangar Rent | May-Oxford,CT | $7,500.00 |
| Lavatory Service | | $25.00 |
| Maintenance | | $18,349.43 |
| Management Fee | June | $4,200.00 |
| Miscellaneous Aircraft Supplies | | $155.11 |
| Miscellaneous Aircraft Supplies | Personalized iPad x2  Credit  1301-068 | $960.00 |
| On Road Fuel | | $31,111.82 |
| Revenue | | $0.00 |
| Richmor Fuel | | $9,006.95 |
| | Total Due | $107,746.70 |

*Billed* (handwritten annotation)

---



**⬛ Apple Store**                                    Order Acknowledgment

Order Number: W269804653                          Ordered on March 22, 2012

**Items to be Shipped**

| | | | |
|---|---|---|---|
| Personalized iPad 2 16GB with Wi-Fi - Black | $391.00 | 4 | $1,564.00 |
| Delivers Mar 29 - Mar 30 by Standard Shipping | | | |
| Part Number: PC769LL/A | | | |
| Engraving: Property of Richmor Aviation Inc. If found please call 800-331-6101 | | | |
| | | | |
| AppleCare+ for iPad | $89.00 | 4 | $356.00 |
| Delivers Mar 30 by Standard Shipping | | | |
| Part Number: S4689LL/A | | | |

$480 per iPad (handwritten)

| Ship to: | James Marks Richmor Aviation Inc. 1142 route 9h Hudson NY 12534 (518)828-9461 | Shipping Method: by Standard Shipping |
|---|---|---|

1- Captain - 480°° (handwritten)
1- 1st Officer - 480°° (handwritten)

**Payment**                           011368000 729 - $960.00 (handwritten)
                                       1205-068 (handwritten)
| Bill to: | James Marks Richmor Aviation Inc. PO box 423 HUDSON NY 12534-0423 (518)828-9461 |
|---|---|

|  | Subtotal | $1,920.00 |
|---|---|---|
|  | Estimated Tax | $153.60 |
|  | Order Total | $2,073.60 |

**Frequently Asked Questions**

When will I get my items?                 How do I view or change my order?

5/25/2012

## ASSEMBLY POINT AVIATION

C/O CATHY GILMOUR
48 STONE MEADOW LANE
HANOVER, MA 02339

| | | |
|---|---|---|
| Invoice Date: | 12/31/2012 | Owner Hours: 8.30 |
| Billing Period: | 11/30/2012 | Maintenance Hours 0.00 |
| Tail Number: | N227SV | Richmor Hour 0.00 |
| Invoice #: | 1211-068 | Total Hour 8.30 |

| | | |
|---|---|---|
| Crew Cost | December | $21,370.00 |
| Current Month's Trip Expense | | $1,896.86 |
| Engine Maintenance Service Plan | November | $0.00 |
| Flight Phone | Satcom | $50.00 |
| Hangar Rent | Oxford,CT | $7,500.00 |
| Lavatory Service | | $249.00 |
| Maintenance | | $2,952.08 |
| Management Fee | | $4,200.00 |
| Miscellaneous Aircraft Supplies | IPad Kneeboard/Gibson  *Billed* → | $37.00 |
| Miscellaneous Aircraft Supplies | Gstream-PUBS renewal 1/2/13-1/1/14 | $1,101.00 |
| Miscellaneous Aircraft Supplies | | $27.54 |
| Miscellaneous Expenses | GStream-Renewal Pubs 1/2013-1/2014 | $4,318.00 |
| On Road Fuel | | $20,707.71 |
| | **Total Due** | **$64,408.69** |



---

PILOTSHOP .COM
P.O. BOX 4000 · 225 AIRPORT CIR.,    CORONA, CA 92878
CUSTOMER SERVICE (877) 208-6077 FAX (951) 372-0555

P501584
s JAMES MARKS
o PO BOX 423
b HUDSON, NY 12534
o

s RICHMOR AVIATION
h 1142 ROUTE 9H
i ATTN JIM MARKS
p HUDSON, NY   12534

NOTE ANY SHORTAGES MUST BE REPORTED WITHIN 30 DAYS          BACKORDERED PRODUCTS WILL SHIP AS SOON AS AVAILABLE

| ORDER NO. | INVOICE NO. | CUST P.O. NO. | SHIP VIA | TERMS | DATE |
|---|---|---|---|---|---|
| 585973 | 451369 | | UPS COMM GROUND | CREDIT CARD | 11/14, |
| QUANTITY SHIPPED | BACK ORDERED | DESCRIPTION | | DISCOUNT | NET PRICE | EXTENSION |

| QUANTITY SHIPPED | BACK ORDERED | DESCRIPTION | DISCOUNT | NET PRICE | EXTENSION |
|---|---|---|---|---|---|
| 2 | | 13-10009 GENESIS IPAD NYLN KNEEBOARD CS | | 32.500 | 65.00 |
| | | THANK YOU FOR YOUR ORDER | | | |

