UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

RICHMOR AVIATION, INC.,

               Plaintiff,

-against-

ASSEMBLY POINT AVIATION, INC.,

               Defendant.

STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

Civil Case No.:
1:16-cv-501 (GTS-DJS)

---

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsels that the above-captioned action is voluntarily dismissed, with prejudice, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), without costs or fees as against any party.

Date: January 5, 2017

_____
William F. Ryan, Jr., Esq. (102316)
Brian M. Quinn, Esq. (516452)
**Tabner, Ryan and Keniry, LLP**
Attorneys for Plaintiff
18 Corporate Woods Boulevard
Albany, New York 12211
(518) 465-9500
wfr@trklaw.com
bmq@trklaw.com

Date: January 5, 2017

_____
John J. Henry, Esq. (501744)
Robert S. Rosborough IV, Esq. (516667)
**Whiteman Osterman & Hanna LLP**
Attorney for Defendant
One Commerce Plaza, Suite 1900
Albany, New York 12260
(518) 487-7600
jhenry@woh.com
rrosborough@woh.com

IT IS SO ORDERED:

_____
Frederick J. Scullin, Jr.
Senior U.S. District Judge

Dated: January 5, 2017
       Syracuse, NY