GIBSON
JAMES Richmor $

$37.00 Credit

| SUBTOTAL | TAX | MISC.CHARGE | FREIGHT | PAID WITH ORDER | BALANCE DUE |
|---|---|---|---|---|---|
| 65.00 | 0.00 | 0.00 | 9.14 | 74.14 | 0.00 USD |

DIRECTOROFOPERATIONS@RICHMORE.COM
518-828-2311

0136800729



MARKS
AMEX

37.00 ea.



# ASSEMBLY POINT AVIATION

COPY E-mailed

C/O CATHY GILMOUR
48 STONE MEADOW LANE
HANOVER, MA 02339

| | |
|---|---|
| Owner Hours: | 16.00 |
| Maintenance Hours | 0.00 |
| Richmor Hour | 0.00 |
| Total Hour | 16.00 |

Invoice Date: 01/11/2013
Billing Period: 12/31/2012
Tail Number: N227SV
Invoice #: 1212-068

| | | |
|---|---|---|
| Crew Cost | January, 2013 | $21,370.00 |
| Current Month's Trip Expense | | $6,971.34 |
| Engine Maintenance Service Plan | HoneyWell/MSP (December) | $3,194.62 |
| Flight Phone | Satcom/Monthly Chg | $59.27 |
| Hangar Rent | Oxford,CT | $7,500.00 |
| Lavatory Service | | $159.00 |
| Maintenance | | $81,500.66 |
| Management Fee | January, 2013 | $4,200.00 |
| Miscellaneous Aircraft Supplies | | $80.47 |
| Miscellaneous Expenses | Rolls-Royce-Revision1/2013-1/31/14 | $5,075.00  Billed |
| Miscellaneous Expenses | 2013 US Customs Decal | $28.05 |
| | N227SV | |
| On Road Fuel | | $26,444.46 |
| Richmor Fuel | | $19,027.65 |
| | Total Due | $175,610.52 |



# Rolls-Royce

Rolls Royce plc
PO Box 31
Derby DE24 8BJ
UNITED KINGDOM

Registered Office: 65 Buckingham Gate London, SW1E 6AT
Company Number: 1003142 Registered in England
VAT Reg No: GB345555022

| | |
|---|---|
| INVOICE NUMBER | 1b20072767 |
| TAX POINT DATE | 13 Dec 2012 |
| CUSTOMER ORDER NUMBER | |

1-4-13 Inv Vichies Office
By Jac
1-4-13 to AP-6.

RICHMOR AVIATION
ROUTE 9H
1142 COLUMBIA COUNTY AIRPORT
HUDSON NY 12534
USA

| DESCRIPTION | GOODS VALUE |
|---|---|
| THIS INVOICE IS IN RESPECT OF THE REVISION SERVICE FOR THE GULFSTREAM GIV AIRCRAFT FOR THE TAY MAINTENANCE & SERVICE BULLETINS ON AEROMANAGER ONLY AIRCRAFT SERIAL NO GIV 1172 & 1464 THIS SUBSCRIPTION IS FROM 31 JAN 2013 TO 31 JAN 2014 PLEASE USE THE INVOICE NUMBER AS THE PAYMENT REFERENCE TO ENSURE THE PAYMENT IS ALLOCATED TO YOUR ACCOUNT | 10,150.00 |

Alternatively, if your company does
not wish to renew the annual subscription,
please email customerdataservices@rolls-royce.com
and confirm your aircraft serial number, many thanks
PLEASE ENSURE THAT THE INVOICE IS PAID BEFORE THE
SUBSCRIPTION EXPIRY DATE AS WE CANNOT
GUARANTEE DELIVERY OF GOODS OR SERVICES
ON OVERDUE AMOUNTS.

OK to pay
R.Gobel
Split Cost Between
N227SV and N1197TM

CREDIT

011368009 - $5,075.00 N227SV
67 5470 90      5075.00  N1197TM

| REMITTANCE ADVICE TO BE SENT TO | PAYMENT TO BE SENT TO | | |
|---|---|---|---|
| Rolls-Royce plc Accounts Receivable - EFSC - JH14 P O Box 31 DERBY DE24 8BJ UNITED KINGDOM | HSBC BANK PLC 62-76 Park Street LONDON SE1 9WP SWIFT MIDLGB22 SORT CODE 400515 ACCOUNT NO 59845623 IBAN GB50MIDL40051S59845623 | TOTAL EXCLUDING VAT | 10,150.00 |
| | | VAT @ 0.00 % | 0.00 |
| | | TOTAL USD PAYABLE | 10,150.00 |

ENQUIRIES :

PAYMENT DUE DATE 31 Jan 2013     Tel :44(0)1332 333810
                                 Fax :44(0)1332 333326

CREDIT 

EXHIBIT "E"

 

# Richmor Aviation

P.O. Box 423, Hudson, NY 12534
518-828-9461

9/4/2012 — mailed
TO
Cathy Gilmor

**ASSEMBLY POINT AVIATION**
C/O CATHY GILMOUR
48 STONE MEADOW LANE
HANOVER, MA 02339

Invoice Date:  09/04/2012
Tail Number:  N689BV
Invoice Number:  C97863
Trip Number:  97863

TRIP DATE(S):          09/02/2012  -    09/02/2012

CUST-REF-NR:

Passengers:     Phillip Morse

| Route: | DEP ID: | DEP CITY: | ARR ID: | ARR CITY: | | |
|---|---|---|---|---|---|---|
| | KSFM | SANFORD | KGFL | GLENS FALLS | | |
| **Charter Aircraft** | | | | 1.00 HR | $1,992.00 | $1,992.00 |
| **Charter Aircraft Fuel Surcharge** | | | | 1.00 HR | $369.26 | $369.26 |
| **Charter Landing Fees** | | | | 1.00 EA | $150.00 | $150.00 |

|  |  |
|---|---|
| Subtotal: | $2,511.26 |
| Federal Excise Tax: | $188.34 |
| Total : | $2,699.60 |
| Payment: | $0.00 |
| Total Due: | $2,699.60 |

Thank you for flying with Richmor Aviation
Payment is due upon receipt of this invoice.
Interest is 18% per year (1.5% per month)

# Richmor Aviation

**Corporate Office**
Columbia County Airport    518 828 9461
Box 423                    800 331 6101 (outside 518 area)
Hudson, NY 12534           www.richmor.com

Assembly Point Aviation
c/o Cathy Gilmour
48 Stone Meadow Lane
Hanover, MA 02339

*mailed out to 12/31/2012*
*Cathy Gilmour*

Invoice:          AI 96992
Date of Invoice:  12/31/2012
Trips Date:       07/19/2012
Route:            Schenectady,NY- Glens Falls-White Plains- Westhampton Beach
Passenger:        Mr. Phillip H. Morse
Aircraft#:        N184WW
Hours Flown:      1.2

---

### PRIOR MONTH ADDITONAL CHARGE:

Beachlimousine:          19-Jul-12          $320.30

PAX: Mr. Phillip H. Morse - Pick-Up  FOK- Shelt Air
                    to Sebonack Golf Club -Southampton

Please remit to:    Richmor Aviation
                    PO Box 423
                    Hudson, NY 12534

---

From:     "beachlimousines" <beachlimousines@optonline.net>
To:       <mkeeler@richmor.com>
Sent:     Tuesday, September 18, 2012 4:23 PM
Subject:  CONFIRMATION FOR: Pax: Phillip Morse and golf clubs (TOTAL#: 2) BOOKED by: Malia REF/PO#:
          Beach

Thank you for allowing us to serve your transportation needs.  RES #: 071812-022828-ns

ACCOUNT NAME:      Richmore Aviation
SERVICE DATE:      Thursday, July 19, 2012
PICK-UP TIME:      10:45 AM / [ 10:45 hrs ]
DROP-OFF TIME:     12:45 PM / [ 12:45 hrs ]
FINANCIAL/RATE:        Type: Prepaid / Credit Card     Est Hrs: 1     Rate: 150.00
VEH TYPE REQ'D:    3 Px Sedan
PREFERENCES:       Client acct #: 45-6291-67
PICK-UP LOCATION AND ROUTING:
FOK-Grabeski Shelt Air-Sheldon Way, WH NY-631-631-288-9866-SH-Map-D-10-1st bldg to R
that you see  [CONF-w/: Roe-07-18-4:30 PM-JR]  [OnLOC: 10:39 AM]  [POB: 11:42 AM]
[Px DROPPED: 12:12 PM]
DROP-OFF LOCATION AND ROUTING:
Sebonack Golf Club-405 Sebonac Rd-Southampton-287-4444 Xst: North Hwy Map:SH Pg:D26

STD FLAT/HRLY CHG:      $ 150.00
WAIT/OVERTIME CHG:        60.00
SERV/GRAT [20.00 Percent]    42.00
MISC [not itemized]       22.10
STC/ADM FEES:             46.20        0136800748
DEPOSITS/PYMTS:         -320.30
TOTAL EST CHARGES:       $ 0.00

Please contact Beach, Hampton Hills and Easthampton if any of the above information is
inaccurate.  Thank You!

*MWKS ames*
*N184WW*
*48#96992*

MALIA W KEELER
07/27/2012    RICHMOR AVIATION
BEACH LIMOUSINES LLC WESTHAMPTON NY 17699
071812022828 12534 07/27/12                              $320.30

# Richmor Aviation

**Corporate Office**
Columbia County Airport
Box 423
Hudson, NY 12534

518 828 9461
800 331 6101 (outside 518 area)
www.richmor.com

Assembly Point Aviation
c/o Cathy Gilmour
48 Stone Meadow Lane
Hanover, MA 02339

*12/31/12 Mailed to Cathy Gilmour*

Invoice:              AI 97280
Date of Invoice:     12/31/2012
Trips Date:          07/21/2012
Route:               Westhampton Beach-White Plains-Glens Falls-Schenectady
Passenger:           Mr. Phillip H. Morse
Aircraft#:           N184WW
Hours Flown:         1.1

---

### PRIOR MONTH ADDITONAL CHARGE:

Beachlimousine:      July 21 2012      $318.66

PAX: Mr. Phillip H. Morse - Sebonack Golf Club
to FOK Shelt Air ,Westhampton Beach

Please remit to:     Richmor Aviation
                     PO Box 423
                     Hudson, NY 12534

---

From:    "beachlimousines" <beachlimousines@optonline.net>
To:      <mkeeler@richmor.com>
Sent:    Tuesday, September 18, 2012 4:24 PM
Subject: CONFIRMATION FOR: Pax: Morse Phillip BOOKED by: Malia REF/PO#: Beach

Thank you for allowing us to serve your transportation needs.  RES #: 071812-084436-jr

ACCOUNT NAME:        Richmore Aviation
SERVICE DATE:        Saturday, July 21, 2012
PICK-UP TIME:        1:15 PM / [ 13:15 hrs ]
DROP-OFF TIME:       3:15 PM / [ 15:15 hrs ]
FINANCIAL/RATE:      Type: Prepaid / Credit Card    Est Hrs: 1    Rate: 150.00
VEH TYPE REQ'D:      3 Px Sedan
PREFERENCES:         Client acct#: 45-6291-67
PICK-UP LOCATION AND ROUTING:
Sebonack Golf Club-405 Sebonac Rd-Southamton-287-4444 Xst: North Hwy Map:SH
Pg:D26Any Problems call 1-800-359-2299 [CONF-w/: Roe-07-20-6:10 PM-JR] [OnLOC:
12:54 PM]  [POB: 2:16 PM]  [Px DROPPED]: 2:38 PM]
DROP-OFF LOCATION AND ROUTING:
FOK-Grabeski Shelt Air-Sheldon Way, WH NY-631-631-288-9866-SH-Map-D-10-1st bldg to R
that you see

STD FLAT/HRLY CHG:      $ 150.00
WAIT/OVERTIME CHG:         60.00
SERV/GRAT [20.00 Percent]  42.00
MISC [not itemized]:       20.46
STC/ADM FEES:              46.20
DEPOSITS/PYMTS:          -318.66      *0136800748*
TOTAL EST CHARGES:       $ 0.00

Please contact Beach, Hampton Hills and Easthampton if any of the above information is
inaccurate.  Thank You!

*MWK's amex.*
*N184WW*
*Is# 97280*

MALIA W KEELER
07/24/2012   RICHMOR AVIATION
071912004436 12534 07/24/12
BEACH LIMOUSINES LLC WESTHAMPTON NY 17660

$318.66

09/18/2012